# EXHIBIT 1

Please return signed/recorded to:
CUSHMAN DARBY & CUSHMAN
Ninth Floor, East Tower
1100 New York Avenue, N.W.
Washington, D.C.  20005-3918

Atty Dkt. 213987        /

M#        /        Client Ref.

## A S S I G N M E N T
### of U.S. Origin Patent Application
### (to Corporation)
### (or Limited Partnership)

WHEREAS, the undersigned, to wit:

1) David A. FARBER _____

2) Ronald D. LACHMAN _____

3) _____

4) _____

(hereinafter collectively ASSIGNOR), has/have made an invention known as Dkt. _____

and entitled: __IDENTIFYING DATA IN A DATA PROCESSING SYSTEM_____

for which an application for Letters Patent of the United States

[ ] was executed even date herewith and is about to be filed in the United States Patent and Trademark Office;

[X] was filed on _April 11, 1995_____, Appln. No. 0   8   /425,160_____;

AND WHEREAS   __kiNETech, Inc._____

_____ (hereinafter  ASSIGNEE), [x] a corporation  [ ]  Limited

Partnership duly organized and existing under the laws of the State of _Delaware_____ and having its

principal office and place of business at 3140 Whisperwoods Court, Northbrook, Il. 60062_____,

desires to acquire an interest therein;

NOW, THEREFORE, in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the said ASSIGNOR, does hereby sell, assign and transfer unto ASSIGNEE, its successors, assigns and legal representatives, the full and exclusive right, title and interest to the said invention in the United States and all foreign countries, as described in the aforesaid application, and to the said application and to all continuations, divisions, reissues and substitutes of said application, together with the right of priority under the International Convention for the Protection of Industrial Property, Inter-American Convention Relating to Patents, Designs and Industrial Models, and any other international agreements to which the United States of America adheres, and ASSIGNOR hereby authorizes and requests the Commissioner of Patents to issue said Letters Patent to ASSIGNEE, for its interest as ASSIGNEE, its successors, assigns and legal representatives.

-1-

CDC-1148    3/95

## PATENT
## REEL: 012313 FRAME: 0447

AND ASSIGNOR hereby agrees to execute any papers requested by ASSIGNEE, its successors, assigns and legal representatives, deemed essential to ASSIGNEE's full protection and title in and to the invention hereby transferred.

ASSIGNOR furthermore agrees upon request of said ASSIGNEE, and without further remuneration, to execute any and all papers desired by said ASSIGNEE for the filing and granting of foreign applications and the perfecting of title thereto in said ASSIGNEE.

Executed on the date(s) below indicated.

| Signature | Date Signed | Witness |
|-----------|-------------|---------|
| 1) _David G. Farber_____<br>Name:  David A. FARBER | .6/7/95 | _Andrew D. Swart_ |
| 2) _____<br>Name: Ronald D. LACHMAN | 6/13/15 | _____ |
| 3) _____<br>Name: | _____ | _____ |
| 4) _____<br>Name: | _____ | _____ |

-2-

CDC-1148   3/95

RECORDED: 11/15/2001

PATENT
REEL: 012313 FRAME: 0448