USIDOCS 7784863v1

# EXHIBIT 2

## ASSIGNMENT

WHEREAS, KINETECH, Inc. a Delaware corporation having offices at 3140 Whisperwoods Court, Northbrook, Illinois 60062 ("KINETECH"), owns, by assignment, all right, title, and interest in U.S. Patent No. 5,978,791, entitled "Data Processing System Using Substantially Unique Identifiers To Identify Data Items, Whereby Identical Data Items Have The Same Identifiers", and any invention claimed therein; and

Digital Island, Inc., a California corporation having offices at 45 Fremont Street, 12th Floor, San Francisco CA 94150 ("DI"), desires to own fifty percent of KINETECH's entire right, title, and interest in and to the invention, in all countries throughout the world, and in and to U.S. Letters Patent No. 5,978,791;

NOW THEREFORE, be it known that, for good and valuable consideration, receipt of which is hereby acknowledged, KINETECH hereby sells, assigns, transfers, and sets over to DI, its lawful successors and assigns, FIFTY percentage of KINETECH's entire right, title, and interest in and to U.S. Patent No. 5,978,791, the invention claimed therein, any other patent applications directed to the invention, all counterpart applications, including continuation applications, divisional applications, and all Letters Patent of the United States that may be granted thereon, and all reissues, reexaminations, and extensions thereof; and all rights to claim priority on the basis of such application, and all counterpart applications for Letters Patent that may be filed for the invention in any foreign country and all Letters Patent that may be granted on the invention in any foreign country, and all extensions, renewals, and reissues thereof; and

KINETECH hereby authorizes and requests the Commissioner of Patents and Trademarks of the United States and any official of any foreign country whose duty it is to issue patents on applications as described above, to issue all Letters Patent for this invention to DI, its successors and assigns, in accordance with the terms of this Assignment;

AND, KINETECH HEREBY further covenants that KINETECH has the full right to convey the interest assigned by this Assignment, KINETECH will take all action and execute all documents necessary to perfect the interest assigned hereby, and KINETECH has not executed and will not execute any agreement in conflict with this Assignment;

AND, KINETECH HEREBY further covenants and agrees that KINETECH, through its officers and employees, will, without further consideration, communicate with DI, its successors and assigns, any facts known to KINETECH and its officers and employees respecting the invention and testify in any legal proceeding, sign all lawful papers when called upon to do so, execute and deliver all papers that may be necessary or desirable to perfect the title to the invention in said DI, its successors and assigns, execute all divisional, continuation, and reissue applications, make all rightful oaths, and generally do everything possible to aid DI, its successors and assigns, to obtain and enforce proper patent protection for the invention in the United States and any foreign country, it being understood that any expense incident to the execution of such papers shall be borne by DI, its successors and assigns.

IN TESTIMONY WHEREOF, each party has caused its authorized representative to execute this Assignment.

| KINETECH, INC. | Digital Island, Inc. |
|---|---|
| By _____ | By _____ |
| Name  EZRA GOLDMAN | Name  Howard Lasky |
| Title  VICE PRESIDENT | Title  Vice President |
| Date  10/4/2000 | Date  10/4/2000 |

## ASSIGNMENT

WHEREAS, KINETECH, Inc. a Delaware corporation having offices at 3140 Whisperwoods Court, Northbrook, Illinois 60062 ("KINETECH"), owns, by assignment, all right, title, and interest in U.S. Patent No. 5,978,791, entitled "Data Processing System Using Substantially Unique Identifiers To Identify Data Items, Whereby Identical Data Items Have The Same Identifiers", and any invention claimed therein; and

        Delaware
Digital Island, Inc., a ~~California~~ corporation having offices at 45 Fremont Street, 12th Floor, San Francisco CA 94150 ("DI"), desires to own fifty percent of KINETECH's entire right, title, and interest in and to the invention, in all countries throughout the world, and in and to U.S. Letters Patent No. 5,978,791;

NOW THEREFORE, be it known that, for good and valuable consideration, receipt of which is hereby acknowledged, KINETECH hereby sells, assigns, transfers, and sets over to DI, its lawful successors and assigns, FIFTY percentage of KINETECH's entire right, title, and interest in and to U.S. Patent No. 5,978,791, the invention claimed therein, any other patent applications directed to the invention, all counterpart applications, including continuation applications, divisional applications, and all Letters Patent of the United States that may be granted thereon, and all reissues, reexaminations, and extensions thereof, and all rights to claim priority on the basis of such application, and all counterpart applications for Letters Patent that may be filed for the invention in any foreign country and all Letters Patent that may be granted on the invention in any foreign country, and all extensions, renewals, and reissues thereof; and

KINETECH hereby authorizes and requests the Commissioner of Patents and Trademarks of the United States and any official of any foreign country whose duty it is to issue patents on applications as described above, to issue all Letters Patent for this invention to DI, its successors and assigns, in accordance with the terms of this Assignment;

AND, KINETECH HEREBY further covenants that KINETECH has the full right to convey the interest assigned by this Assignment, KINETECH will take all action and execute all documents necessary to perfect the interest assigned hereby, and KINETECH has not executed and will not execute any agreement in conflict with this Assignment;

AND, KINETECH HEREBY further covenants and agrees that KINETECH, through its officers and employees, will, without further consideration, communicate with DI, its successors and assigns, any facts known to KINETECH and its officers and employees respecting the invention and testify in any legal proceeding, sign all lawful papers when called upon to do so, execute and deliver all papers that may be necessary or desirable to perfect the title to the invention in said DI, its successors and assigns, execute all divisional, continuation, and reissue applications, make all rightful oaths, and generally do everything possible to aid DI, its successors and assigns, to obtain and enforce proper patent protection for the invention in the United States and any foreign country, it being understood that any expense incident to the execution of such papers shall be borne by DI, its successors and assigns.

IN TESTIMONY WHEREOF, each party has caused its authorized representative to execute this Assignment.

| KINETECH, INC. | Digital Island, Inc. |
|---|---|
| By _____ | By _____ |
| Name EZRA GOLDMAN | Name Howard Lasky |
| Title VICE PRESIDENT | Title Vice President |
| Date 10/4/2000 | Date 10/4/2000 |