# EXHIBIT 2

Kinetech Inc. Granted 3 Additional Patents - Brilliant Digital
Case 6:11-cv-00660-LED Document 13-3 Filed 02/27/12 Page 2 of 2 PageID #: 140

Home   About   Investments

# brilliant™ digital

## Press Releases

### Kinetech Inc. Granted 3 Additional Patents

**Los Angeles/Sydney, July 6, 2011**

**Seven pioneering patents cover data identification, access and use.**

Kinetech Inc, (Kinetech), a subsidiary of Brilliant Digital Entertainment Inc. (BDE), today announced that the United States Patent & Trademark Office (the U.S. Patent Office) has granted it three additional patents covering diverse areas of data utilization in computer systems.

In 2002 BDE licensed Kinetech's patent portfolio, which included U.S. patents 5,978,791 for identifying and requesting data in network using identifiers which are based on contents of data; 6,415,280 for identifying data in a data processing system; and subsequently 6,928,442 for enforcement and policing of licensed content using content-based identifiers for use in its peer-to-peer and distributed computing technologies world-wide.

Recognizing the fundamental nature and core value of those patents for content addressable storage, cloud computing, distributed computing, searching, social networking, and associated technology driven markets, BDE acquired Kinetech.

Kinetech's CEO, Kevin Bermeister said, "From the outset we envisaged our patents could support businesses operating in the emerging distributed computing fields." BDE has not stood still in the marketplace and has driven the development of new innovations based on its patented technology.

In 2010 U.S. Patent 6,928,442 for enforcement and policing of licensed content using content-based identifiers was successfully re-examined and the U.S. Patent Office granted Kinetech U.S. patent 7,802,310 for controlling access to data in a data processing system.

In 2011 the U.S. Patent Office granted Kinetech additional patents: 7,945,539: for distributing and accessing data in a data processing system; 7,945,544: for similarity-based access control of data in a data processing system; and 7,949,662: for de-duplication of data in a data processing system.

Kinetech now has seven U.S. patents covering the use of file hashes and content based identifiers for the identification and use of data in computer systems. Kinetech has a number of patents pending in Europe and the U.S.

"We continue to actively pursue licensing and participation in the operation of businesses that use our patents for content addressable storage, cloud computing, search, social networking and other important developing technologies in the rapidly growing distributed computing category", said Kevin Bermeister.

Kinetech has licensed its patents to; Iron Mountain, Level 3, Skype, Audible Magic, Limewire and numerous others.

**Contact:**
Anthony Neumann (Los Angeles)
Email aneumann@brilliantdigital.com
Telephone + 18185085765

Michael Speck (Sydney)
Email jspeck@altnet.com
Telephone + 61 437437194

Brilliant Digital Entertainment, http://www.brilliantdigital.com/ is the leading online distributor of licensed digital content.

BDE and Kinetech are represented by Brian Siritzky, Ph.D. of Davidson Berquist Jackson & Gowdey, LLP, of Arlington, Virginia.

© Brilliant Digital 2012

Protected by one or more of the following:
U.S. Patents 5978791, 6415280, 6928442, 7945539, 7945544, 7949662, 7802310, 8001096;
Japanese Patent No. 3865775. Patents Pending in the U.S. and other countries