# EXHIBIT 3

**EAST TEXAS TECH COMPANY ACQUIRES
FOUNDATIONAL CLOUD COMPUTING PATENTS**

**Brilliant Digital Entertainment and PersonalWeb Technologies, LLC
Join Forces in The Digital Marketplace with the Contribution to
PersonalWeb™ of the Fundamental Distributed and Cloud
Computing Truenames Patent Portfolio**

**SEPTEMBER 28 2011 (TYLER, TX)** Kinetech Inc. a subsidiary of Brilliant Digital Entertainment (BDE) and PersonalWeb Technologies, LLC (PersonalWeb) today announced the recent completion of an asset contribution that provided BDE with majority ownership of PersonalWeb to combine the technology, software development and intellectual property strengths of both companies.  As part of the transaction, Kinetech contributed its Truenames patent portfolio to PersonalWeb.

PersonalWeb, based in Tyler Texas, is a developer of software products and systems, for the consumer, educational and content distribution markets.  It is currently developing products including StudyPODS$^{TM}$, a collaborative social learning platform for the university and college markets that utilizes patents and natural language processing technology owned by PersonalWeb.  PersonalWeb also is developing the Global File Registry digital content management system in conjunction with BDE's subsidiary, Altnet, Inc.

The announcement comes soon after the grant, by the U.S. Patent Office, of the eighth patent in the Truenames portfolio of patents.  These patents are critical to the identification, access and use of data in distributed computing environments.  Newly granted U.S. Patent No. 8,001,096, covers computer file systems using content-dependent file identifiers.  The eight issued patents are foundational for cloud computing, distributed search engine file systems, and content addressable storage.

Demonstrating the significance of the Trueneames portfolio, the patents have been referenced in 376 applications for patents to the U.S. Patent Office by leading technology companies.  Truenames patents have been cited at least 38 times in Microsoft patents, 22 times in Digimarc patents, 22 times in Oracle patents, 21 times in Symatec patents, 18 times in EMC patents, as well as multiple times in the patent applications of Burnside Acquisition, Permabit Technology, IBM, Hitachi, AOL, Google, HP, Sony, Caringo and others.

The key founders and technologists of BDE, Kinetech, and  PersonalWeb have been at the forefront of peer-to-peer technologies, distributed computing, and development of commercial products in the content addressable storage, cloud computing, search and social networking.  In coming together, the new business represents an active, long-term participant

that holds patents critical to the development of a wide range of established and emerging distributed computing based industries.

Michael Weiss CEO of PersonalWeb said, "We have been busy building our business over the past year and are looking forward to bringing a variety of new products utilizing our technology assets, including StudyPODS, already in development, to market with BDE and our existing partners."

PersonalWeb has been working closely with the University of Texas at Tyler and other community participants to develop products in the search, social network and content filtering technologies.

BDE CEO Kevin Bermeister said, "We are excited by this next phase in the business and are looking forward to working with PersonalWeb to pursue development, licensing and participation in businesses that use our patents for content addressable storage, cloud computing, search, social networking and other important developing technologies in the rapidly growing distributed computing category."

BDE has continuously serviced the digital market with products derived from its patents for many years and its patents included in the Truenames Portfolio have already been licensed to numerous companies including Iron Mountain, Skype, Audible Magic and Limewire, and are co-owned in a defined field by Level 3 Communications.

# # #