# EXHIBIT 4

California Secretary of State Debra Bowen

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
 (certificates, copies &
  status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business
   Relations Program**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business
   Solicitations**

## Business Entity Detail

Data is updated weekly and is current as of Friday, December 23, 2011. It is not a complete or certified record

| Entity Name: | BRILLIANT DIGITAL ENTERTAINMENT, INC. |
|---|---|
| Entity Number: | C1977013 |
| Date Filed: | 08/19/1996 |
| Status: | ACTIVE |
| Jurisdiction: | DELAWARE |
| Entity Address: | 12911 VENTURA BLVD STE 210 |
| Entity City, State, Zip: | STUDIO CITY CA 91604 |
| Agent for Service of Process: | ANTHONY NEUMANN |
| Agent Address: | 12911 VENTURA BLVD STE 210 |
| Agent City, State, Zip: | STUDIO CITY CA 91604 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Corporations Code **section 2114** for information relating to service upon corporations that have surrend
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitio**

Modify Search   New Search   Printer Friendly   Back to Search Results

Privacy Statement | Free Document Readers

Copyright © 2011  California Secretary of State