# EXHIBIT 5

US1DOCS 7784863v1

**California Secretary of State Debra Bowen**

Business Entities (BE)

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
 (certificates, copies &
  status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business
   Relations Program**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business
   Solicitations**

## Business Entity Detail

Data is updated weekly and is current as of Friday, December 23, 2011. It is not a complete or certified record

| Entity Name: | ALTNET, INC. |
|---|---|
| Entity Number: | C2376946 |
| Date Filed: | 02/13/2002 |
| Status: | ACTIVE |
| Jurisdiction: | DELAWARE |
| Entity Address: | 12711 VENTURA BLVD STE 210 |
| Entity City, State, Zip: | STUDIO CITY CA 91604 |
| Agent for Service of Process: | ANTHONY NEUMANN |
| Agent Address: | 12711 VENTURA BLVD STE 210 |
| Agent City, State, Zip: | STUDIO CITY CA 91604 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Corporations Code **section 2114** for information relating to service upon corporations that have surrend
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitio**

**Modify Search**   **New Search**   **Printer Friendly**   **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2011   California Secretary of State