# EXHIBIT 7



April 16, 2007 01:11 PM Eastern Time

## Kinetech Acquired by Brilliant Digital Entertainment (BDE)

SHERMAN OAKS, Calif.--(BUSINESS WIRE)--Brilliant Digital Entertainment, Inc. (Pink Sheets:BDLN) and its subsidiary, Altnet, Inc. have acquired ownership of the TrueName patent portfolio through the acquisition of Kinetech, Inc.

The portfolio represents primary inventions that are the cornerstones of open Peer-to-Peer (P2P) indexing and file transfer protocols on the Internet. Among many stated uses, TrueName technology covers the use of file hashes in the identification and accessing of content used by P2P and fingerprinting applications, ISP web caching devices and numerous others.

The usefulness of TrueName technology is reinforced by the growing number of companies around the world that rely on it as a basis for their products. For example, Global File Registry (www.globalfileregistry.com) uses TrueNames to discover and police unlicensed content on the Internet and enables websites, search engines, P2P applications and ISP's to remove those files from their systems rapidly and with 100% accuracy.

BDE is licensing the TrueNames patents and technologies in a variety of fields including Peer to Peer, application and service providers, ISP's, web caching and content management, and operators of large data bases for data storage. Current Licensees of TrueName includes Level 3 Communications, Inc. for Content Distribution Networks, Iron Mountain, Inc. for data storage and backup systems and Sharman Networks for Peer-to-Peer networks.

More than 200 companies have been notified of their unlicensed use of TrueName technology. Litigation for infringement of the patents is currently pending against StreamCast Networks, Inc. Patent infringement cases against the Recording Industry Association of America (RIAA), Media Sentry, Inc. and Overpeer, Inc. has been settled.

"This acquisition further secures our business in the global reduction of content piracy to free up Internet bandwidth and improve quality of services as a prerequisite to user-paid content models billed through ISP's and web sites. This acquisition expands the ability of BDE and Altnet to collaborate with those businesses at the forefront of the content protection and distribution industries," said CEO Kevin Bermeister.

About Altnet

Altnet technology operates with affiliate websites and peer-to-peer applications to allow Internet users to simply and easily locate, download, sample, and purchase digital content. Altnet offers online anti-piracy solutions through its Global File Registry (GFR) product, a patented, industry endorsed, anti-piracy solution for the identification and removal of infringing content and replacement with licensed content on peer to peer networks, search engines and other websites.

Altnet is a subsidiary of Brilliant Digital Entertainment, Inc. Find out more at http://www.altnet.com

### Contacts

for Brilliant Digital Entertainment, Inc.
Anthony Neumann, 818-386-2180
Skype: neumannant
aneumann@altnet.com

