# EXHIBIT 9

US1DOCS 7784863v1

# PERSONALWEB LAUNCHES STUDYPODS

### New Social Learning Platform Enables Students to Connect, Collaborate and Share Academic Knowledge

**TYLER, TEXAS, DECEMBER 6, 2011** - PersonalWeb (www.personalweb.com), a Tyler, Texas-based technology company, today announced the beta release of StudyPods™, an educational social networking product, to a select group of University of Texas at Tyler students for initial testing and feedback. PersonalWeb, including students and graduates from the university who are employed with the company, has now reached an important first milestone towards general release of StudyPods following an extensive period of development and innovation.

StudyPods is a new social learning platform that enables students to connect, collaborate and share academic knowledge with each other at their own universities or colleges worldwide. The web application was developed through PersonalWeb's patented technology that enables distributed computing products, such as content addressable storage, social media, and distributed search engine functions.

"We are fortunate to have access to the engineering skills of the brightest students from The University of Texas at Tyler, and to be able to receive input from its faculty," stated Michael Weiss, CEO and President of PersonalWeb. "Our plan is to build on the success of StudyPods through the ongoing development of products, systems and services for the educational, consumer and content distribution markets, in addition to licensing our technology to others for use in their products and services."

PersonalWeb developed StudyPods as a way for students to engage with their peers, enabling everyone to become providers of knowledge, not just consumers. It encourages collaboration and discussion about subjects from students passionate and knowledgeable about particular topics that can then be shared with other students.

StudyPods is also designed to improve students' college experience through social learning and to help students achieve better grades and attain success in their college life. Weiss anticipates StudyPods will be available for public release by April 2012.

PersonalWeb's patents enable "StudyPods" and other distributed computing products, including many content addressable storage, social media, and distributed search engine products and systems. PersonalWeb's plan is to grow the company by developing products, systems, and services for the educational, consumer, and content distribution markets. The company licenses its important patents in certain discrete fields where appropriate.

**About PersonalWeb:** PersonalWeb was established in Tyler, Texas by a team who has been responsible for creating some of the Internet's most popular software and applications used by tens of millions of people worldwide. The company develops groundbreaking products based on its patented technology that is fundamental for many important elements

of cloud computing technology, distributed search engine file systems, social media and content addressable storage.  For more information, please visit www.personalweb.com.