# EXHIBIT 11

US1DOCS 7784863v1

**FILED**
In the Office of the
Secretary of State of Texas

**AUG 0 5 2010**

## CERTIFICATE OF FORMATION OF
## PERSONALWEB TECHNOLOGIES, L.L.C.
## A LIMITED LIABILITY COMPANY

**Corporations Section**

This certificate of formation is submitted for filing pursuant to the applicable provisions of the Texas Business Organizations Code.

### Article I - Entity Name and Type

The name and type of filing entity being formed are: PersonalWeb Technologies, L.L.C., a Texas Limited Liability Company (hereinafter the "Company").

### Article II - Purpose

The purpose for which the Company is organized is the transaction of any and all lawful business for which corporations may be incorporated under the Texas Business Organizations Code.

### Article III - Registered Office and Registered Agent

The initial registered agent is an organization by the name of National Registered Agents, Inc. The business address of the initial registered agent and the initial registered office is: 16055 Space Center Blvd., Suite 235, Houston, Texas 77062.

### Article IV - Organizer

The name and address of the organizer is:

| **Name** | **Address** |
|---|---|
| Jason A. Holt | P.O. Box 3427 |
|  | Longview, Texas 75606 |

### Article VI - Governing Authority

The Company shall be managed by its Members. The names and addresses of the initial members are:

| **Name** | **Address** |
|---|---|
| Claria Innovations, L.L.C. | 15260 Ventura Blvd |
|  | 20th Floor |
|  | Sherman Oaks, CA 91403 |

### Article VII - Effective Date of Filing

This certificate of formation becomes effective when the document is filed by the secretary of state.

### Article VIII - Execution

This document is signed subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Dated as of this 5th day of August, 2010.

**ORGANIZER:**

_/s/ Jason G. Holt_
Jason A. Holt

**PersonalWeb, Inc.**
4828 S Broadway
Suite 318
Tyler, TX 75703

August 5, 2010

Secretary of State of Texas
Corporations Section
James E. Rudder Bldg.
1019 Brazos Street
Austin, Texas 78701

Re:   Formation of PersonalWeb Technologies, L.L.C.

To Whom It May Concern:

PersonalWeb, Inc. hereby unconditionally consents to the formation of PersonalWeb Technologies, L.L.C. It is the intent of PersonalWeb, Inc. that the Secretary of State of Texas rely on this letter as proof of consent from PersonalWeb, Inc. to the formation of a Texas limited liability company named PersonalWeb Technologies, L.L.C.

In the event that you have any questions regarding this matter, please direct all such inquiries to corporate counsel for PersonalWeb, Inc., Mr. Jason A. Holt with the law firm of Stevens Love, P.O. Box 3427, Longview, Texas 75606-3427, Telephone: (903) 753-6760.

Sincerely,

Mike Weiss
President