# EXHIBIT 12

**LexisNexis®** | *Accurint® for Legal Professionals*

## Property Deeds Search Results

Records: 1 to 18 of 18

**Search Terms Used - Last Name: WEISS; First Name: MICHAEL ; Middle Name: B; Street: 3328 CASINO DR; City: THOUSAND OAKS; State: CA;**

| | Property Deeds | Reports |
|---|---|---|
| **1.** | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS, MICHAEL B**<br>Owner Name 2 - **WEISS, CHRIS A**<br>Seller Name - **WEISS, MICHAEL**<br>Seller Name 2 - **WEISS, CHRIS A**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Seller Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Data Source - **B** | Sale Date - **01/08/2008**<br>Recording Date - **04/14/2008**<br>Parcel Number - **570-0-391-225**<br>Document Type - **INTERFAMILY TRANSFER & DISSOLUTION**<br>County - **VENTURA** |
| **2.** | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS, MICHAEL B**<br>Owner Name 2 - **WEISS, CHRIS A**<br>Owner Address -<br>Mortgage Amount - **$240,600**<br>Data Source - **B** | Sale Date - **09/22/2006**<br>Recording Date - **10/16/2006**<br>Parcel Number - **570-0-391-225**<br>County - **VENTURA** |
| **3.** | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS, MICHAEL B & CHRIS A**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Mortgage Amount - **$240,600**<br>Data Source - **A** | Sale Date - **09/22/2006**<br>Recording Date - **10/16/2006**<br>Parcel Number - **570-0-391-225**<br>Document Type - **DEED OF TRUST**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **VENTURA** |
| **4.** | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS, MICHAEL**<br>Owner Name 2 - **WEISS, CHRIS A**<br>Seller Name - **WEISS, MICHAEL**<br>Seller Name 2 - **WEISS, CHRIS A**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Seller Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Data Source - **B** | Sale Date - **01/08/2008**<br>Recording Date - **04/14/2008**<br>Parcel Number - **570-0-391-225**<br>Document Type - **INTERFAMILY TRANSFER & DISSOLUTION**<br>County - **VENTURA** |
| **5.** | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS FAMILY 2008 TRUST**<br>Seller Name - **WEISS MICHAEL & CHRIS A**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Seller Address -<br>Data Source - **A** | Sale Date - **01/08/2008**<br>Recording Date - **04/14/2008**<br>Parcel Number - **570-0-391-225**<br>Document Type - **QUIT CLAIM**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **VENTURA** |
| **6.** | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS, MICHAEL & CHRIS A**<br>Seller Name - **WEISS MICHAEL & CHRIS A**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Seller Address -<br>Data Source - **A** | Sale Date - **01/08/2008**<br>Recording Date - **04/14/2008**<br>Parcel Number - **570-0-391-225**<br>Document Type - **QUIT CLAIM**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **VENTURA** |
| **7.** | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS, MICHAEL**<br>Owner Name 2 - **WEISS, CHRIS A**<br>Owner Address -<br>Mortgage Amount - **$632,000**<br>Data Source - **B** | Sale Date - **05/24/2006**<br>Recording Date - **05/30/2006**<br>Parcel Number - **570-0-391-225**<br>County - **VENTURA** |

| 8. | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS, MICHAEL & CHRIS A**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Mortgage Amount - **$632,000**<br>Data Source - **A** | Sale Date - **05/24/2006**<br>Recording Date - **05/30/2006**<br>Parcel Number - **570-0-391-225**<br>Document Type - **DEED OF TRUST**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **VENTURA** |
|---|---|---|
| 9. | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS, MICHAEL & CHRIS A**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Mortgage Amount - **$30,000**<br>Data Source - **A** | Sale Date - **05/03/2005**<br>Recording Date - **05/04/2005**<br>Parcel Number - **570-0-391-225**<br>Document Type - **DEED OF TRUST**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **VENTURA** |
| 10. | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS, MICHAEL & CHRIS A**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Mortgage Amount - **$150,000**<br>Data Source - **A** | Sale Date - **10/13/2004**<br>Recording Date - **10/22/2004**<br>Parcel Number - **570-0-391-225**<br>Document Type - **DEED OF TRUST**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **VENTURA** |
| 11. | Property Address - <br>Owner Name - **WEISS, MICHAEL & CHRIS A**<br>Seller Name - **WVC RANCHO MIRAGE INC**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Seller Address - <br>Mortgage Amount - **$18,405**<br>Data Source - **A** | Sale Date - **10/05/2004**<br>Recording Date - **01/20/2005**<br>Parcel Number - **676-220-037**<br>Document Type - **DEED**<br>Land Usage - **VACANT**<br>County - **RIVERSIDE** |
| 12. | Property Address - <br>Owner Name - **WEISS, MICHAEL & CHRIS A**<br>Seller Name - **WVC RANCHO MIRAGE INC**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Seller Address - <br>Data Source - **A** | Sale Date - **10/05/2004**<br>Recording Date - **01/20/2005**<br>Parcel Number - **676-220-037**<br>Document Type - **DEED**<br>Land Usage - **VACANT**<br>County - **RIVERSIDE** |
| 13. | Property Address - <br>Owner Name - **WEISS, MICHAEL & CHRIS A**<br>Seller Name - **WVC RANCHO MIRAGE INC**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Seller Address - <br>Mortgage Amount - **$18,405**<br>Data Source - **A** | Sale Date - **10/05/2004**<br>Recording Date - **01/20/2005**<br>Parcel Number - **676-220-037**<br>Document Type - **DEED**<br>Land Usage - **VACANT**<br>County - **RIVERSIDE** |
| 14. | Property Address - <br>Owner Name - **WEISS, MICHAEL & CHRIS A**<br>Seller Name - **WVC RANCHO MIRAGE INC**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Seller Address - <br>Data Source - **A** | Sale Date - **10/05/2004**<br>Recording Date - **01/20/2005**<br>Parcel Number - **676-220-037**<br>Document Type - **DEED**<br>Land Usage - **VACANT**<br>County - **RIVERSIDE** |
| 15. | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS, MICHAEL & CHRIS A**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Mortgage Amount - **$87,000**<br>Data Source - **A** | Sale Date - **07/02/2003**<br>Recording Date - **08/14/2003**<br>Parcel Number - **570-0-391-225**<br>Document Type - **DEED OF TRUST**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **VENTURA** |
| 16. | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS, MICHAEL**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Mortgage Amount - **$25,000**<br>Data Source - **A** | Sale Date - **04/19/2002**<br>Recording Date - **05/03/2002**<br>Parcel Number - **570-0-391-225**<br>Document Type - **DEED OF TRUST**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **VENTURA** |
| 17. | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS, MICHAEL**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803** | Sale Date - **08/16/2001**<br>Recording Date - **09/04/2001**<br>Parcel Number - **570-0-391-225**<br>Document Type - **DEED OF TRUST**<br>Land Usage - **SINGLE FAMILY** |

| | | |
|---|---|---|
| | Mortgage Amount - **$50,000** | **RESIDENCE**<br>County - **VENTURA** |
| **18.** | Property Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Owner Name - **WEISS, MICHAEL**<br>Seller Name - **WARD WILLIAM E & GAYANN**<br>Owner Address - **3328 CASINO DR, THOUSAND OAKS CA 91362-4803**<br>Seller Address -<br>Sale Amount - **$507,500**<br>Mortgage Amount - **$406,000**<br>Data Source - **A** | Sale Date -  **05/03/2001**<br>Recording Date -  **05/07/2001**<br>Parcel Number - **570-0-391-225**<br>Document Type - **DEED**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **VENTURA** |

Records: 1 to 18 of 18

Your DPPA Permissible Use: Use in the Normal Course of Business

Your GLBA Permissible Use: Legal Compliance



About LexisNexis | Terms & Conditions

Copyright © 2011 LexisNexis Risk Solutions. All rights reserved.