# EXHIBIT 13

US1DOCS 7784863v1

**Get Free Attorney Leads -** Reach prospects looking online for an attorney. Sign-up for a free trial!



### Summary

Michael Weiss, currently CEO of Tyler, TX start-up PersonalWeb, is a serial entrepreneur who has been at the forefront of how, when and where people consume media for decades. His career began in the early 70's as college promotion manager at CBS Records in Miami, then becoming one of Chicago's top club deejays before pioneering home video retailing later that decade when he opened one of the world's first video store chains. In the mid 80's, as part of the start-up team at J2 Communications, the home video label that acquired National Lampoon, he launched the first ever direct-response television and interactive campaigns for marketing videos, tactics that have since become widespread in the industry. He was the first to release major movies on CD-ROMs in the mid 90's and later that decade was one of the pioneers in streaming media as founder of WebRadio.com where he took the company from inception to a $441M valuation in less than a year.

In the 21st century, he helmed one of the most disruptive new media technology companies and was amongst the first to incorporate social networking to drive distribution. At the time, the Morpheus P2P app was one of the fastest consumer adapted technologies in history amassing 20 million unique users within 4 months of launch and remained the #1 most downloaded software on the Internet for over a year with Time Magazine proclaiming that "Morpheus is the ONE." He has organized and led several emerging industry trade associations, lobbied government leaders and testified before Congress and regulatory agencies.

**Specialties**

Marketing, business development, management, negotiation. mergers and acquisitions

### Experience

**President & CEO**
**PersonalWeb**
June 2010 – Present (1 year 9 months)

Venture-backed Internet start-up with technology assets covering natural language processing (NLP) and semantic web analysis. Its first product due for release on 11.11.11 promises to disrupt existing markets and entrenched players by enabling a fundamental shift in…(stay tuned).

**Member**
**Media, Entertainment, Technology Alliance**
2003 – Present (9 years)

**President**
**Live Interactions, LLC**
May 2008 – July 2010 (2 years 3 months)

Digital media consultancy

**Chairman & CEO**
**StreamCast Networks**
Privately Held; 11-50 employees; Computer Software industry
April 2000 – May 2008 (8 years 2 months)

Recruited as President/CEO to turnaround MusicCity.com, a venture-backed media and technology company established in 1998 whose web radio strategy suffered from multiple failed launches.

Reinvented company as StreamCast Networks, transforming it into a P2P technology powerhouse & market leader. Time Magazine declared "Morpheus is The One" after displacing Napster-July 2001. Drove company to cash flow positive within 8 months of launch. Achieved legendary marketplace status, 28+ million registered users, # 1 most popular Internet software, over 200 m downloads.

Managed difficult legal environment including 9th Circuit Appellate Court victory in landmark MGM v Grokster copyright case reversed by U.S. Supreme Court.

**Founder, VP & General Manager**
**WebRadio.com**

June 1998 – October 1999 (1 year 5 months)

Conceived and created Internet broadcasting subsidiary of Israeli-based public technology company, GEO Interactive Media (GIM-LSE), a pioneer in online audio and video streaming technology.

Took company from inception to fully operational within five months on $1.5 million start-up budget. Achieved market valuation of $441 million, exceeding parent company's market cap by over $100 million. Provided webcasting services to 200+ US commercial and college radio stations.

First ever to enable college radio to generate online ad revenues and company was one of the first ever to video webcast a major live music concert globally across the Internet.

**VP, Entertainment, Buisness Development & Marketing**
**Sirius Publishing**
September 1994 – June 1998 (3 years 10 months)

The industry's leading CD-ROM publisher credited with creating the industry's first multi-pack product category in 1994 with the introduction of its "5 ft. 10 PAK™" line of certified #1 selling CD-ROMs.

* Grew sustained annual sales from $100,000 to $22 million within nine months
* Workforce growth from 12 to 80 employees during period
* In 1996, created the Internet's first ever social networking website in support of Sirius' "$1,000,000 Treasure Quest™" interactive CD-ROM mystery game.
* In 1997, utilizing Sirius' Motion Pixels video compression technology, was first ever to distribute major Hollywood movies on CD-ROM and predating the introduction of the DVD by 2 years.
* Responsible for negotiating and acquiring digital program rights from major and independent movie studios, video producers, music and TV companies for Sirius' MovieCD™ line.

**CEO-American Video Association; Founder/CEO-Video Alliance America**
**American Video Association, Video Alliance America**
September 1989 – August 1994 (5 years)

Buying groups providing wholesale merchandise and marketing services to independent video stores.

**Vice President, Business Development**
**J2 Communications / National Lampoon**
Public Company; 11-50 employees; NLN; Entertainment industry
March 1986 – September 1989 (3 years 7 months)

Member of start-up team of home video industry's leading independent video producer taking company through NASDAQ IPO in 1996 and acquisition of National Lampoon in 1989.

* Sole business development activities generated over 35% of company's revenues.
* Implemented groundbreaking alternative distribution strategies including distribution of children's videos through Avon home reps and specialty videos at newsstands and supermarkets.
* Created industry's 1st direct response TV marketing campaign with Tim Conway's "Dorf On Golf"
* Introduced interactive marketing with Alyssa Milano's "Teen Steam" video
* Created industry's 1st interactive sweepstakes game based on the "Indiana Jones" movies.
* Generated substantial profits by licensing merchandising & program rights to TV, cable, hotels, airlines & new media.
* Negotiated cross promotional sponsorships of videos with major consumer brands to enhance revenues and market impact.

## Education

**Columbia College Chicago**
FIlm & TV Production

**University of Miami**
Mass Communications

## Additional Information

| | |
|---|---|
| Interests: | Bleeding Edge / Pioneering New Business - Disrupting traditional business models through technological innovation bringing new efficiencies to entrenched models, golf, music, film |
| Groups and Associations: | MeTAL - Media, Entertainment & Technology Alliance<br><br>Digital Media Group (Founded by Digital Media Wire)<br>Join |
| Honors and Awards: | In 2005, appointed 'Fellow in Entertainment & Media' by the World Technology Network (UK) |

## Contact Mike for:

- career opportunities
- new ventures
- expertise requests
- reference requests
- consulting offers
- job inquiries
- business deals
- getting back in touch

**Send a message to Mike Weiss**
Get introduced through a connection
**Send InMail**

LinkedIn Corporation © 2012