# EXHIBIT 14

**LexisNexis® Accurint® for Legal Professionals**

**Advanced Person Search Results**  Records: 1 to 2 of 2
Search Terms Used -  Last Name: MARKILES; First Name: MURRAY; State: CA;

| | Full Name | SSN | Address | Phone | Next Steps |
|---|---|---|---|---|---|
| 1. | **MURRAY MARKILES**<br>M MARKILES<br>MURRAY MARLECLES<br>MURRAY MARLULEJ MARKILES<br>MURRAY<br>DOB: 10/xx/1961<br>Age: 50<br>Gender - Male<br>🕒 Setup Alert | 566-53-xxxx | **17425 CUMPSTON ST**<br>**ENCINO CA 91316-2515**<br>Apr 96 - Dec 11<br><br>**We Also Found:**<br>☐ Property Records  ☐ Email Address<br>[Get Selected Results]<br><br>**100 SPORTFISHER DR UNIT 203**<br>**OCEANSIDE CA 92054-1911**<br>Dec 10 - Sep 11<br><br>**100 SPORTFISHER DR**<br>**ENCINO CA 91316**<br>May 11<br><br>**1101 VISTA GRANDE DR**<br>**PACIFIC PALISADES CA 90272-2253**<br>May 86 - 2010<br><br>**1 17425 COMPSTON ST**<br>**ENCINO CA 91316**<br>Sep 04<br><br>**5122 HESPERIA AVE**<br>**ENCINO CA 91316-3507**<br>Mar 91 - Jul 01<br><br>**10600 HOLMAN AVE APT 10**<br>**LOS ANGELES CA 90024-5930**<br>Oct 80 - Mar 91<br><br>**10940 WILSHIRE BLVD APT**<br>**LOS ANGELES CA 90024-3915**<br>🚩College or university.<br>🚩Elementary or secondary school.<br>Apr 90<br><br>**11740 WILSHIRE BLVD APT A2504**<br>**LOS ANGELES CA 90025-6536**<br>Oct 80 - Aug 89<br><br>**3201 OVERLAND AVE APT**<br>**LOS ANGELES CA 90034-4574**<br>Apr 84 - Apr 86<br><br>**3771 CORBIN AVE**<br>**TARZANA CA 91356-5614**<br>Apr 84 | **818-981-9175** - PST<br>**MARKILES LIA**<br>**(Current Listing Name)**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**310-454-4182** - PST<br>**MARKILES PAUL**<br>🚩 Active Phone<br><br><br><br><br><br><br><br>**818-981-9175** - PST<br>**MARKILES LIA**<br>**(Current Listing Name)**<br><br><br><br><br><br><br><br><br><br><br><br>**818-981-9175** - PST<br>**MARKILES LIA**<br>**(Current Listing Name)** | Learn how Accurint Reports can assist you: **See Examples** |
| 2. | **MURRAY** | | | | |

| | | |
|---|---|---|
| **MARKILES**<br>**Gender - Male**<br> Setup Alert | **15456 VENTURA BLVD STE 201**<br>**SHERMAN OAKS CA 91403-3020**<br>**May 88 - Dec 92**<br><br>**15456 VNTURA BLV APT 201**<br>**VAN NUYS CA 91403**<br>**Feb 88** | Learn how Accurint Reports can assist you:See Examples |

Records: 1 to 2 of 2

Your DPPA Permissible Use: Use in the Normal Course of Business

Your GLBA Permissible Use: Legal Compliance

---

**LexisNexis**

About LexisNexis | Terms & Conditions
**Copyright ©** 2011 LexisNexis Risk Solutions. All rights reserved.