# EXHIBIT 15

LexisNexis® | Accurint® for Legal Professionals

## Advanced Person Search Results

Records: 1 to 5 of 5

**Search Terms Used - Last Name: DYNE; First Name: MARK; State: CA;**

| | Full Name | SSN | Address | Phone | Next Steps |
|---|---|---|---|---|---|
| 1. | MARK I DYNE<br>MARK I DYNE I<br>MARK J DYNE<br>MARK DYNE<br>MARK DYNE I<br>MARK I YNE<br>DOB: 3/xx/1961<br>Age: 50<br>Gender - Male<br>Setup Alert | 553-89-xxxx<br>553-89-xxxx | 15260 VENTURA BLVD FL 20<br>SHERMAN OAKS CA 91403-5307<br>Feb 06 - Dec 11<br>We Also Found:<br>Property Records Business Affiliations Email Address<br>Get Selected Results | | Learn how Accurint Reports can assist you:See Examples |
| | | | PO BOX<br>SIOUX FALLS SD 57186-0001<br>Sep 09 - Oct 11 | 713-270-7370 - CST<br>NAPIER ANDRE<br>Active Phone | |
| | | | PO BOX 149129130<br>SIOUX FALLS SD 57186-0001<br>Sep 09 - Oct 11 | | |
| | | | 15260 VENTURA BLVD FL 20TH<br>SHERMAN OAKS CA 91403-5307<br>Aug 06 - Jan 11 | | |
| | | | 21900 BURBANK BLVD STE 270<br>WOODLAND HILLS CA 91367-7461<br>Feb 02 - Jan 10 | | |
| | | | 15821 VENTURA BLVD STE 525<br>ENCINO CA 91436-4779<br>Newspaper facility.<br>Sep 91 - 2010 | | |
| | | | 5460 WHITE OAK AVE UNIT F306<br>ENCINO CA 91316-4580<br>Jun 90 - 2010 | 995-1266<br><br>818-593-2041 - PST<br>OMRANI SEPEHR ATTY<br>(Current Listing Name)<br>phone number is a pager number.<br>phone number and zip code combination is invalid. | |
| | | | 6355 TOPANGA CANYON BLVD STE 120<br>WOODLAND HILLS CA 91367-2102<br>Sep 84 - Aug 09 | 818-593-2041 - PST<br>OMRANI SEPEHR ATTY<br>(Current Listing Name)<br>phone number is a pager number. | |
| | | | 21700 OXNARD ST STE 1030<br>WOODLAND HILLS CA 91367- | | |

| | | | Address | Phone | |
|---|---|---|---|---|---|
| | | | **8102**<br>**Mar 07 - Jun 09** | | |
| | | | **25200 ELDORADO MEADOW RD**<br>**HIDDEN HILLS CA 91302-1242**<br>**Aug 98 - Nov 08** | **818-593-2041** - PST<br>**OMRANI SEPEHR ATTY**<br>**(Current Listing Name)**<br>phone number is a pager number. | |
| | | | **5460 WHITE OAK AVE APT 107**<br>**ENCINO CA 91316-2401**<br>**Sep 84 - Sep 02** | | |
| | | | **6355 TOPANGA CANYON BLVD STE 513**<br>**WOODLAND HILLS CA 91367-2152**<br>**May 91 - 2002** | **818-593-2041** - PST<br>**OMRANI SEPEHR ATTY**<br>**(Current Listing Name)**<br>phone number is a pager number. | |
| | | | **17014 EMPANADA PL**<br>**ENCINO CA 91436-4028**<br>**Nov 01 - Dec 01** | | |
| | | | **5460 WHITE OAK AVE APT F**<br>**ENCINO CA 91316-2401**<br>**Sep 91 - 1999** | **818-593-2041** - PST<br>**OMRANI SEPEHR ATTY**<br>**(Current Listing Name)**<br>phone number is a pager number.<br>phone number and zip code combination is invalid. | |
| | | | **5151 SHOSHONE AVE**<br>**ENCINO CA 91316-2558**<br>**Sep 84 - Sep 93** | **995-1266**<br><br>**818-593-2041** - PST<br>**OMRANI SEPEHR ATTY**<br>**(Current Listing Name)**<br>phone number is a pager number.<br>phone number and zip code combination is invalid. | |
| **2.** | **MARK R VANDYNE**<br>**MARK VANDYNE**<br>**MARK R DYNE**<br>**MARK R VAN DYNE**<br>**MARK VAN DYNE**<br>**DOB: 3/xx/1964**<br>**Age: 47**<br>**DOB: 3/xx/1964**<br>**Age: 47**<br>**Gender - Male**<br>**Setup Alert** | **557-49-xxxx**<br>**558-49-xxxx** | **110 2ND ST**<br>**EUREKA CA 95501-0318**<br>**May 03 - Dec 11** | | **Learn how Accurint Reports can assist you:See Examples** |
| | | | **1963 MYRTLE AVE**<br>**EUREKA CA 95501-1405**<br>**Jul 05 - Oct 11** | | |
| | | | **1140 E ST APT 22**<br>**EUREKA CA 95501-6807**<br>**Aug 02 - Nov 09** | | |
| | | | **4011 ALAMO CT**<br>**EL DORADO HILLS CA 95762-7646**<br>**Jul 02 - Oct 07** | **916-939-7138** - PST<br>**VANDYNE K**<br>**Active Phone** | |
| | | | **919 G ST**<br>**EUREKA CA 95501-1828**<br>**May 03** | | |
| | | | **8300 EAST RD**<br>**POTTER VALLEY CA 95469-9759**<br>**Sep 00 - Jun 02** | | |
| | | | **151 LOVERS LN APT 8**<br>**UKIAH CA 95482-3365** | | |

| | | | |
|---|---|---|---|
| | | Mar 99 - Feb 01<br><br>781 APPLE AVE<br>UKIAH CA 95482-5830<br>Jul 96 - Jun 99<br><br>919 D ST<br>EUREKA CA 95501-1712<br>Jul 96 - Feb 99<br><br>627 WABASH AVE<br>EUREKA CA 95501-2912<br>Jul 95<br><br>979 D ST<br>EUREKA CA 95501-1712<br>Jul 95<br><br>1717 E 8TH ST<br>DAVIS CA 95616-2408<br>Feb 93<br><br>1140 EAST AVE # 30<br>EUREKA CA 95501-1249 | |
| 3. | MARK DYNE<br>Gender - Male<br>Setup Alert | 2093 CITY VISTA DR<br>LOS ANGELES CA 90049-6856<br>Jul 99 - Aug 04 | Learn how Accurint Reports can assist you:See Examples |
| 4. | MARK DYNE<br>Gender - Male<br>Setup Alert | 15260 VENTURA CANYON BLVD # 200<br>SHERMAN OAKS CA 91403<br>Mar 10 - Sep 10 | Learn how Accurint Reports can assist you:See Examples |
| 5. | MARK I DYNE<br>Gender - Male<br>Setup Alert | 21 SOFT INTL CORP<br>WOODLAND HILLS CA 91367<br>Mar 92 - Apr 97 | Learn how Accurint Reports can assist you:See Examples |

Records: 1 to 5 of 5

Your DPPA Permissible Use: Use in the Normal Course of Business

Your GLBA Permissible Use: Legal Compliance




About LexisNexis | Terms & Conditions

Copyright © 2011 LexisNexis Risk Solutions. All rights reserved.