# EXHIBIT 16

FILED
In the Office of the
Secretary of State of Texas
MAY 12 2010
Corporations Section

# CERTIFICATE OF FORMATION OF PERSONALWEB, INC.
## A FOR-PROFIT CORPORATION

This certificate of formation is submitted for filing pursuant to the applicable provisions of the Texas Business Organizations Code.

### Article I - Entity Name and Type

The name and type of filing entity being formed are: PersonalWeb, Inc., a Texas corporation (hereinafter the "Corporation").

### Article II - Purpose

The purpose for which the Corporation is organized is the transaction of any and all lawful business for which corporations may be incorporated under the Texas Business Organizations Code.

### Article III - Registered Office and Registered Agent

The initial registered agent is an organization by the name of National Registered Agents, Inc. The business address of the initial registered agent and the initial registered office is: 16055 Space Center Blvd., Suite 235, Houston, Texas 77062.

### Article IV - Organizer

The name and address of the organizer is:

| **Name** | **Address** |
|---|---|
| Jason A. Holt | P.O. Box 3427 Longview, Texas 75606 |

### Article V - Directors

The sole director constituting the initial board of directors and the name and address of the person who is to serve as director until the first annual meeting of shareholders or until his successor is elected and qualified is:

| **Name** | **Address** |
|---|---|
| Mike Weiss | 4828 South Broadway #318<br>Tyler, Texas 75703 |
| Murray Markiles | 4828 South Broadway #318<br>Tyler, Texas 75703 |
| Mark Dyne | 4828 South Broadway #318<br>Tyler, Texas 75703 |

### Article VI - Authorized Shares

The Corporation is authorized to issue a total of 10,000 shares, and the shares shall have no par value.

### Article VII - Written Consent of Shareholders

Any action required by applicable law to be taken at any annual or special meeting of shareholders, or any action which may be taken at any annual or special meeting of shareholders, may be taken without a meeting, without prior notice, and without a vote, if a consent or consents in writing, setting forth the action so taken, shall be signed by the holder or holders of shares having not less than the minimum number of votes that would be necessary to take such action at a meeting at which the holders of all shares entitled to vote on the action were present and voted.

### Article VIII - Contracts or Transactions with Interested Directors or Officers

This provision applies only to a contract or transaction between the Corporation and one or more of its directors or officers, or between the Corporation and an entity or other organization in which one or more of the Corporation's directors or officers is a managerial official or has a financial interest.

An otherwise valid contract or transaction is valid notwithstanding that a director or officer of the corporation is present at or participates in the meeting of the board of directors, or of a committee of the board that authorizes the contract or transaction, or votes or signs, in the person's capacity as a director or committee member, a unanimous written consent of directors or committee members to authorize the contract or transaction, if: (1) the material facts as to the relationship or interest and as to the contract or transaction are disclosed to or known by (a) the corporation's board of directors or a committee of the board of directors and the board of directors or committee in good faith authorizes the contract or transaction by the approval of the majority of the disinterested directors or committee members, regardless of whether the disinterested directors or committee members constitute a quorum; or (b) the shareholders entitled to vote on the authorization of the contract or transaction, and the contract or transaction is specifically approved in good faith by a vote of the shareholders; or (2) the contract or transaction is fair to the corporation when the contract or transaction is authorized,

approved, or ratified by the board of directors, a committee of the board of directors, or the shareholders. Common or interested directors of a corporation may be included in determining the presence of a quorum at a meeting of the corporation's board of directors, or a committee of the board of directors that authorizes the contract or transaction.

### Article IX - Effective Date of Filing

This certificate of formation becomes effective when the document is filed by the secretary of state.

### Article X - Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date as of this 12th day of May, 2010.

**ORGANIZER:**

*/s/ Jason G. Holt*
Jason A. Holt