# EXHIBIT 17

US1DOCS 7784863v1

**LexisNexis® Accurint® for Legal Professionals**

**Property Deeds Search Results**   Records: 1 to 8 of 8
Search Terms Used -  Last Name: KASSIS; First Name: WASEF; State: CA;

| | Property Deeds | | Reports |
|---|---|---|---|
| 1. | Property Address - **27064 CROSSGLADE AVE UNIT 3, CANYON CNTRY CA 91351-4111**<br>Owner Name - **KASSIS, WASEF**<br>Seller Name - **FEDERAL HOME LOAN MORTGAGE CORP,**<br>Owner Address -<br>Seller Address -<br>Sale Amount - **$173,000**<br>Data Source - **B** | Sale Date - **10/07/2008**<br>Recording Date - **10/09/2008**<br>Parcel Number - **2803-038-171**<br>Document Type - **GRANT DEED**<br>Land Usage - **CONDOMINIUM**<br>County - **LOS ANGELES** | |
| 2. | Property Address - **27064 CROSSGLADE AVE UNIT 3, CANYON CNTRY CA 91351-4111**<br>Owner Name - **KASSIS, WASEF**<br>Seller Name - **FEDERAL HM LN MTG CORP**<br>Owner Address -<br>Seller Address -<br>Sale Amount - **$173,000**<br>Data Source - **A** | Sale Date - **10/07/2008**<br>Recording Date - **10/09/2008**<br>Parcel Number - **2803-038-171**<br>Document Type - **DEED**<br>Land Usage - **CONDOMINIUM (RESIDENTIAL)**<br>County - **LOS ANGELES** | |
| 3. | Property Address - **17326 CANVAS ST, CANYON CNTRY CA 91387-3164**<br>Owner Name - **KASSIS, WASEF**<br>Owner Address - **17326 CANVAS ST, CANYON CNTRY CA 91387-3164**<br>Mortgage Amount - **$100,000**<br>Data Source - **A** | Sale Date - **04/06/2004**<br>Recording Date - **05/10/2004**<br>Parcel Number - **2839-043-031**<br>Document Type - **DEED OF TRUST**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **LOS ANGELES** | |
| 4. | Property Address - **17326 CANVAS ST, CANYON CNTRY CA 91387-3164**<br>Owner Name - **KASSIS, WASEF**<br>Seller Name - **KASSIS JACOB T & SALWA**<br>Owner Address - **17326 CANVAS ST, CANYON CNTRY CA 91387-3164**<br>Seller Address -<br>Data Source - **A** | Sale Date - **09/24/2002**<br>Recording Date - **12/05/2002**<br>Parcel Number - **2839-043-031**<br>Document Type - **DEED**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **LOS ANGELES** | |
| 5. | Property Address - **28226 BEL MONTE CT, CANYON CNTRY CA 91387-3168**<br>Owner Name - **ISAAC, MARIA**<br>Seller Name - **KASSIS WASEF**<br>Owner Address - **28226 BEL MONTE CT, CANYON CNTRY CA 91387-3168**<br>Seller Address -<br>Data Source - **A** | Sale Date - **08/28/1998**<br>Recording Date - **09/28/1998**<br>Parcel Number - **2839046023**<br>Document Type - **QUIT CLAIM**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **LOS ANGELES** | |
| 6. | Property Address - **28224 BEL MONTE CT, CANYON CNTRY CA 91387-3168**<br>Owner Name - **KASSIS, WASEF**<br>Seller Name - **WHITE'S CANYON ASSOCIATES**<br>Owner Address -<br>Seller Address -<br>Sale Amount - **$272,000**<br>Mortgage Amount - **$217,500**<br>Data Source - **A** | Recording Date - **08/30/1996**<br>Parcel Number - **2839003031**<br>Document Type - **DEED**<br>Land Usage - **VACANT**<br>County - **LOS ANGELES** | |
| 7. | Property Address - **1310 N AVON ST, BURBANK CA 91505-2213**<br>Owner Name - **KURBAN, NABEEL**<br>Seller Name - **KASSIS WASEF J**<br>Owner Address - **1310 N AVON ST, BURBANK  CA 91505-2213**<br>Seller Address -<br>Sale Amount - **$198,000**<br>Data Source - **A** | Recording Date - **06/07/1995**<br>Parcel Number - **2477007015**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **LOS ANGELES** | |

| 8. | Property Address - **1310 N AVON ST, BURBANK CA 91505-2213**<br>Owner Name - **KURBAN, NABEEL**<br>Seller Name - **KASSIS WASEF J**<br>Owner Address - **1310 N AVON ST, BURBANK  CA 91505-2213**<br>Seller Address -<br>Sale Amount - **$198,000**<br>Mortgage Amount - **$178,200**<br>Data Source - **A** | Recording Date -  **06/07/1995**<br>Parcel Number - **2477007015**<br>Document Type - **DEED**<br>Land Usage - **SINGLE FAMILY RESIDENCE**<br>County - **LOS ANGELES** |
|---|---|---|

**Records: 1 to 8 of 8**

**Your DPPA Permissible Use:** Use in the Normal Course of Business

**Your GLBA Permissible Use:** Legal Compliance



**About LexisNexis** | **Terms & Conditions**
**Copyright ©** 2011 LexisNexis Risk Solutions. All rights reserved.