# EXHIBIT 18

Comprehensive Report



**Important:**  The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state´s Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer

## Comprehensive Report

**Date:** 02/17/12
**Reference Code:** 0100157-00233

**Report Legend:**
- Shared Address
- Deceased
- Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name: **KEVIN G BERMEISTER**
Date of Birth: **6/xx/1960**
Age: **51**
SSN: **604-08-xxxx** issued in **California** between **8/4/1998** and **1/4/1999**

**AKAs**
**(Names Associated with Subject)**
**KEVIN G BERMEISTER**
   Age: **51**   SSN: **604-08-xxxx**
**KEVIN BERMEISTER**
   Age: **51**   SSN: **604-08-xxxx**
**KEVIN BERMEISTA**
   Age: **51**   SSN: **604-08-xxxx**
**KEVIN G VERMEISTER**
   SSN: **604-08-xxxx**

**Indicators**

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **Yes**

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
   [None Found]

**Comprehensive Report Summary:**
   Bankruptcies:
      None Found
   Liens and Judgments:
      None Found
   UCC Filings:
      None Found
   Phones Plus:
      None Found
   Address(es) Found:
      0 Verified and 12 Non-Verified Found
   Possible Criminal Records:
      None Found
   Professional Licenses:
      None Found

**Address Summary:** 

   15260 VENTURA BLVD STE 200, SHERMAN OAKS  CA 91403-5325, LOS ANGELES COUNTY (Aug 2006 - Jan 2012)

Comprehensive Report

12711 VENTURA BLVD APT 21, STUDIO CITY  CA 91604-2431, LOS ANGELES COUNTY (Apr 2009 - Oct 2010)
15821 VENTURA BLVD STE 525, ENCINO  CA 91436-4779, LOS ANGELES COUNTY (Jun 2003 - May 2007)
2093 CITY VISTA DR, LOS ANGELES  CA 90049-6856, LOS ANGELES COUNTY (Jul 1999 - Apr 2004)
6355 TOPANGA CANYON BLVD STE 1, WOODLAND HILLS  CA 91367-2102, LOS ANGELES COUNTY (Oct 2002)
6355 TOPANGA CANYON BLVD STE 120, WOODLAND HILLS  CA 91367-2111, LOS ANGELES COUNTY (Jul 2000)
6355 TOPANGA BLVD APT 120, WOODLAND HILLS  CA 91303, LOS ANGELES COUNTY (Jun 2000)
2093 CITY VISTA DR, BRENTWOOD  CA 94513, CONTRA COSTA COUNTY (Aug 1999)
4521 NOELINE WAY, ENCINO  CA 91436-2107, LOS ANGELES COUNTY (Sep 1998 - Oct 1998)
4521 NOELINE WAY, SAN FRANCISCO  CA 94136-0001, SAN FRANCISCO COUNTY (Sep 1998)
2093 CITY VIS, BRENTWOOD  CA 94513, CONTRA COSTA COUNTY
6355 TOPANGA 120, WOODLAND HILLS  CA 91303, LOS ANGELES COUNTY

**Bankruptcies:**
   [None Found]

**Liens and Judgments:**
   [None Found]

**UCC Filings:**
   [None Found]

**Phones Plus(s):**
   [None Found]

**Previous And Non-Verified Address(es):**
   15260 VENTURA BLVD STE 200, SHERMAN OAKS  CA 91403-5325, LOS ANGELES COUNTY (Aug 2006 - Jan 2012)
      **Name Associated with Address:**
         KEVIN G BERMEISTER
   12711 VENTURA BLVD APT 21, STUDIO CITY  CA 91604-2431, LOS ANGELES COUNTY (Apr 2009 - Oct 2010)
      **Name Associated with Address:**
         KEVIN G BERMEISTER
   15821 VENTURA BLVD STE 525, ENCINO  CA 91436-4779, LOS ANGELES COUNTY (Jun 2003 - May 2007)
      **Name Associated with Address:**
         KEVIN G BERMEISTER
      **Current Residents at Address:**
         BEVERLEY BERMEISTER
         KYLE D BOWSER
         YVETTE D LEE
         NICHOLAS S CANNON
         MICHAEL E EPPS
         JAMIE FOXX
         LAURA L GORDON
         MARCUS J KING
         JAIME L KING
         JEFFREY LEMONS MCINNIS
   2093 CITY VISTA DR, LOS ANGELES  CA 90049-6856, LOS ANGELES COUNTY (Jul 1999 - Apr 2004)
      **Name Associated with Address:**
         KEVIN G VERMEISTER
      **Current Residents at Address:**
         BEVERLEY BERMEISTER
         LEV PARAMONOV
         LEONID VISHMID
   6355 TOPANGA CANYON BLVD STE 1, WOODLAND HILLS  CA 91367-2102, LOS ANGELES COUNTY (Oct 2002)
      **Name Associated with Address:**
         KEVIN G BERMEISTER
   6355 TOPANGA CANYON BLVD STE 120, WOODLAND HILLS  CA 91367-2111, LOS ANGELES COUNTY (Jul 2000)
      **Name Associated with Address:**
         KEVIN G BERMEISTER
   6355 TOPANGA BLVD APT 120, WOODLAND HILLS  CA 91303, LOS ANGELES COUNTY (Jun 2000)
      **Name Associated with Address:**
         KEVIN G BERMEISTER
   2093 CITY VISTA DR, BRENTWOOD  CA 94513, CONTRA COSTA COUNTY (Aug 1999)
      **Name Associated with Address:**
         KEVIN G BERMEISTER
   4521 NOELINE WAY, ENCINO  CA 91436-2107, LOS ANGELES COUNTY (Sep 1998 - Oct 1998)
      **Name Associated with Address:**
         KEVIN G BERMEISTER
      **Current Residents at Address:**

Comprehensive Report

    MATTHEW ANH CHUNG
    GEORGE H STREITER
    KEITH J STREITER
4521 NOELINE WAY, SAN FRANCISCO  CA 94136-0001, SAN FRANCISCO COUNTY (Sep 1998)
  **Name Associated with Address:**
    KEVIN G BERMEISTER
2093 CITY VIS, BRENTWOOD  CA 94513, CONTRA COSTA COUNTY
  **Name Associated with Address:**
    KEVIN G BERMEISTER
    889-9429
6355 TOPANGA 120, WOODLAND HILLS  CA 91303, LOS ANGELES COUNTY
  **Name Associated with Address:**
    KEVIN G BERMEISTER
    889-9429

**Possible Criminal Records:**
  [None Found]

**Professional License(s):**
  [None Found]