# EXHIBIT 19

Case 6:11-cv-00660-LED   Document 13-20   Filed 02/27/12   Page 1 of 3 PageID #:  1256



     

**Crystal Lance**
Add Friend

**Nadia Salamanca Willis**
Add Friend

**Krishnan Unnikrishnan**
Add Friend

**John Afsal Kuner**
Add Friend

**Shlomo Rothstein**
Add Friend

**Nechama Rothstein**
Add Friend

Cortney Hoecherl   Find Fri

## About Darakshan

 

**Ojai, California**
Current City

**Ojai, California**
Hometown

## Darakshan's Interests

See All

     

**Burning Man**

**Rumi**
Like

**MyBlessingCircle**
Like

**The Mysticism of Sound and Music**
Like

**One Through Love**
Like

**Gamelan X**
Like



Chat (9)