# EXHIBIT 20

# Company Management

## Edmundo Costa

Edmundo Costa is Catbird's CEO. Edmundo brings experience developing new business opportunities in the U.S. and abroad through direct and multi-tier distribution with  software-as-a-service delivery models.

Edmundo was previously a founding member of Tarantella's management team, a publicly-held middleware software company (NASDAQ: TTLA) focused on secure, remote access for Enterprises. He served in numerous sales roles at Tarantella including VP Worldwide Sales and was instrumental in its development from inception to over $4M/quarter in sales across 14 countries and its eventual sale to Sun Microsystems.

Prior to Tarantella, Mr. Costa's held a number of sales and marketing positions at The Santa Cruz Operation (SCO), a publicly-traded software company and the pioneer in delivering UNIX operating system for the Intel platform. Prior to the sale of SCO to Caldera Inc., Mr. Costa was Vice President of OEM Sales, Strategic Alliances & Field Marketing, Vice-President of U.S. Channel Sales and Vice-President of Sales, Latin America Region.

He previously worked at Andersen Consulting. He received his MBA from Harvard Business School. He is a graduate of Cornell University with dual degrees in Industrial Engineering/Operations Research and Economics.


## Tamar Newberger

Tamar Newberger is the VP of Marketing at Catbird. She has over 20 years experience developing successful marketing programs and establishing brand recognition for cutting-edge technology.

Ms. Newberger joins Catbird after marketing and sales roles at Tarantella, a publicly-held middleware software company (NASDAQ: TTLA) focused on secure, remote access for enterprises. While at Tarantella, she was responsible for creating product awareness among customers, press and analysts, ultimately establishing a popularly-recognized brand for the company in a field with competitors many times its size.

Prior to Tarantella, Ms. Newberger was Director of Product Management and Product Marketing at SCO, a publicly-traded software company and the pioneer in delivering the UNIX operating system for the Intel platform. She was responsible for marketing all of SCO's operating systems, a $200m product line which included both OpenServer and UnixWare.

Ms. Newberger also worked at Novell in product planning for next-generation technologies, and as the head of UNIX marketing at Magic Software Enterprises, Inc. As a systems engineer at UNIX Systems Laboratories (USL), she led the definition of SVR4.2 MP, the award-winning source code product which is at the heart of current mainstream UNIX. Ms. Newberger began her career at AT&T Bell Laboratories as an engineer in the UNIX division.

She holds MS and BA degrees in Computer Science from Columbia University.

## Michael Berman

Michael Berman joined Catbird as Chief Technology Officer in October 2006, with over 20 years experience in system engineering, architecture, design and implementation of secure computing. Michael's experience in information security is far-reaching, including implementation of C2 UNIX; Fortune 100 enterprise security; and expert support in the prosecution of high profile computer crimes such as "United States v. Robert S. Gordon."

Michael was previously a principal at IS–DATA, LLC an elite enterprise security design and computer forensic investigation professional services company. He performed hundreds of computer forensic investigations, designed enterprise security solutions and lead security assessments. Michael served in numerous roles for his service customers: ISO 27001 compliance manager, Chief Security Officer and Incident Response Manager.

Prior to IS–DATA, Mr. Berman was the Western Region, VP of Professional Services for Predictive Systems, Inc, delivering security services and assessments nationally to numerous industries.

Michael received his BA in Computer and Information Sciences from the University of California Santa Cruz. He is a Certified Information Security Systems Professional (CISSP 4097) and a member of the SF Electronic Crimes Task Force

Follow @_mberman

## Ron Lachman

Catbird's Founder, Ron Lachman is a veteran networking and systems software entrepreneur with a long, and successful, track record.

Mr. Lachman was a joint developer of NFS™ with Sun Microsystems, and created Lachman Streams TCP™ that became bundled with the Unix™ operating system. His consulting group, Lachman Associates, was sold to Eastman Kodak's Interactive Systems subsidiary in 1989.

He then served as the Executive Vice President at Interactive Systems Corp and subsequently cofounded Praxsys, the developers of the WABI product which emulates Windows on UNIX. Mr. Lachman sold Praxys to Sun Microsystems in 1992.

He subsequently reincarnated Lachman Technology to pursue new product ideas in networking products, data archival and storage management. Lachman Technology licensed roughly 4 million copies of networking protocols and was a technology leader in hierarchical storage management. Legent Corporation (now part of Computer Associates) acquired Lachman Technology in 1994. Mr Lachman became Vice President for Open Systems strategy before leaving to co-fund and build the management team of a number of networking and software-related companies, including Sandpiper.

Catbird is the latest of Mr. Lachman's many successful ventures.



VERIFIED:  17-Feb-2012

- Catbird Networks, Inc.
- |
- 1800 Green Hills Road, Suite 113
- |
- Scotts Valley, CA 95066

- 866.682.0080 tel
- |
- 708.221.0401 fax
- |
- info@catbird.com
- |
- sitemap
- |
- privacy