# EXHIBIT 21



Innovation for infrastructure

WELCOME to CENTERGATE RESEARCH GROUP LLC

welcome
associates
development
consulting
contact us
collaborate
employment
affiliates
partners

### Ron Lachman, Co-founder and Investor

Ron currently serves as a senior advisor/board member capacity to thirteen different technology companies in the fields of distributed computing and Internet commerce.

### Investments and Current Involvements

* Ron is President of Kinetech, his technology investment & patent holding company with Ezra Goldman. Kinetech, Inc. is also doing business as Lachman / Goldman Ventures.

* Internet Dynamics at http://www.interdyn.com developed the Conclave product. This product allows "fine grain" security management for your information and the network. It integrates firewall, certificate manager, VPN, remote access and Intranet security. Ron is a co-founder.

* 2Bridge Software at http://www.2bridge.com is creator of an electronic publishing product called 2Share. It allows real-time collaboration of authors/contributors to create high production value electronic publications. Ron is a co-founder/director.

* Connected Corporation at http://www.connected.com is the provider of VirtualMIS and Connected Online Backup service that allow corporations to backup, restore and maintain their PCs across intranets and the Internet and extend their IT support practices to the edges of a distributed enterprise. Ron is a director and near-founder.

* Sandpiper Networks at http://www.sandpiper.net is a network service that transparently moves web-site content close to its users, reducing bandwidth and management. Ron is co-founder.

* Santa Cruz Operations at http://www.sco.com is the owner of UNIX, and popular server software. Ron is a director.

* Telemedia Devices at http://www.telemediadevices.com is the maker of "FreezeDry" Java, that creates 12x smaller byte codes than Sun and a full Java interpreter for consumer products and embedded systems that is under 20k bytes.

* Computer Systems Development at http://www.csdinc.com is an instruction, consulting, integration and outsourcing Services Company. Ron is a director and near-founder.

* Nexiv, formerly known as Webstyles at http://www.nexiv.com is an Internet services and technology company focusing on creating electronic communities. Ron is a director.

* Technically Elite at http://www.tecelite.com develops technology to monitor your network, and markets RMON hardware and software.

* Alpine Microsystems at http://www.alpinemicro.com is a new Silicon on silicon IC packaging / circuit board specializing in multi-layer silicon circuitry and novel packaging.

* etComm at http://www.etcomm.com is an electronic meter reading product & technology. Also with Metering Technology, another company that creates electronic meters using etComm chips.

* Whitebarn Studios at http://www.whitebarn.com is a consulting company with strengths in networking system software and website design. Ron is a director.

* Aliroo at http://www.aliroo.com is an Israeli company specializing in graphics encryption, recoverable encryption and hidden digital signatures of printed paper documents, and generalized client encryption technologies.

* CenterGate® Research Group, an Internet Think Tank, creators of http://www.efridge.com online calendar and UltraDNS Domain Name Service at http://www.ultradns.com . Ron is a director of CenterGate.

Back to Ron Lachman
Back to Associates