# EXHIBIT 25

US1DOCS 7784863v1

# California Secretary of State Debra Bowen

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries |

**Business Entities (BE)**

Online Services
 - Business Search
 - Disclosure Search
 - E-File Statements
 - Processing Times

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
 - Business Resources
 - Tax Information
 - Starting A Business
 - International Business
   Relations Program

Customer Alerts
 - Business Identity Theft
 - Misleading Business
   Solicitations

## Business Entity Detail

Data is updated weekly and is current as of Friday, February 17, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | AUDIBLE MAGIC CORPORATION |
| **Entity Number:** | C2169063 |
| **Date Filed:** | 07/07/1999 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 985 UNIVERSITY AVENUE, SUITE 35 |
| **Entity City, State, Zip:** | LOS GATOS CA 95032 |
| **Agent for Service of Process:** | CAL TITLE - SEARCH, INC. |
| **Agent Address:** | 1005 12TH ST., STE. E |
| **Agent City, State, Zip:** | SACRAMENTO CA 95814 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search     New Search     Printer Friendly     Back to Search Results**

**Privacy Statement** | **Free Document Readers**
Copyright © 2012   California Secretary of State