# EXHIBIT 26

Last Updated: March 1, 2011 04:39pm ET

# Skype Relocates to 91,000SF in Palo Alto

*By Natalie Dolce*



**3210 Porter Dr.**

PALO ALTO, CA-Skype has signed a 90,700-square-foot lease and relocation at 3210 Porter Dr. here at part of Stanford Research Park. The office and R&D center will serve as Skype's new North American headquarters.

Robin Weckesser and Tina Moore of CresaPartners in San Jose recently led project management activities for Skype's lease and relocation. CresaPartners tells GlobeSt.com that the company was previously located on eBay's San Jose campus and had another site in Brisbane, CA.

CresaPartners could not provide further lease terms. CresaPartners managed the design, construction, and furniture selection process to support a more creative and collaborative environment. Additional services included budget and schedule development, building activation, and build-out.

Skype chose to consolidate operations and relocate to a larger and more accessible location. The finished space offers Skype a variety of work settings to enhance productivity, collaborate, and problem solve as staff members develop and enhance current and future products, according to a prepared statement.

"What sets CresaPartners apart is their commitment and their energy to deal effectively with time-critical issues," says Alex Bruce, Skype's global head of real estate and facilities. "Our North American headquarters project in Palo Alto was no exception, presenting distinct challenges with an aggressive schedule, a tight budget, and complex coordination needs. CresaPartners responded to every challenge, and we highly recommend them."

Categories: West, Office, Leasing, San Jose

---

## GLOBEST.COM B2B FEATURED SERVICE PROVIDERS

**Add your company**





**Apartment Bank**



**Coldwell Banker Commercial**



**Green Courte Partners**



**Lone Oak Fund**

---

## RELATED CONTENT

**San Jose**
- La Mar Apartments in Los Gatos Trades for $11M
- H&M to Expand its Space at Santana Row
- Solyndra's Fremont Property Up for Sale
- Informatica Buys Two Redwood City Buildings for $148M
- Mountain View Office Property Sells for $71M

**Distressed Assets**
- Private Equity's Sideways Entrance
- Larger Pipeline in 2012: That's a Good Thing
- With Risk Comes Reward
- City Confidential: Atlanta Office Still Struggles

**GlobeSt.TV Videos**
- **ON LOCATION WITH CBRE'S KIFFE** Brokers Need to Connect With Clients
  *Exclusive Video*