# EXHIBIT 27

US1DOCS 7784863v1

Comprehensive Report



**Important:**  The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state´s Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Legal Compliance

## Comprehensive Report

**Date:** 02/22/12
**Reference Code:** 0100157-00233

**Report Legend:**
- Shared Address
- Deceased
- Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name: **ANTHONY E NEUMANN**
Date of Birth: **10/xx/1960**
Age: **51**
SSN: **553-63-xxxx** issued in **California** between **1/1/1980** and **12/31/1981**

**AKAs**
**(Names Associated with Subject)**
**ANTHONY E NEUMANN**
  Age: **50**   SSN: **553-63-xxxx**
**ANTHONY NEUMANN**
  SSN: **553-63-xxxx**
**ANTHONY NEVMANN**
  Age: **51**   SSN: **553-63-xxxx**
**ANTHONY NEWMANN**
  Age: **51**   SSN: **553-63-xxxx**
**ANTHONY E NEUMAN**
  Age: **51**   SSN: **553-63-xxxx**

**Indicators**

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **Yes**

**Comprehensive Report Summary:**
  Bankruptcies:
    None Found
  Liens and Judgments:
    None Found
  UCC Filings:
    None Found
  People at Work:
    7 Found
  Driver´s License:
    None Found
  Address(es) Found:
    0 Verified and 8 Non-Verified Found
  Possible Properties Owned:
    3 Found
  Motor Vehicles Registered:
    None Found
  FAA Certifications:
    None Found
  Possible Criminal Records:
    None Found
  Sexual Offenses:
    None Found
  Professional Licenses:
    None Found
  Voter Registration:

   None Found
  Hunting/Fishing Permit:
   None Found
  Concealed Weapons Permit:
   None Found

**Address Summary:**

  13138 HUSTON ST, SHERMAN OAKS  CA 91423-2114, LOS ANGELES COUNTY (Mar 1994 - Jan 2012)
  9736 OAKMORE RD, LOS ANGELES  CA 90035-4024, LOS ANGELES COUNTY (Jul 2005)
  13351 RIVERSIDE DR STE D, SHERMAN OAKS  CA 91423-2542, LOS ANGELES COUNTY (Feb 2001 - Jun 2001)
  13351 RIVERSIDE DR STE 215, SHERMAN OAKS  CA 91423-2542, LOS ANGELES COUNTY (Feb 2001)
  4370 COLFAX AVE APT 3, STUDIO CITY  CA 91604-2879, LOS ANGELES COUNTY (Dec 1980 - Dec 2000)
  942 10TH ST APT 3, SANTA MONICA  CA 90403-2954, LOS ANGELES COUNTY (Dec 1980 - Sep 1993)
  UNIT 3 STUDIO CITY  CA 91604, LOS ANGELES COUNTY (Apr 1991 - Dec 1992)
  3131 MCCLINTOCK AVE APT, LOS ANGELES  CA 90007-3560, LOS ANGELES COUNTY (Dec 1980)

**Bankruptcies:**
  [None Found]

**Liens and Judgments:**
  [None Found]

**UCC Filings:**
  [None Found]

**People at Work:**
*Maximum 50 People at Work records returned*
  Name: ANTHONY NEUMANN
  Title: PRINCIPAL
  SSN: 553-63-xxxx
  Company: ALTNET, INC.
  Address:  STUDIO CITY  CA
  Phone:
  FEIN:
  Dates: Sep 11, 2009 -  Nov 6, 2011

  Name: ANTHONY NEUMANN
  Title: VICE-PRESIDENT
  SSN: 553-63-xxxx
  Company: BRILLIANT DIGITAL ENTRTN INC
  Address:  STUDIO CITY  CA
  Phone:
  FEIN:
  Dates: Aug 4, 2011

  Name: ANTHONY NEUMANN
  Title: VP-BUS DEV
  SSN: 553-63-xxxx
  Company: BRILLIANT DIGITAL ENTERTAINMENT, INC.
  Address: 12711 VENTURA BLVD STE 210, STUDIO CITY  CA 91604-2434
  Phone: 818-386-2180 - PST
  FEIN:
  Dates: Jul 6, 2011 -  Jul 11, 2011

  Name: ANTHONY NEUMAN
  Title: VICE PRESIDENT
  SSN: 553-63-xxxx
  Company: BRILLIANT DIGITAL ENTERTAINMENT, INC.
  Address:  STUDIO CITY  CA
  Phone:
  FEIN:
  Dates: Mar 28, 2005 -  Mar 31, 2011

Comprehensive Report

Name: ANTHONY NEUMANN
SSN: 553-63-xxxx
Company: BRILLIANT DIGITAL ENTERTAINMENT INC.
Address: 12711 VENTURA BLVD STE 210, STUDIO CITY  CA 91604-2434
Phone: 818-386-2180
FEIN:
Dates: Oct 25, 2010

Name: ANTHONY NEUMANN
Title: MEMBER
SSN: 553-63-xxxx
Company: STERLING LEGACY, LLC
Address: 13138 HUSTON ST, SHERMAN OAKS  CA 91423-2114
Phone:
FEIN:
Dates: Oct 8, 2008 -  Sep 21, 2010

Name: ANTHONY NEUMANN
Title: PRIN
SSN: 553-63-xxxx
Company: ALTNET, INC
Address:  STUDIO CITY  CA
Phone:
FEIN:
Dates: Dec 12, 2008 -  Jun 7, 2009

**Driver´s License Information:**
   [None Found]

**Previous And Non-Verified Address(es):** 
   13138 HUSTON ST, SHERMAN OAKS  CA 91423-2114, LOS ANGELES COUNTY (Mar 1994 - Jan 2012)
      **Name Associated with Address:**
         ANTHONY E NEUMANN
      **Current Residents at Address:**
         MONISE E NEUMANN
         ANTHONY E NEUMANN
         TESS B NEUMANN
         BRANDON NEUMANN
      **Property Ownership Information for this Address**
         **Property:**
            Parcel Number - 2358-016-002
               Name Owner : NEUMANN ANTHONY
               Name Owner 2: NEUMANN FAMILY
            Property Address: - 13138 HUSTON ST, SHERMAN OAKS  CA 91423-2114, LOS ANGELES COUNTY
            Owner Address: 13138 HUSTON ST, SHERMAN OAKS  CA 91423-2114, LOS ANGELES COUNTY
            Sale Price - $313,500
            Assessed Value - $415,896
            Land Size - 7,800 Square Feet
            Year Built - 1953
               Name of Seller : DEGORTER THOMAS E & DEBOR
            Loan Amount - $282,100
            Loan Type - CONVENTIONAL
            Lender Name - HOME SVGS/AMERICA FSB
            Data Source - A
   9736 OAKMORE RD, LOS ANGELES  CA 90035-4024, LOS ANGELES COUNTY (Jul 2005)
      **Name Associated with Address:**
         ANTHONY ERIC NEWMANN
      **Current Residents at Address:**
         GREGORY P LEE
         LAWRENCE BOYD RICHARDS
         LAURENCE BOYD RICHARDS
         LAURENCE RICHARDS
         310-425-8886 RICHARDS LAURENCE
      **Property Ownership Information for this Address**
         **Property:**
            Parcel Number -
               Name Owner : RICHARDS, LAURENCE
            Property Address: - 9736 OAKMORE RD, LOS ANGELES  CA 90035-4024, LOS ANGELES COUNTY
            Owner Address: 9736 OAKMORE RD, LOS ANGELES  CA 90035-4024, LOS ANGELES COUNTY

Comprehensive Report

        Name of Seller : LEE FAMILY TRUST  
        Data Source - A  
13351 RIVERSIDE DR STE D, SHERMAN OAKS  CA 91423-2542, LOS ANGELES COUNTY (Feb 2001 - Jun 2001)  
    **Name Associated with Address:**  
        ANTHONY E NEUMANN  
        818-990-8400 POST MASTERS  
    **Property Ownership Information for this Address**  
        **Property:**  
            Parcel Number -  
                Name Owner : RAWLINGS, BRAIN S & JENNIFER  
            Property Address: - 13351 RIVERSIDE DR STE D, SHERMAN OAKS  CA 91423-2542, LOS ANGELES COUNTY  
            Owner Address: 13351 RIVERSIDE DR STE D, SHERMAN OAKS  CA 91423-2542, LOS ANGELES COUNTY  
            Data Source - A  
13351 RIVERSIDE DR STE 215, SHERMAN OAKS  CA 91423-2542, LOS ANGELES COUNTY (Feb 2001)  
    **Name Associated with Address:**  
        ANTHONY ERIC NEWMANN  
4370 COLFAX AVE APT 3, STUDIO CITY  CA 91604-2879, LOS ANGELES COUNTY (Dec 1980 - Dec 2000)  
    **Name Associated with Address:**  
        ANTHONY NEUMANN  
    **Current Residents at Address:**  
        PETER C DIRADO  
    **Property Ownership Information for this Address**  
        **Property:**  
            Parcel Number -  
                Name Owner : NEUMANN, ANTHONY  
            Property Address: - 4370 COLFAX AVE APT 3, STUDIO CITY  CA 91604-2879, LOS ANGELES COUNTY  
            Owner Address: 4370 COLFAX AVE APT 3, STUDIO CITY  CA 91604-2879, LOS ANGELES COUNTY  
                Name of Seller : KURZULIAN GREG  
            Data Source - A  
942 10TH ST APT 3, SANTA MONICA  CA 90403-2954, LOS ANGELES COUNTY (Dec 1980 - Sep 1993)  
    **Name Associated with Address:**  
        ANTHONY E NEUMANN  
    **Property Ownership Information for this Address**  
        **Property:**  
            Parcel Number - 4281-030-010  
                Name Owner : GAYAUSKAS, RAYMOND TR  
                Name Owner 2: RAYMOND GAYAUSKAS TRUST  
            Property Address: - 942 10TH ST, SANTA MONICA  CA 90403-2921, LOS ANGELES COUNTY  
            Owner Address: 942 10TH ST APT 11, SANTA MONICA  CA 90403-2959, LOS ANGELES COUNTY  
            Assessed Value - $520,274  
            Land Size - 7497 SF  
            Year Built - 1960  
            Data Source - B  
 UNIT 3 STUDIO CITY  CA 91604, LOS ANGELES COUNTY (Apr 1991 - Dec 1992)  
    **Name Associated with Address:**  
        ANTHONY E NEUMANN  
3131 MCCLINTOCK AVE APT, LOS ANGELES  CA 90007-3560, LOS ANGELES COUNTY (Dec 1980)  
    **Name Associated with Address:**  
        ANTHONY E NEUMANN  
    **Property Ownership Information for this Address**  
        **Property:**  
            Parcel Number - 5039-019-051  
                Name Owner : UNIVERSITY OF SO CALIF  
            Property Address: - 3131 MCCLINTOCK AVE, LOS ANGELES  CA 90007-3560, LOS ANGELES COUNTY  
            Owner Address: 620 MC CARTHY WAY UNIT 5, LOS ANGELES  CA 90089-0155, LOS ANGELES COUNTY  
            Assessed Value - $8,136,892  
            Land Size - 262,815 Square Feet  
            Year Built - 1976  
            Data Source - A  

**Possible Properties Owned by Subject:**

    **Property:**  
        Parcel Number - 2358-016-002  
            Name Owner : NEUMANN ANTHONY  
            Name Owner 2: NEUMANN FAMILY  
        Property Address: - 13138 HUSTON ST, SHERMAN OAKS  CA 91423-2114, LOS ANGELES COUNTY  
        Owner Address: 13138 HUSTON ST, SHERMAN OAKS  CA 91423-2114, LOS ANGELES COUNTY  
        Sale Price - $313,500

    Assessed Value - $415,896
    Land Size - 7,800 Square Feet
    Year Built - 1953
        Name of Seller : DEGORTER THOMAS E & DEBOR
    Loan Amount - $282,100
    Loan Type - CONVENTIONAL
    Lender Name - HOME SVGS/AMERICA FSB
    Data Source - A

**Property:**
    Parcel Number - 2358016002
        Name Owner : NEUMANN, ANTHONY
    Property Address: - 13138 HUSTON ST, SHERMAN OAKS  CA 91423-2114, LOS ANGELES COUNTY
    Owner Address: 13138 HUSTON ST, SHERMAN OAKS  CA 91423-2114, LOS ANGELES COUNTY
    Loan Amount - $275,000
    Loan Type - CONVENTIONAL
    Data Source - A

**Property:**
    Parcel Number - 2365022026
        Name Owner : NEUMANN, ANTHONY
    Property Address: - 4370 COLFAX AVE APT 3, STUDIO CITY  CA 91604-2879, LOS ANGELES COUNTY
    Owner Address: 4370 COLFAX AVE APT 3, STUDIO CITY  CA 91604-2879, LOS ANGELES COUNTY
    Sale Price - $142,000
        Name of Seller : KURZULIAN GREG
    Loan Amount - $106,500
    Loan Type - PRIVATE PARTY LENDER
    Data Source - A

**Motor Vehicles Registered To Subject:**
    [None Found]

**FAA Certifications:**
    [None Found]

**Possible Criminal Records:**
    [None Found]

**Sexual Offenses:**
    [None Found]

**Professional License(s):**
    [None Found]

**Voter Registration:**
    [None Found]

**Hunting/Fishing Permit:**
    [None Found]

**Concealed Weapons Permit:**
    [None Found]