# EXHIBIT 28

US1DOCS 7784863v1

Comprehensive Report



**Important:** The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state´s Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Legal Compliance

# Comprehensive Report

**Date:** 02/22/12
**Reference Code:** 0100157-00233

**Report Legend:**
S - Shared Address
D - Deceased
✓ - Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name: **HOWARD C LASKY**
Date of Birth: **12/xx/1952**
Age: **59**
SSN: **061-44-xxxx** issued in **New York** between **1/1/1967** and **12/31/1968**

**AKAs**
**(Names Associated with Subject)**
**HOWARD LASKY**
  Age: **59**   SSN: **061-44-xxxx**
**LASKY HOWARD**
  Age: **59**   SSN: **061-44-xxxx**
**HOWARD LASKY HOWARD**
  Age: **59**   SSN: **061-44-xxxx**

**Indicators**

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **No**

**Comprehensive Report Summary:**
  Bankruptcies:
    None Found
  Liens and Judgments:
    None Found
  UCC Filings:
    None Found
  People at Work:
    18 Found
  Driver´s License:
    None Found
  Address(es) Found:
    0 Verified and 8 Non-Verified Found
  Possible Properties Owned:
    4 Found
  Motor Vehicles Registered:
    None Found
  FAA Certifications:
    None Found
  Possible Criminal Records:
    None Found
  Sexual Offenses:
    None Found
  Professional Licenses:
    None Found
  Voter Registration:
    None Found
  Hunting/Fishing Permit:
    None Found

Concealed Weapons Permit:
  None Found

**Address Summary:** 

  122 HOWARD DR, BELVEDERE TIBURON  CA 94920-1448, MARIN COUNTY ( 2001 - Jan 2012)
  122 HOWARD DR, TIBURON  CA 94920-1448, MARIN COUNTY (Sep 2002 - Jun 2008)
  5047 PARADISE DR, BELVEDERE TIBURON  CA 94920-1073, MARIN COUNTY (Nov 2001 - Sep 2002)
  5047 PARADISE DR, TIBURON  CA 94920-1073, MARIN COUNTY (Nov 2001 - Sep 2002)
  10 BAY VISTA CT, MILL VALLEY  CA 94941-1603, MARIN COUNTY ( 1983 - May 2002)
  10 BAY VW, MILL VALLEY  CA 94941, MARIN COUNTY (Jan 1988 - Jan 2002)
  3 EMBARCADERO CTR APT, SAN FRANCISCO  CA 94111-4003, SAN FRANCISCO COUNTY (Aug 1995)
  41 FREELON ST, SAN FRANCISCO  CA 94107-1705, SAN FRANCISCO COUNTY (Oct 1980)

**Bankruptcies:**
  [None Found]

**Liens and Judgments:**
  [None Found]

**UCC Filings:**
  [None Found]

**People at Work:**
*Maximum 50 People at Work records returned*
  Name: HOWARD LASKY
  Title: PARTNER
  SSN: 061-44-xxxx
  Company: COBLENTZ , PATCH , DUFFY & BASS LLP
  Address: 1 FERRY BUILDING STE 200, SAN FRANCISCO  CA 94111-4213

  Phone:  415-391-4800 - PST
  FEIN:
  Dates: Jan 28, 2008 -  Jan 3, 2011

  Name: HOWARD LASKY
  Title: ANOTHER DIRECTOR
  SSN: 061-44-xxxx
  Company: HOWARD , RICE , NEMEROVSKI , CANADY , FALK & RABKIN
  Address: 3 EMBARCADERO CTR, SAN FRANCISCO  CA 94111-4003

  Phone: 415-434-1600 - PST
  FEIN:
  Dates: May 15, 2005 -  Nov 15, 2010

  Name: HOWARD LASKY
  Title: AGENT
  SSN: 061-44-xxxx
  Company: LOVE & HUMMUS COMPANY LLC THE
  Address: 1 FERRY BUILDING STE 200, SAN FRANCISCO  CA 94111-4213
  Phone:
  FEIN:
  Dates: Apr 8, 2010

  Name: HOWARD LASKY
  SSN: 061-44-xxxx
  Company: COBLENTZ, PATCH, DUFFY & BASS, LLP
  Address: 1 FERRY BUILDING STE 200, SAN FRANCISCO  CA 94111-4213

  Phone: 415-391-4800
  FEIN:
  Dates: Dec 17, 2009 -  Apr 4, 2010

  Name: HOWARD LASKY
  SSN: 061-44-xxxx
  Company: SECURED AMERICAN GAMES LLC

Comprehensive Report

Address: 1 FERRY BUILDING, SAN FRANCISCO  CA 94111-4209
Phone:
FEIN:
Dates: Jun 17, 2009

Name: HOWARD LASKY
Title: AGENT
SSN: 061-44-xxxx
Company: SECURED AMERICAN GAMES LLC
Address: 1 FERRY BUILDING STE 200, SAN FRANCISCO  CA 94111-4213
Phone:
FEIN:
Dates: Jun 17, 2009

Name: HOWARD LASKY
Title: SPECIAL COUNSEL
SSN: 061-44-xxxx
Company: COBLENTZ PATCH DUFFY & BASS LLP
Address: 1 FERRY BUILDING STE 200, SAN FRANCISCO  CA 94111-4213
Phone: ✔ 415-391-4800 - PST
FEIN:
Dates: Oct 27, 2007

Name: HOWARD A LASKY
Title: SPECIAL COUNSEL
SSN: 061-44-xxxx
Company: COBLENTZ PATCH DUFFY & BASS LLP
Address: 1 FERRY BUILDING STE 200, SAN FRANCISCO  CA 94111-4213
Phone: ✔ 415-391-4800 - PST
FEIN:
Dates: Oct 12, 2006 -  Feb 5, 2007

Name: HOWARD LASKY
Title: ANOTHER FORMER DIRECTOR
SSN: 061-44-xxxx
Company: HOWARD , RICE , NEMEROVSKI , CANADY , FALK & RABKIN
Address: 3 EMBARCADERO CTR FL 7, SAN FRANCISCO  CA 94111-4078
Phone: ✔ 415-434-1600 - PST
FEIN:
Dates: May 15, 2005 -  Oct 9, 2006

Name: HOWARD LASKY
Title: PARTNER
SSN: 061-44-xxxx
Company: COBLENTZ, PATCH, DUFFY BASS
Phone: 415-391-4800 - PST
FEIN:
Dates: May 1, 2005

Name: HOWARD LASKY
Title: PARTNER
SSN: 061-44-xxxx
Company: COBLENTZ, PATCH, DUFFY BASS
Phone: 415-391-4800 - PST
FEIN:
Dates: May 1, 2005

Name: HOWARD LASKY
Title: SPECIAL COUNSEL
SSN: 061-44-xxxx
Company: COBLENTZ, PATCH, DUFFY BASS
Phone: 415-391-4800 - PST
FEIN:
Dates: May 1, 2005

Name: HOWARD LASKY
Title: PARTNER
SSN: 061-44-xxxx
Company: COBLENTZ, PATCH, DUFFY BASS, LLP

Phone: 415-391-4800 - PST  
FEIN:  
Dates: May 1, 2005

Name: HOWARD LASKY  
Title: PARTNER  
SSN: 061-44-xxxx  
Company: COBLENTZ, PATCH, DUFFY BASS, LLP  
Phone: 415-391-4800 - PST  
FEIN:  
Dates: May 1, 2005

Name: HOWARD LASKY  
Title: ATTORNEY  
SSN: 061-44-xxxx  
Company: HOWARD RICE ET AL  
Address: 3 EMBARCADERO CTR FL 7, SAN FRANCISCO  CA 94111-4078  
Phone:  
FEIN:  
Dates:

Name: HOWARD LASKY  
SSN: 061-44-xxxx  
Company: HOWARD , RICE , NEMEROVSKI , CANADY , FALK & RABKIN  
Address: 3 EMBARCADERO CTR FL 7, SAN FRANCISCO  CA 94111-4078  
Phone: 415-434-1600 - PST  
FEIN:  
Dates:

Name: HOWARD A LASKY  
SSN: 061-44-xxxx  
Company: COBLENTZ PATCH DUFFY & BASS LLP  
Address: 1 FERRY BUILDING STE 200, SAN FRANCISCO  CA 94111-4213  
Phone: 415-391-4800 - PST  
FEIN:  
Dates:

Name: HOWARD LASKY  
Title: SPECIAL COUNSEL  
SSN: 061-44-xxxx  
Company: COBLENTZ, PATCH, DUFFY BASS  
Phone: 415-391-4800  
FEIN:  
Dates:

**Driver´s License Information:**
   [None Found]

**Previous And Non-Verified Address(es):**
   122 HOWARD DR, BELVEDERE TIBURON  CA 94920-1448, MARIN COUNTY ( 2001 - Jan 2012)
      **Name Associated with Address:**
         HOWARD LASKY
      **Current Residents at Address:**
         SARAH MARIE KING
         HOWARD C LASKY
         ELIZA L LASKY
         JAMES A LASKY
         ALINA L NARVAEZ
      **Property Ownership Information for this Address**
         **Property:**
            Parcel Number - 039-141-06
               Name Owner : LASKY HOWARD
            Property Address: - 122 HOWARD DR, BEL TIBURON  CA 94920-1448, MARIN COUNTY
            Owner Address: 122 HOWARD DR, BEL TIBURON  CA 94920-1448, MARIN COUNTY
            Assessed Value - $1,588,074
            Land Size - 12100 SF
            Year Built - 1963
            Data Source - B

Comprehensive Report

122 HOWARD DR, TIBURON  CA 94920-1448, MARIN COUNTY (Sep 2002 - Jun 2008)
- **Name Associated with Address:**
  - HOWARD LASKY
- **Current Residents at Address:**
  - SARAH MARIE KING
  - HOWARD C LASKY
  - ELIZA L LASKY
  - JAMES A LASKY
  - ALINA L NARVAEZ
  - 415-435-1870

5047 PARADISE DR, BELVEDERE TIBURON  CA 94920-1073, MARIN COUNTY (Nov 2001 - Sep 2002)
- **Name Associated with Address:**
  - HOWARD LASKY
- **Current Residents at Address:**
  - JOHN MARK SCHUBERTH
  - LEIGH A SCHUBERTH
- **Property Ownership Information for this Address**
  - **Property:**
    - Parcel Number - 038-021-08
      - Name Owner : SCHUBERTH JOHN M
    - Property Address: - 5047 PARADISE DR, BEL TIBURON  CA 94920-1073, MARIN COUNTY
    - Owner Address: 5047 PARADISE DR, BEL TIBURON  CA 94920-1073, MARIN COUNTY
    - Assessed Value - $1,453,745
    - Land Size - 13500 SF
    - Year Built - 1960
    - Data Source - B

5047 PARADISE DR, TIBURON  CA 94920-1073, MARIN COUNTY (Nov 2001 - Sep 2002)
- **Name Associated with Address:**
  - HOWARD LASKY
- **Current Residents at Address:**
  - JOHN MARK SCHUBERTH
  - LEIGH A SCHUBERTH
  - 415-435-1870

10 BAY VISTA CT, MILL VALLEY  CA 94941-1603, MARIN COUNTY ( 1983 - May 2002)
- **Name Associated with Address:**
  - HOWARD LASKY
- **Current Residents at Address:**
  - JOAN MILLER
  - JUAN JOSE MILLER
  - ISABELLA A MILLER
- **Current phones listed at this address:**
  - 415-383-7376 MILLER JUAN J
  - 415-383-9241
- **Property Ownership Information for this Address**
  - **Property:**
    - Parcel Number - 034-191-38
      - Name Owner : LASKY HOWARD
    - Property Address: - 10 BAY VISTA CT, MILL VALLEY  CA 94941-1603, MARIN COUNTY
    - Owner Address: 10 BAY VISTA CT, MILL VALLEY  CA 94941-1603, MARIN COUNTY
    - Sale Price - $380,000
    - Assessed Value - $431,437
    - Land Size - 13,500 Square Feet
    - Year Built - 1950
    - Loan Amount - $304,000
    - Data Source - A

10 BAY VW, MILL VALLEY  CA 94941, MARIN COUNTY (Jan 1988 - Jan 2002)
- **Name Associated with Address:**
  - HOWARD C LASKY

3 EMBARCADERO CTR APT, SAN FRANCISCO  CA 94111-4003, SAN FRANCISCO COUNTY (Aug 1995)
- **Name Associated with Address:**
  - HOWARD C LASKY
- **Property Ownership Information for this Address**
  - **Property:**
    - Parcel Number - 138574002
      - Name Owner : LOMBARD INVESTMENTS INC
    - Property Address: - 3 EMBARCADERO CTR, SAN FRANCISCO  CA 94111-4003, SAN FRANCISCO COUNTY
    - Owner Address: 3 EMBARCADERO CTR, SAN FRANCISCO  CA 94111-4003, SAN FRANCISCO COUNTY
    - Total Market Value - $110,783
    - Assessed Value - $110,783
    - Data Source - B

Comprehensive Report

41 FREELON ST, SAN FRANCISCO  CA 94107-1705, SAN FRANCISCO COUNTY (Oct 1980)
   **Name Associated with Address:**
      LASKY HOWARD
   **Property Ownership Information for this Address**
      **Property:**
         Parcel Number - 3776 -077
         Page - 34
            Name Owner : BLAKE PROPERTIES
            Name Owner 2: DUGONI PATRICA
         Property Address: - 41 FREELON ST, SAN FRANCISCO  CA 94107-1705, SAN FRANCISCO COUNTY
         Owner Address: 1720 MARCO POLO WAY, BURLINGAME  CA 94010-4512, SAN MATEO COUNTY
         Sale Price - $37,500
         Assessed Value - $68,845
         Land Size - 2,000 Square Feet
         Year Built - 1917
         Data Source - A

**Possible Properties Owned by Subject:** 

   **Property:**
      Parcel Number - 039-141-06
         Name Owner : LASKY HOWARD
      Property Address: - 122 HOWARD DR, BEL TIBURON  CA 94920-1448, MARIN COUNTY
      Owner Address: 122 HOWARD DR, BEL TIBURON  CA 94920-1448, MARIN COUNTY
      Assessed Value - $1,588,074
      Land Size - 12100 SF
      Year Built - 1963
      Data Source - B

   **Property:**
      Parcel Number - 039-141-06
         Name Owner : LASKY, HOWARD
      Property Address: - 122 HOWARD DR, BEL TIBURON  CA 94920-1448, MARIN COUNTY
      Owner Address: 122 HOWARD DR, BEL TIBURON  CA 94920-1448, MARIN COUNTY
      Sale Date - 09/20/2010
      Loan Amount - $440,000
      Loan Type - CONVENTIONAL
      Data Source - A

   **Property:**
      Parcel Number - 034-191-38
         Name Owner : LASKY HOWARD
      Property Address: - 10 BAY VISTA CT, MILL VALLEY  CA 94941-1603, MARIN COUNTY
      Owner Address: 10 BAY VISTA CT, MILL VALLEY  CA 94941-1603, MARIN COUNTY
      Sale Price - $380,000
      Assessed Value - $431,437
      Land Size - 13,500 Square Feet
      Year Built - 1950
      Loan Amount - $304,000
      Data Source - A

   **Property:**
      Parcel Number - 034-191-38
         Name Owner : LASKY, HOWARD
      Property Address: - 10 BAY VISTA CT, MILL VALLEY  CA 94941-1603, MARIN COUNTY
      Owner Address: 10 BAY VISTA CT, MILL VALLEY  CA 94941-1603, MARIN COUNTY
      Loan Amount - $306,000
      Loan Type - CONVENTIONAL
      Data Source - A

**Motor Vehicles Registered To Subject:** 
   [None Found]

**FAA Certifications:**
   [None Found]

**Possible Criminal Records:**
[None Found]

**Sexual Offenses:**
[None Found]

**Professional License(s):**
[None Found]

**Voter Registration:**
[None Found]

**Hunting/Fishing Permit:**
[None Found]

**Concealed Weapons Permit:**
[None Found]