# EXHIBIT 29

**Table C-5.**
**U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending June 30, 2011**

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| TOTAL | 244,596 | 7.3 | 42,363 | 4.9 | 172,486 | 6.6 | 26,875 | 14.8 | 2,872 | 23.3 |
| DC | 2,006 | 6.6 | 1,018 | 4.9 | 958 | 7.3 | 12 | 17.8 | 18 | 40.2 |
| 1ST | 5,066 | 9.6 | 866 | 4.4 | 2,592 | 8.0 | 1,492 | 16.8 | 116 | 26.8 |
| ME | 507 | 7.4 | 195 | 5.4 | 286 | 10.1 | 14 | 16.5 | 12 | 19.0 |
| MA | 2,457 | 8.8 | 382 | 3.7 | 1,077 | 6.5 | 937 | 14.4 | 61 | 27.1 |
| NH | 393 | 7.8 | 69 | 3.1 | 209 | 6.3 | 107 | 14.5 | 8 | - |
| RI | 670 | 15.5 | 30 | 4.2 | 298 | 8.5 | 331 | 77.8 | 11 | 26.2 |
| PR | 1,039 | 10.9 | 190 | 6.8 | 722 | 10.7 | 103 | 19.9 | 24 | 30.2 |
| 2ND | 27,194 | 17.4 | 4,081 | 5.3 | 19,891 | 28.5 | 2,910 | 13.8 | 312 | 32.0 |
| CT | 1,804 | 8.1 | 914 | 6.3 | 784 | 9.7 | 56 | 15.6 | 50 | 33.8 |
| NY,N | 1,117 | 10.9 | 284 | 4.3 | 449 | 10.8 | 349 | 16.4 | 35 | 38.7 |
| NY,E | 5,376 | 8.5 | 1,183 | 5.8 | 2,941 | 7.7 | 1,153 | 13.4 | 99 | 30.2 |
| NY,S | 17,280 | 38.5 | 1,373 | 5.0 | 14,495 | 44.3 | 1,300 | 13.1 | 112 | 29.7 |
| NY,W | 1,335 | 7.8 | 301 | 3.0 | 981 | 9.4 | 44 | 34.2 | 9 | - |
| VT | 282 | 8.5 | 26 | 1.4 | 241 | 8.7 | 8 | - | 7 | - |
| 3RD | 69,061 | 3.8 | 2,184 | 3.4 | 63,087 | 3.2 | 3,505 | 11.7 | 285 | 25.5 |
| DE | 770 | 9.0 | 146 | 3.7 | 559 | 9.3 | 17 | 25.5 | 48 | 29.4 |
| NJ | 5,762 | 6.0 | 492 | 3.5 | 3,173 | 3.5 | 2,034 | 13.0 | 63 | 35.7 |
| PA,E | 58,830 | 3.1 | 601 | 2.9 | 56,881 | 3.1 | 1,241 | 9.5 | 107 | 19.4 |
| PA,M | 1,596 | 6.4 | 535 | 3.7 | 981 | 7.1 | 60 | 17.0 | 20 | 27.0 |
| PA,W | 1,809 | 6.7 | 289 | 3.0 | 1,465 | 7.5 | 26 | 24.5 | 29 | 29.6 |
| VI | 294 | 17.5 | 121 | 12.9 | 28 | 26.6 | 127 | 18.8 | 18 | 61.2 |
| 4TH | 12,006 | 7.8 | 2,610 | 5.3 | 7,938 | 7.7 | 1,295 | 11.2 | 163 | 19.0 |
| MD | 3,005 | 8.1 | 609 | 6.1 | 1,801 | 6.7 | 559 | 23.0 | 36 | 27.4 |
| NC,E | 906 | 8.4 | 214 | 4.9 | 674 | 8.9 | 13 | 13.2 | 5 | - |
| NC,M | 601 | 9.2 | 381 | 8.3 | 190 | 11.0 | 24 | 20.0 | 6 | - |
| NC,W | 753 | 7.4 | 229 | 4.6 | 467 | 8.0 | 47 | 13.3 | 10 | 16.8 |
| SC | 2,203 | 9.2 | 228 | 3.6 | 1,816 | 9.5 | 117 | 11.7 | 42 | 23.6 |
| VA,E | 2,370 | 4.8 | 398 | 2.9 | 1,469 | 4.2 | 466 | 7.6 | 37 | 12.1 |
| VA,W | 654 | 8.6 | 159 | 5.0 | 445 | 9.3 | 33 | 9.7 | 17 | 12.9 |
| WV,N | 442 | 9.1 | 229 | 7.4 | 202 | 11.3 | 7 | - | 4 | - |
| WV,S | 1,072 | 10.5 | 163 | 14.7 | 874 | 9.5 | 29 | 20.8 | 6 | - |

42

## Table C-5. (June 30, 2011—Continued)

| | | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Circuit and District | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| | **5TH** | **22,655** | **10.7** | **4,941** | **5.2** | **11,890** | **8.3** | **5,461** | **46.5** | **363** | **21.4** |
| LA,E | | 6,857 | 35.0 | 68 | 2.2 | 2,019 | 9.2 | 4,700 | 49.5 | 70 | 18.4 |
| LA,M | | 594 | 12.0 | 293 | 9.7 | 261 | 13.3 | 26 | 24.6 | 14 | 36.7 |
| LA,W | | 1,258 | 12.1 | 419 | 9.4 | 751 | 12.3 | 56 | 20.0 | 32 | 27.8 |
| MS,N | | 710 | 11.2 | 211 | 6.7 | 339 | 11.1 | 142 | 14.8 | 18 | 24.2 |
| MS,S | | 1,742 | 8.7 | 844 | 4.3 | 824 | 11.2 | 34 | 18.9 | 40 | 21.5 |
| TX,N | | 2,869 | 6.3 | 436 | 5.3 | 2,392 | 6.4 | 3 | - | 38 | 21.0 |
| TX,E | | 1,932 | 8.1 | 482 | 5.7 | 1,352 | 8.1 | 57 | 21.3 | 41 | 27.1 |
| TX,S | | 4,674 | 6.3 | 1,574 | 4.2 | 2,644 | 6.9 | 381 | 10.3 | 75 | 18.8 |
| TX,W | | 2,019 | 7.7 | 614 | 6.0 | 1,308 | 7.9 | 62 | 15.7 | 35 | 17.2 |
| | **6TH** | **16,306** | **10.2** | **4,119** | **5.1** | **8,251** | **11.3** | **3,699** | **12.7** | **237** | **24.2** |
| KY,E | | 1,145 | 8.8 | 131 | 5.9 | 953 | 8.6 | 45 | 20.0 | 16 | 28.0 |
| KY,W | | 1,169 | 10.1 | 490 | 8.4 | 512 | 8.8 | 151 | 19.4 | 16 | 25.6 |
| MI,E | | 3,580 | 8.3 | 780 | 4.0 | 1,290 | 5.8 | 1,455 | 12.2 | 55 | 20.1 |
| MI,W | | 934 | 5.8 | 179 | 1.7 | 533 | 5.6 | 214 | 11.3 | 8 | - |
| OH,N | | 4,177 | 17.2 | 825 | 4.1 | 2,538 | 20.2 | 774 | 9.4 | 40 | 22.1 |
| OH,S | | 2,247 | 10.4 | 822 | 5.9 | 740 | 10.6 | 650 | 14.1 | 35 | 25.6 |
| TN,E | | 1,013 | 11.7 | 170 | 4.0 | 434 | 10.3 | 381 | 15.2 | 28 | 26.2 |
| TN,M | | 1,087 | 9.3 | 241 | 7.8 | 821 | 9.5 | 5 | - | 20 | 19.5 |
| TN,W | | 954 | 10.8 | 481 | 8.0 | 430 | 12.5 | 24 | 20.0 | 19 | 31.4 |
| | **7TH** | **14,053** | **7.4** | **4,256** | **5.3** | **7,517** | **6.6** | **2,041** | **12.9** | **239** | **26.3** |
| IL,N | | 7,719 | 6.5 | 2,243 | 5.2 | 4,657 | 5.8 | 675 | 12.3 | 144 | 26.3 |
| IL,C | | 690 | 9.4 | 291 | 7.8 | 378 | 9.7 | 7 | - | 14 | 32.9 |
| IL,S | | 1,116 | 7.5 | 550 | 6.7 | 539 | 8.5 | 15 | 25.3 | 12 | 22.7 |
| IN,N | | 1,170 | 10.6 | 290 | 4.8 | 367 | 8.9 | 494 | 15.0 | 19 | 29.3 |
| IN,S | | 1,831 | 9.3 | 518 | 5.4 | 736 | 8.3 | 555 | 12.3 | 22 | 31.0 |
| WI,E | | 1,006 | 7.0 | 205 | 3.3 | 706 | 7.0 | 82 | 21.8 | 13 | 37.1 |
| WI,W | | 521 | 5.1 | 159 | 2.7 | 134 | 4.0 | 213 | 9.8 | 15 | 14.1 |
| | **8TH** | **11,665** | **8.6** | **4,852** | **5.3** | **5,642** | **9.7** | **965** | **13.1** | **206** | **21.5** |
| AR,E | | 1,240 | 12.7 | 364 | 11.9 | 834 | 12.9 | 7 | - | 35 | 21.6 |
| AR,W | | 682 | 12.0 | 49 | 7.4 | 617 | 12.1 | 0 | - | 16 | 16.2 |
| IA,N | | 388 | 8.1 | 93 | 10.3 | 283 | 6.9 | 2 | - | 10 | 20.1 |
| IA,S | | 537 | 9.9 | 120 | 5.2 | 271 | 8.2 | 125 | 15.5 | 21 | 23.2 |
| MN | | 4,297 | 6.8 | 2,502 | 5.0 | 983 | 5.1 | 782 | 12.1 | 30 | 21.1 |
| MO,E | | 1,828 | 6.6 | 827 | 4.5 | 964 | 8.5 | 1 | - | 36 | 21.7 |
| MO,W | | 1,780 | 8.4 | 746 | 5.5 | 986 | 10.2 | 15 | 21.6 | 33 | 22.8 |
| NE | | 527 | 8.4 | 36 | 2.7 | 458 | 8.5 | 19 | 17.7 | 14 | 16.2 |
| ND | | 165 | 9.7 | 20 | 5.8 | 139 | 9.7 | 3 | - | 3 | - |
| SD | | 221 | 13.1 | 95 | 11.1 | 107 | 12.1 | 11 | 25.6 | 8 | - |

43

## Table C-5. (June 30, 2011—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| 9TH | 32,555 | 7.2 | 9,524 | 4.9 | 19,850 | 7.6 | 2,734 | 13.4 | 447 | 22.2 |
| AK | 300 | 9.3 | 64 | 9.0 | 226 | 9.1 | 3 | - | 7 | - |
| AZ | 2,396 | 7.5 | 130 | 2.9 | 2,201 | 7.7 | 29 | 26.8 | 36 | 24.2 |
| CA,N | 5,065 | 8.0 | 850 | 3.7 | 2,568 | 7.1 | 1,594 | 12.5 | 53 | 25.4 |
| CA,E | 2,978 | 8.0 | 1,116 | 6.0 | 1,808 | 9.5 | 21 | 33.2 | 33 | 23.1 |
| CA,C | 11,127 | 5.7 | 4,310 | 4.8 | 6,528 | 6.1 | 132 | 15.9 | 157 | 19.9 |
| CA,S | 2,089 | 6.5 | 253 | 2.9 | 1,198 | 5.2 | 618 | 12.2 | 20 | 25.8 |
| HI | 584 | 8.6 | 307 | 7.9 | 216 | 8.0 | 43 | 18.8 | 18 | 17.3 |
| ID | 422 | 10.6 | 47 | 4.1 | 285 | 9.9 | 77 | 15.9 | 13 | 23.4 |
| MT | 408 | 9.6 | 134 | 5.2 | 147 | 7.4 | 122 | 15.5 | 5 | - |
| NV | 2,126 | 7.6 | 403 | 4.6 | 1,666 | 8.2 | 35 | 9.0 | 22 | 27.5 |
| OR | 1,873 | 10.9 | 736 | 8.0 | 1,083 | 11.7 | 19 | 16.0 | 35 | 27.7 |
| WA,E | 577 | 11.2 | 243 | 7.9 | 304 | 12.4 | 23 | 15.3 | 7 | - |
| WA,W | 2,562 | 6.4 | 897 | 3.4 | 1,608 | 8.3 | 17 | 17.7 | 40 | 18.1 |
| GUAM | 28 | 14.3 | 15 | 14.3 | 12 | 13.8 | 1 | - | 0 | - |
| NMI | 20 | 10.8 | 19 | 10.7 | 0 | - | 0 | - | 1 | - |
| 10TH | 8,457 | 8.1 | 1,926 | 4.8 | 5,288 | 8.0 | 1,080 | 13.2 | 163 | 23.0 |
| CO | 2,494 | 5.9 | 521 | 2.5 | 1,824 | 6.5 | 104 | 21.2 | 45 | 27.5 |
| KS | 1,249 | 8.1 | 407 | 5.6 | 714 | 8.7 | 110 | 19.3 | 18 | 22.6 |
| NM | 967 | 8.4 | 303 | 5.3 | 388 | 8.8 | 252 | 11.6 | 24 | 25.6 |
| OK,N | 710 | 10.8 | 58 | 2.7 | 632 | 11.1 | 7 | - | 13 | 21.9 |
| OK,E | 345 | 11.7 | 252 | 12.6 | 83 | 9.6 | 6 | - | 4 | - |
| OK,W | 1,175 | 8.8 | 319 | 5.5 | 425 | 7.6 | 412 | 11.1 | 19 | 17.8 |
| UT | 1,257 | 8.6 | 44 | 4.2 | 1,130 | 8.1 | 57 | 20.2 | 26 | 25.2 |
| WY | 260 | 8.5 | 22 | 3.0 | 92 | 4.0 | 132 | 10.7 | 14 | 15.6 |
| 11TH | 23,572 | 6.7 | 1,986 | 3.9 | 19,582 | 6.5 | 1,681 | 11.8 | 323 | 19.7 |
| AL,N | 2,042 | 8.5 | 192 | 4.4 | 1,798 | 8.6 | 22 | 24.4 | 30 | 17.3 |
| AL,M | 718 | 9.7 | 64 | 6.2 | 595 | 9.4 | 48 | 15.7 | 11 | 17.7 |
| AL,S | 578 | 7.7 | 131 | 4.4 | 425 | 8.2 | 9 | - | 13 | 17.3 |
| FL,N | 1,046 | 7.1 | 43 | 2.6 | 969 | 7.1 | 13 | 10.4 | 21 | 18.7 |
| FL,M | 6,664 | 9.2 | 307 | 5.5 | 6,169 | 9.0 | 114 | 19.5 | 74 | 21.4 |
| FL,S | 7,108 | 4.6 | 506 | 3.3 | 6,410 | 4.6 | 95 | 10.7 | 97 | 14.4 |
| GA,N | 4,183 | 6.5 | 406 | 2.8 | 2,360 | 4.8 | 1,368 | 11.0 | 49 | 25.7 |
| GA,M | 723 | 10.0 | 170 | 5.9 | 529 | 11.4 | 6 | - | 18 | 22.3 |
| GA,S | 510 | 8.3 | 167 | 6.0 | 327 | 8.7 | 6 | - | 10 | 32.3 |

NOTE: Median time intervals are not computed when fewer than 10 cases reported. This table excludes land condemnations, prisoner petitions, deportation reviews, recovery of overpayments, and enforcement of judgments. Includes cases filed in previous years as consolidated cases that thereafter were severed into individual cases. For fiscal years prior to 2001, this table included data on recovery of overpayments and enforcement of judgments.

44