# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| PersonalWeb Technologies LLC, ) | |
| ) | Civil Action No. 6:11-cv-660 (LED) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JURY TRIAL REQUESTED |
| EMC Corporation and VMware, Inc., ) | |
| ) | ORAL ARGUMENT REQUESTED |
| Defendants. ) | |
| ) | |

## ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA OR, IN THE ALTERNATIVE, TO THE CENTRAL DISTRICT OF CALIFORNIA

Before the Court is the Motion of Defendants EMC Corporation and VMware, Inc. to Transfer Venue to the Northern District of California or, in the Alternative, to the Central District of California. It is hereby ORDERED that:

1. Defendants' motion to transfer venue is granted.

2. This case is transferred immediately, in its entirety, to the United States District Court for the Northern District of California [United States District Court for the Central District of California].