IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> GOOGLE INC. AND YOUTUBE, LLC, § <br> § <br> Defendants. § <br> § | Civil Action No. 11-cv-656 (LED) <br><br> JURY TRIAL DEMANDED |

**Declaration of Kevin Bermeister in Support of PersonalWeb's Opposition to Defendants' Motion to Transfer**

1. My name is Kevin Bermeister. I am over the age of twenty-one and am in all respects competent to make this declaration. I have personal knowledge of the matters set forth below, and the factual matters set forth below are true and correct.

2. I am currently the Chief Executive Officer and Director of Brilliant Digital Entertainment, Inc. ("BDE"). I am familiar with the scope of business activities conducted by BDE. I am also the Non-Executive Chairman of PersonalWeb, Inc.

3. BDE's headquarters is located at 12711 Ventura Boulevard, Suite 210, Studio City, California 91604. Only one BDE employee, Vice President of Business Development Anthony Neumann, works at this location.

4. Altnet is a wholly-owned subsidiary of BDE. Altnet's headquarters is located at 12711 Ventura Boulevard, Suite 210, Studio City, California 91604. Altnet has no direct employees. Altnet's only officers are myself, as Chief Executive Officer and Chief Financial Officer, and Anthony Neumann, as Corporate Secretary.

5. Kinetech is a wholly-owned subsidiary of BDE. Kinetech's headquarters is located at 12711 Ventura Boulevard, Suite 210, Studio City, California 91604. Kinetech has no direct employees. Kinetech's only officers are myself, as Chief Executive Officer and Chief Financial Officer, and Anthony Neumann, as Corporate Secretary.

6. I currently live in Sydney, Australia.

7. I understand that PersonalWeb has filed the above-captioned patent infringement lawsuit against Google and YouTube in the Eastern District of Texas involving U.S. Patent Nos. 5,978,791; 6,415,280; 6,928,442; 7,802,310; 7,945,539; 7,945,544; 7,949,662; and 8,001,096 (collectively, the "Patents").

8. PersonalWeb acquired the Patents by an assignment from Kinetech dated July 5, 2011. Upon assignment of the Patents to PersonalWeb, all documents and records related to the patents were transferred to PersonalWeb's offices in Tyler, Texas. Neither BDE, Altnet, nor Kinetech currently maintain any active files or documents related to the Patents.

9. I understand that Google and YouTube have identified me as a potential witness in this case and, as such, I may be asked to testify.

10. If needed, I am willing to travel to the Eastern District of Texas to testify at trial.

11. Traveling to the Eastern District of Texas to testify will pose no inconvenience, and I will voluntarily agree to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this ___3rd___ day of April, 2012.

Kevin Bermeister

_____
Kevin Bermeister