**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **PERSONALWEB TECHNOLOGIES, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 11-cv-656 (LED) |
| | § | |
| **GOOGLE INC. AND YOUTUBE, LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |
| | § | |

**Declaration of Mark Dyne in Support of PersonalWeb's Opposition to Defendants' Motion to Transfer**

1.     My name is Mark Dyne. I am over the age of twenty-one and am in all respects competent to make this declaration. I have personal knowledge of the matters set forth below, and the factual matters set forth below are true and correct.

2.     I am employed as Chairman of Europlay Capital Advisors, LLC in Sherman Oaks, California.

3.     I currently live in Hidden Hills, California.

4.     I understand that PersonalWeb has filed the above-captioned patent infringement lawsuit against Google and YouTube in the Eastern District of Texas.

5.     I understand that Google and YouTube have identified me as a potential witness in this case and, as such, I may be asked to testify.

6.     If needed, I am willing to travel to the Eastern District of Texas to testify at trial.

7.     Traveling to the Eastern District of Texas to testify will pose no inconvenience, and I will voluntarily agree to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this _____2nd_____ day of April, 2012.

_____
Mark Dyne