IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, § § Plaintiff, § § vs. § GOOGLE INC. AND YOUTUBE, LLC, § § Defendants. § | § § § § § § Civil Action No. 11-cv-656 (LED) § § JURY TRIAL DEMANDED § § § |

**Declaration of Murray Markiles in Support of PersonalWeb's Opposition to Defendants' Motion to Transfer**

1. My name is Murray Markiles. I am over the age of twenty-one and am in all respects competent to make this declaration. I have personal knowledge of the matters set forth below, and the factual matters set forth below are true and correct.

2. I am employed as a Partner at Stubbs Alderton & Markiles, LLP, located at 15260 Ventura Boulevard, 20th Floor, Sherman Oaks, CA 91403.

3. I currently live in Los Angeles, California.

4. I understand that PersonalWeb has filed the above-captioned patent infringement lawsuit against Google and YouTube in the Eastern District of Texas.

5. I understand that Google and YouTube have identified me as a potential witness in this case and, as such, I may be asked to testify.

6. If needed, I am willing to travel to the Eastern District of Texas to testify at trial.

7. Traveling to the Eastern District of Texas to testify will pose no inconvenience, and I will voluntarily agree to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this ___3rd___ day of April, 2012.

_____
Murray Markiles