IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 11-cv-656 (LED) |
| GOOGLE INC. AND YOUTUBE, LLC, | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**Declaration of Anthony Neumann in Support of PersonalWeb's Opposition to Defendants' Motion to Transfer**

1. My name is Anthony Neumann. I am over the age of twenty-one and am in all respects competent to make this declaration. I have personal knowledge of the matters set forth below, and the factual matters set forth below are true and correct.

2. I am employed as Vice President of Business Development at Brilliant Digital Entertainment ("BDE") and work at BDE's headquarters at 12711 Ventura Boulevard, Suite 210, Studio City, California 91604. I currently live in Sherman Oaks, California. I am familiar with the scope of business activities conducted by BDE.

3. I am the only BDE employee or officer who works full time at or near BDE's headquarters.

4. Altnet is a wholly-owned subsidiary of BDE. Altnet's headquarters is located at 12711 Ventura Boulevard, Suite 210, Studio City, California 91604. Altnet has no employees. Altnet's only officers are myself, as Corporate Secretary, and Kevin Bermeister, as Chief Executive Officer and Chief Financial Officer.

5. Kinetech is a wholly-owned subsidiary of BDE. Kinetech's headquarters is located at 12711 Ventura Boulevard, Suite 210, Studio City, California 91604. Kinetech has no direct employees. Kinetech's only officers are myself, as Corporate Secretary, and Kevin Bermeister as Chief Executive Officer and Chief Financial Officer.

6. I understand that PersonalWeb has filed the above-captioned patent infringement lawsuit against Google and YouTube in the Eastern District of Texas.

7. I do not believe that I have any relevant knowledge about this litigation. However, if needed, I am willing to travel to the Eastern District of Texas to testify at trial.

8. Traveling to the Eastern District of Texas to testify will pose no inconvenience, and I will voluntarily agree to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this \_\_3rd\_\_ day of April, 2012.

_____
Anthony Neumann