## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 11-cv-656 (LED) |
| GOOGLE INC. AND YOUTUBE, LLC, | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

### Declaration of Brian Siritzky in Support of PersonalWeb's Opposition to Defendants' Motion to Transfer

1.      My name is Brian Siritzky.  I am over the age of twenty-one and am in all respects competent to make this declaration.  I have personal knowledge of the matters set forth below, and the factual matters set forth below are true and correct.

2.      I am a Partner with the law firm of Davidson Berquist Jackson & Gowdey, LLP, located in Arlington, Virginia.

3.      My clients include Kinetech, Inc. and PersonalWeb Technologies LLC.  In connection with my representation of these clients, I have prosecuted various patents before the U.S. Patent and Trademark Office, including U.S. Patent Nos. 5,978,791, 6,415,280, 6,928,442, 7,802,310, 7,945,539, 7,945,544, 7,949,662, 8,001,096, 8,082,262, and 8,099,420 (collectively, the "Patents").

4.      I currently live in Potomac, Maryland.

5.      I understand that PersonalWeb, a current assignee of the Patents, has filed a number of actions in the United States District Court for the Eastern District of Texas alleging infringement of the Patents.

6.      I understand that I may be asked to testify in one or more of the actions.

7.      If needed, I am willing to travel to the Eastern District of Texas to testify at trial in any of the actions.

1796127.1

8.    Traveling to the Eastern District of Texas to testify at trial will pose no inconvenience, and I will voluntarily agree to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of April, 2012, at Arlington, Virginia.

_____
Brian Sifilzky

1796127.1