# EXHIBIT A.1

