# EXHIBIT A.2



# Opportunities²

EMC² where information lives®

## Find a Job

- **View EMC job opportunities and submit your resume**
- **Job Opportunities for Students and Recent Graduates**
- **Explore a Career with EMC Consulting**
- **Join the Residency Services Team**
- **Diversity**
- **EMC Consultant Profiles**
- **EMC Resident Profiles**
- **Employee Profiles**
- **Sustainability**
- **Social Media Community**

Imagine the possibilities.

Home — Search openings — Search results    **? Help**

**Search results**  Your search criteria: (US - Texas - Addison OR US - Texas - Ar ... more | **Refine search**

Results **1-50** of 76
Page 1  2 Next

| View job(s) | Submit to job(s) | Send to friend | Create search agent | Save to cart |

Clear checked

| | Title | Business | Location(s) | Functional Area(s) |
|---|---|---|---|---|
| ☑ | *Data Domain/Netbackup BURA/Backup and recovery/administrator/engineer | | US - New Jersey - Berkeley Heights, US - Ohio - Columbus, US - Texas - Dallas | Customer Service & Support |
| ☑ | *Network Engineer | | US - Texas - Richardson | Customer Service & Support |
| ☑ | Adv Sol Architect Consulting | | Home GeoZone2, US - California - San Francisco, US - Colorado - Denver, US - Georgia - Atlanta, US - Illinois - Chicago, US - Massachusetts - Franklin, US - Massachusetts - Hopkinton, US - New York - New York City, US - Texas - Dallas, US - Washington DC | Information Technology |
| ☑ | Advisory Technology Consultant | | US - Georgia - Atlanta, US - Texas - Austin | Global Solutions |
| ☑ | Asc Customer Engineer - CSAP | EMC | US - Texas - Dallas | Customer Service & Support |
| ☑ | Asc Customer Engineer - CSAP | EMC | US - Texas - Dallas | Customer Service & Support |
| ☑ | Assoc Storage Ops Spec II | EMC | US - Texas - Dallas | Global Solutions |

| Job Title | Company | Location | Function |
|---|---|---|---|
| ☑ Assoc Storage Ops Spec II | EMC | US - Texas - Dallas | Global Solutions |
| ☑ Assoc Tech Sol Proj Mgr II | EMC | US - Texas - Dallas | Sales |
| ☑ Associate Consultant I | EMC | US - Arizona - Scottsdale, US - Colorado - Denver, US - Georgia - Atlanta, US - Illinois - Chicago, US - Massachusetts - Newton, US - Minnesota - Eden Prairie, US - New York - New York City, US - Texas - Dallas | Consulting |
| ☑ Associate Consultant I | EMC | US - Texas - Dallas | Consulting |
| ☑ Associate Consultant I | EMC | US - Texas - Dallas | Consulting |
| ☑ BDM3 Partner Development Manager | | US - Colorado - Denver, US - Illinois - Chicago, US - Massachusetts - Hopkinton, US - Texas - Dallas | Global Solutions |
| ☑ Channel Field Marketing Manager - Service Providers | | US - California - Santa Clara, US - Colorado - Denver, US - Massachusetts - Hopkinton, US - New York - New York City, US - Texas - Dallas | Marketing & Communications |
| ☑ Commercial Account Manager, DCD - Dallas, TX | Data Computing Division (Greenplum) | US - Texas - Dallas | Sales |
| ☑ Cons Product Offer Marketing Mgr | | Home GeoZone2, US - Texas - Dallas | SMS – Storage Managed Services |
| ☑ Consultant Offer Mkt Spec - Backup and Recovery Expertise* | | Home GeoZone2, US - Texas - Dallas | SMS – Storage Managed Services |
| | | US - Alabama - Birmingham, US - Arizona - Scottsdale, US - Arkansas - Little Rock, US - California - Huntington Beach, US - California - Irvine, US - California - Pleasanton, US - California - San Francisco, US - Colorado - Colorado Springs, US - Colorado - Denver, US - Florida - Tampa, US - Georgia - Atlanta, US - Illinois - Chicago, US - Kansas - Kansas City, US - | Information Technology, Product Management, Professional Services, Technical Support, Global |

| | | | |
|---|---|---|---|
| ☑ Data Scientist Instructor-Trainer | | Maryland - Columbia, US - Massachusetts - Burlington, US - Massachusetts - Franklin, US - Massachusetts - Hopkinton, US - Massachusetts - Westboro, US - Michigan - Detroit, US - Michigan - Grand Rapids, US - New Jersey - Edison, US - New York - Albany, US - New York - New York City, US - North Carolina - Research Triangle Park, US - Ohio - Columbus, US - Pennsylvania - Pittsburgh, US - South Carolina - Columbia, US - Tennessee - Memphis, US - Texas - Dallas, US - Texas - Houston, US - Texas - Irving, US - Utah - Salt Lake City | Solutions, Customer Service & Support, Educational Services & Training, Engineering - Hardware, Engineering - Software, Engineering - Other, Finance & Accounting, Marketing & Communications, Consulting |
| ☑ District Sales Manager 2 | | US - Texas - Houston | Sales |
| ☑ EMC RSA (IAM) Solutions Architect - Identity & Access Management (CTA) | RSA | US - Arizona - Scottsdale, US - California - Los Angeles, US - California - San Francisco, US - Colorado - Denver, US - Georgia - Atlanta, US - Illinois - Chicago, US - Indiana - Indianapolis, US - Maryland - Rockville, US - Massachusetts - Bedford, US - New Jersey - Berkeley Heights, US - New York - New York City, US - North Carolina - Raleigh, US - Pennsylvania - West Conshohocken, US - Texas - Dallas, US - Texas - Houston, US - Washington - Bellevue | Professional Services |
| | | Home Based - Mobile, US - Arizona - Scottsdale, US - California - Irvine, US - California - Los | |

| | | |
|---|---|---|
| ☑ | [EMC RSA Security Practice Consultant - Advance Cyber Defense Practice](#) | Angeles, US - California - Pleasanton, US - California - San Francisco, US - Colorado - Denver, US - Florida - Jacksonville, US - Florida - Miami, US - Florida - Orlando, US - Florida - Tampa, US - Georgia - Atlanta, US - Illinois - Chicago, US - Indiana - Indianapolis, US - Maryland - Rockville, US - Massachusetts - Bedford, US - New Jersey - Berkeley Heights, US - New York - Long Island, US - New York - New York City, US - New York - White Plains, US - North Carolina - Raleigh, US - Pennsylvania - Pittsburgh, US - Pennsylvania - West Conshohocken, US - Texas - Austin, US - Texas - Dallas, US - Texas - Houston, US - Utah - Salt Lake City, US - Virginia - Reston, US - Washington - Bellevue, US - Washington DC, US - Wisconsin - Milwaukee | Professional Services |
| ☑ | [EMC RSA Security Technical Education Consultant (SR)](#) | US - Georgia - Atlanta, US - Illinois - Chicago, US - Indiana - Indianapolis, US - Kansas - Kansas City, US - Massachusetts - Bedford, US - New Jersey - Berkeley Heights, US - New York - Long Island, US - New York - New York City, US - New York - White Plains, US - North Carolina - Raleigh, US - Pennsylvania - West Conshohocken, US - Texas - Austin, US - Texas - Dallas, | Educational Services & Training |

| | | | | |
|---|---|---|---|---|
| ☑ | EMC Tech Solutions Sr Proj Mgr | | US - Texas - Houston, US - Virginia - Reston | |
| ☑ | EMC Tech Solutions Sr Proj Mgr | | US - Texas - Dallas | Global Solutions |
| ☑ | EMC Tech Solutions Sr Proj Mgr | | US - Texas - Dallas | Global Solutions |
| ☑ | Field Service Manager | EMC | US - Texas - Dallas | Customer Service & Support |
| ☑ | Fraud & Risk Analysis Manager - RSA Security Consulting (SR) | | US - Arizona - Scottsdale, US - California - Los Angeles, US - California - San Francisco, US - Colorado - Denver, US - Georgia - Atlanta, US - Illinois - Chicago, US - Indiana - Indianapolis, US - Kansas - Kansas City, US - Maryland - Rockville, US - Massachusetts - Hopkinton, US - New Jersey - Berkeley Heights, US - New York - New York City, US - North Carolina - Charlotte, US - North Carolina - Raleigh, US - Pennsylvania - West Conshohocken, US - Texas - Dallas, US - Texas - Houston, US - Washington - Bellevue | Professional Services |
| ☑ | Global Alliance ( Velocity Service Providers) Rep | | US - Colorado - Denver, US - Illinois - Chicago, US - Massachusetts - Hopkinton, US - Texas - Dallas | Global Solutions |
| ☑ | Global Channel Marketing Operations Manager | | US - California - Santa Clara, US - Colorado - Englewood, US - Connecticut - Fairfield, US - Connecticut - Norwalk, US - Connecticut - Rocky Hill, US - Georgia - Atlanta, US - Illinois - Chicago, US - Massachusetts - Hopkinton, US - New York - New York City, US - North Carolina - Research Triangle Park, US - Pennsylvania - West | Marketing & Communications |

| | | | |
|---|---|---|---|
| ☑ | | | Conshohocken, US - Texas - Dallas, US - Virginia - McLean |
| ☑ | HR Manager | US - Texas - Richardson | Human Resources |
| ☑ | ITIL Process Consultant/Project Manager | US - Massachusetts - Hopkinton, US - Texas - Dallas | SMS – Storage Managed Services |
| ☑ | Manager, Program Delivery | EMC | US - Texas - Dallas | Global Solutions |
| ☑ | Manager, Tech Consultant | | US - Florida - Jacksonville, US - Georgia - Atlanta, US - Maryland - Columbia, US - North Carolina - Charlotte, US - Pennsylvania - West Conshohocken, US - Texas - Houston, US - Virginia - McLean | Global Solutions |
| ☑ | Manager, Tech Consultant | US - California - San Jose, US - Colorado - Denver, US - Texas - Dallas | Sales |
| ☑ | Manager, Tech Consultant | US - Texas - Dallas | Sales |
| ☑ | MDM Practice Lead | Home GeoZone2, US - California - San Francisco, US - Colorado - Denver, US - Georgia - Atlanta, US - Illinois - Chicago, US - Massachusetts - Franklin, US - Massachusetts - Hopkinton, US - New York - New York City, US - Texas - Dallas, US - Washington DC | Information Technology |
| ☑ | Mgr, Global Alliances | US - Texas - Dallas | Global Solutions |
| ☑ | NAS Administrator | EMC | US - California - San Francisco, US - Florida - Miami, US - Florida - Tampa, US - Georgia - Atlanta, US - Illinois - Chicago, US - Massachusetts - Hopkinton, US - New York - New York City, US - New York - White Plains, US - Tennessee - Memphis, US - Texas - Dallas | Global Solutions |
| | | Canada - Ontario - Burlington, US - | |

| | | | |
|---|---|---|---|
| ☑ | Practice Consultant - Archer GRC (Governance, Risk & Compliance SR) | RSA | Arizona - Scottsdale, US - California - Los Angeles, US - California - San Francisco, US - Colorado - Denver, US - Georgia - Atlanta, US - Illinois - Chicago, US - Indiana - Indianapolis, US - Kansas - Overland Park, US - Massachusetts - Bedford, US - Minnesota - Eden Prairie, US - Minnesota - Edina, US - New Jersey - Berkeley Heights, US - New York - Long Island, US - New York - New York City, US - New York - White Plains, US - North Carolina - Raleigh, US - Texas - Austin, US - Texas - Dallas, US - Texas - Houston, US - Washington - Bellevue | Professional Services, Consulting |
| ☑ | Practice Consultant - RSA Security Identity Management (IAM -SR) | | US - Arizona - Scottsdale, US - California - Los Angeles, US - California - San Francisco, US - Colorado - Denver, US - Florida - Miami, US - Florida - Tampa, US - Georgia - Atlanta, US - Illinois - Chicago, US - Indiana - Indianapolis, US - Massachusetts - Hopkinton, US - New Jersey - Berkeley Heights, US - New York - New York City, US - North Carolina - Raleigh, US - Pennsylvania - West Conshohocken, US - Texas - Austin, US - Texas - Dallas, US - Texas - Houston | Professional Services |
| | | | US - Arizona - Scottsdale, US - California - Irvine, US - California - Los Angeles, US - | |

| | | | |
|---|---|---|---|
| ☑ | [Practice Manager - RSA Security Advanced Cyber Defense Practice (SR)](#) | California - Pleasanton, US - California - San Francisco, US - Colorado - Denver, US - Florida - Jacksonville, US - Florida - Miami, US - Florida - Tampa, US - Georgia - Atlanta, US - Illinois - Chicago, US - Indiana - Indianapolis, US - Maryland - Rockville, US - Massachusetts - Bedford, US - New Jersey - Berkeley Heights, US - New York - Long Island, US - New York - New York City, US - New York - White Plains, US - North Carolina - Raleigh, US - Pennsylvania - West Conshohocken, US - Texas - Austin, US - Texas - Dallas, US - Texas - Houston, US - Virginia - Reston, US - Washington - Bellevue, US - Washington DC | Professional Services |
| ☑ | [Principal Solutions Architect](#) | US - Arizona - Scottsdale, US - Georgia - Atlanta, US - Illinois - Chicago, US - Massachusetts - Hopkinton, US - Texas - Dallas, US - Virginia - McLean | Information Technology, Professional Services, Global Solutions, Consulting |
| ☑ | [Principal Solutions Consultant](#) | US - California - Irvine, US - California - San Diego, US - Colorado - Denver, US - Illinois - Chicago, US - Texas - Austin, US - Texas - Dallas, US - Texas - Houston, US - Texas - San Antonio | Sales |
| | | US - Alabama - Birmingham, US - Arizona - Scottsdale, US - California - Irvine, US - California - Los Angeles, US - California - | |

| | | |
|---|---|---|
| ☑ | [Principal Technical Instructor/Trainer](#) | Pleasanton, US - California - San Francisco, US - Colorado - Denver, US - Florida - Orlando, US - Florida - Tampa, US - Illinois - Chicago, US - Kansas - Kansas City, US - Maryland - Columbia, US - Maryland - Rockville, US - Massachusetts - Hopkinton, US - Massachusetts - Milford, US - Michigan - Detroit, US - Missouri - Kansas City, US - New Hampshire - Portsmouth, US - New Jersey - Edison, US - New York - Albany, US - New York - New York City, US - New York - Rochester, US - North Carolina - Apex, US - North Carolina - Charlotte, US - North Carolina - Greensboro, US - North Carolina - Raleigh, US - North Carolina - Research Triangle Park, US - Ohio - Columbus, US - Oklahoma - Oklahoma City, US - Pennsylvania - Pittsburgh, US - South Carolina - Columbia, US - Tennessee - Memphis, US - Texas - Austin, US - Texas - Houston, US - Texas - Plano, US - Texas - San Antonio, US - Washington - Seattle, US - Wisconsin - Milwaukee | Information Technology, Product Management, Professional Services, Sales, Technical Support, Global Solutions, Educational Services & Training, Engineering - Hardware, Engineering - Software, Engineering - Other, Consulting, VCE - Virtual Computing Environment Coalition |
| ☑ | [Product Manager / Consultant Offer Mkt Spec*](#) | Home GeoZone2, US - Texas - Dallas | SMS – Storage Managed Services |
| | | US - Arizona - Scottsdale, US - Arizona - Tucson, US - California - El Segundo, US - California - Irvine, US - California - Los Angeles, US - California - | |

| | Job | Org | Location | Category |
|---|---|---|---|---|
| ☑ | [RSA Security Practice Consultant - BSAFE, Cryptography, PKI, Key Mgr](#) | RSA | Pleasanton, US - California - Sacramento, US - California - San Diego, US - California - San Francisco, US - California - San Jose, US - Colorado - Denver, US - Florida - Jacksonville, US - Florida - Miami, US - Florida - Tampa, US - Georgia - Atlanta, US - Illinois - Chicago, US - Indiana - Indianapolis, US - Maryland - Rockville, US - Massachusetts - Bedford, US - New Jersey - Berkeley Heights, US - New York - Long Island, US - New York - New York City, US - New York - White Plains, US - North Carolina - Charlotte, US - North Carolina - Raleigh, US - Oregon - Portland, US - Pennsylvania - Pittsburgh, US - Pennsylvania - West Conshohocken, US - Texas - Austin, US - Texas - Dallas, US - Texas - Houston, US - Utah - Salt Lake City, US - Virginia - Reston, US - Washington - Bellevue, US - Washington DC | Professional Services |
| ☑ | [Senior Consultant - BC/DR](#) | | Home Based - Mobile, US - Arizona - Scottsdale, US - California - Los Angeles, US - California - San Francisco, US - Colorado - Denver, US - Georgia - Atlanta, US - Illinois - Chicago, US - Massachusetts - Cambridge, US - Michigan - Detroit, US - New York - New York City, US - North Carolina - Charlotte, US - Ohio - | Consulting |

| | | |
|---|---|---|
| | Cleveland, US - South Carolina - Columbia, US - Tennessee - Nashville, US - Texas - Dallas | |
| [x] Senior Technical Instructor | US - Alabama - Birmingham, US - Alabama - Mobile, US - Arizona - Scottsdale, US - Arkansas - Little Rock, US - California - Huntington Beach, US - California - Irvine, US - California - Los Angeles, US - California - Pleasanton, US - California - San Diego, US - California - San Francisco, US - Colorado - Denver, US - Connecticut - Fairfield, US - Florida - Miami, US - Florida - Orlando, US - Florida - Tampa, US - Georgia - Atlanta, US - Illinois - Chicago, US - Illinois - Springfield, US - Kansas - Kansas City, US - Louisiana - New Orleans, US - Maryland - Columbia, US - Massachusetts - Cambridge, US - Massachusetts - Hopkinton, US - Massachusetts - Milford, US - Massachusetts - Westboro, US - Michigan - Detroit, US - Nevada - Las Vegas, US - New Hampshire - Portsmouth, US - New Jersey - Edison, US - New York - Albany, US - New York - Syracuse, US - North Carolina - Apex, US - North Carolina - Charlotte, US - North Carolina - Raleigh, US - North Carolina - Research Triangle Park, US - Ohio - Cincinnati, US - Ohio - Cleveland, US - Pennsylvania - | Information Technology, Product Management, Professional Services, Sales, Technical Support, Global Solutions, Customer Service & Support, Educational Services & Training, Engineering - Hardware, Engineering - Software, Engineering - Other, Marketing & Communications, Consulting, VCE - Virtual Computing Environment Coalition |

| | | | |
|---|---|---|---|
| | | Pittsburgh, US - South Carolina - Columbia, US - South Carolina - Greenville, US - Tennessee - Memphis, US - Tennessee - Nashville, US - Texas - Dallas, US - Texas - Houston, US - Texas - Irving, US - Texas - Plano, US - Washington - Seattle, US - Wisconsin - Milwaukee | |
| ☑ [Solutions Architect](#) | | US - California - San Francisco, US - Florida - Orlando, US - Illinois - Chicago, US - Massachusetts - Hopkinton, US - Texas - Dallas, US - Washington DC | SMS – Storage Managed Services |
| ☑ [Solutions Architect](#) | Smarts | US - Illinois - Chicago, US - Texas - Dallas | Professional Services |
| ☑ [Solutions Dev Spec](#) | | Home GeoZone2, US - Texas - Dallas | SMS – Storage Managed Services |

| View job(s) | Submit to job(s) | Send to friend | Create search agent | Save to cart |

[Refine search](#) | Results 1-50 of 76
**Page** 1  [2](#) [Next](#)

