# EXHIBIT A.3



Account Type: Basic | Upgrade

Add Connections

Home Profile Contacts Groups Jobs Inbox [ ] Companies News More

People Search... Advanced

**Keywords:**

**First Name:**

**Last Name:**

**Title:**

Current or past

**Company:**

EMC Corporation

Current or past

**School:**

**Location:**

Located in or near:

**Country:**

United States

**Postal Code:**

75702 Lookup

**Within:**

100 mi (160 km)

Search

Less

- [x] **All LinkedIn Members**
- [ ] 1st Connections (0)
- [ ] 2nd Connections (3)
- [ ] Group Members (0)
- [ ] 3rd + Everyone Else (863)

- [x] **All Industries**
- [ ] Information Technology... (316)
- [ ] Computer Software (115)
- [ ] Financial Services (96)
- [ ] Computer Hardware (42)
- [ ] Real Estate (41)

Show more...

Enter industry name

- [x] **All Schools**
- [ ] The University of Texas... (58)
- [ ] University of North... (41)
- [ ] Texas A&M University (29)
- [ ] The University of Texas... (28)
- [ ] The University of Texas... (21)

Show more...

Enter school name

**866** results Sort by: Relevance View: Basic Save Search

Company results for **EMC Corporation**

EMC
Information Technology and Services
Greater Boston Area | 10,000+ employees

People results for **EMC Corporation**

Butch McCrackin 2nd
Technology Consultant / Internet Consultant
Dallas/Fort Worth Area · Information Technology and Services
1 shared connection · Similar
Connect

Rudy Karimi 2nd
Sr. Infrastructure Consultant
Dallas/Fort Worth Area · Information Technology and Services
1 shared connection · Similar
Connect

Clawson "Chip" Cannon 2nd
Senior IT and Network Solution Architect; Business and Corporate Development Executive; Attorney
Dallas/Fort Worth Area · Information Technology and Services
1 shared connection · Similar
Connect

Kent E. 3rd
Sr. Project Manager at **EMC**
Dallas/Fort Worth Area · Information Technology and Services
Similar
Send InMail

LinkedIn Member
Project Manager at Crossmark
Dallas/Fort Worth Area · Computer Software
Send InMail

Matt P. 3rd
CSC GAM at **EMC**
Dallas/Fort Worth Area · Information Technology and Services
Similar
Send InMail

Bonnie T. 3rd
Sr. Manager, Global Support Services at **EMC**
Dallas/Fort Worth Area · Information Technology and Services
Similar
Send InMail

LinkedIn Member
Default Reporting Specialist at American Home Mortgage Servicing Inc.
Dallas/Fort Worth Area · Real Estate
Send InMail

LinkedIn Member
Escalation Manager at **EMC**
Dallas/Fort Worth Area · Information Technology and Services
Send InMail

Jeff B. 3rd
District Manager - **EMC**
Dallas/Fort Worth Area · Computer Hardware
Similar
Send InMail

1 2 3 4 5 6 7 8 9 10 next »

Saved Searches »
Reference Search »

**Premium Search**

**Find the right people in half the time**

**Premium Search Tools:**

- Premium filters
- Automatic search alerts
- Full profile access

Upgrade

or Learn more

Create an Ad

Awesome Free Dallas Event

Join Loral Langemeier for a free coaching event in Dallas on June 14th

The Truth Is Out There

Tired of bad SEO advice, lawyers need to see this 6:57 video

Ads by LinkedIn Members

**Profile Language**

**Groups**

**Years of Experience**

**Function** BETA

**Seniority Level** BETA

**Interested In**

**Company Size**

**Fortune 1000**

**Recently Joined**

**Current Company**

**Location**

**Past Company**

Hide Premium Filters



Ads by LinkedIn Members

Are You a Texas Lawyer?
We have too many Texas cases and not enough Texas lawyers. Apply today.

Don't Litigate. Mediate.
Help Avoid Litigation. Learn Mediation Techniques. Top Ranked ADR Program.

**Search Like a Pro**
Find key people in half the time with Premium Filters.

Learn more

**Help Center** | About | Blog | Careers | Advertising | Recruiting Solutions | Tools | Mobile | Developers | Publishers | Language | **Upgrade Your Account**

LinkedIn Corporation © 2012 | User Agreement | Privacy Policy | Copyright Policy | **Send Feedback**