# EXHIBIT A.4

# Office Locations

## VMware Contact Information

| | World Headquarters (/company/office_locations/) | | |
|---|---|---|---|
| **VMware, Inc.**<br>14785 Preston Road, Suite 250<br>Dallas, TX 75240<br>USA<br>**Tel:** 1-877-486-9273 (toll-free) or 650-427-5000<br>**Fax:** 650-427-5001<br>Contact VMware (/contact/contactus.html)<br><br>3900 N. Capital of Texas Highway<br>Austin, TX 78746<br>USA<br>**Tel:** 512-568-3700<br>**Fax:** 512-568-3701<br>Contact VMware (/contact/contactus.html) | **United States**<br>California (/company/office_locations/office_california.html)<br>Colorado (/company/office_locations/office_colorado.html)<br>Illinois (/company/office_locations/office_illinois.html)<br>Massachusetts (/company/office_locations/office_massachusetts.html)<br>New Jersey (/company/office_locations/office_newjersey.html)<br>» Texas<br>Virginia (/company/office_locations/office_virginia.html)<br><br>**Canada**<br>Ontario (/company/office_locations/office_ontario.html)<br><br>**Latin America**<br>Argentina (/company/office_locations/office_argentina.html)<br>Brazil (/company/office_locations/office_brazil.html)<br>Chile (/company/office_locations/office_chile.html)<br>Colombia (/company/office_locations/office_colombia.html)<br>Mexico (/company/office_locations/office_mexico.html) | **Europe**<br>Austria (/company/office_locations/office_austria.html)<br>Belgium (/company/office_locations/office_belgium.html)<br>Bulgaria (/company/office_locations/office_bulgaria.html)<br>Croatia (/company/office_locations/office_croatia.html)<br>Czech Republic (/company/office_locations/office_czech_republic.html)<br>Denmark (/company/office_locations/office_denmark.html)<br>Finland (/company/office_locations/office_finland.html)<br>France (/company/office_locations/office_france.html)<br>Germany (/company/office_locations/office_germany.html)<br>Hungary (/company/office_locations/office_hungary.html)<br>Ireland (/company/office_locations/office_ireland.html)<br>Italy (/company/office_locations/office_italy.html)<br>Netherlands (/company/office_locations/office_netherlands.html)<br>Norway (/company/office_locations/office_norway.html)<br>Poland (/company/office_locations/office_poland.html)<br>Portugal (/company/office_locations/office_portugal.html)<br>Romania (/company/office_locations/office_romania.html)<br>Russia (/company/office_locations/office_russia.html)<br>Spain (/company/office_locations/office_spain.html)<br>Sweden (/company/office_locations/office_sweden.html)<br>Switzerland (/company/office_locations/office_switzerland.html)<br>UK (/company/office_locations/office_uk.html) | **Asia Pacific**<br>Australia (/company/office_locations/office_australia.html)<br>China (/company/office_locations/office_china.html)<br>Hong Kong (/company/office_locations/office_hongkong.html)<br>India (/company/office_locations/office_india.html)<br>Japan (/company/office_locations/office_japan.html)<br>Korea (/company/office_locations/office_korea.html)<br>Malaysia (/company/office_locations/office_malaysia.html)<br>New Zealand (/company/office_locations/office_newzealand.html)<br>Singapore (/company/office_locations/office_singapore.html)<br>Taiwan (/company/office_locations/office_taiwan.html)<br>Thailand (/company/office_locations/office_thailand.html)<br><br>**Middle East/Africa**<br>Dubai (/company/office_locations/office_dubai.html)<br>Israel (/company/office_locations/office_israel.html)<br>South Africa (/company/office_locations/office_southafrica.html) |

---

| **Technical Resources** | **How To Get It** | **Get Support** | **Other Links** |
|---|---|---|---|
| The VMware Advantage (/technical-resources/virtualization-topics/performance/) | Download Free Trial (/tryvmware.html) | Downloads & Patches (/support/) | Contact Us (/company/contact/) |
| Virtual Networking (/technical-resources/virtualization-topics/virtual-networking/) | Contact Sales (/company/contact/) | Product Support Centers (/support/product-support/) | VMware Worldwide (/worldwide.html) |
| Virtual Storage (/technical-resources/virtualization-topics/virtual-storage/) | Find a Partner (/partner-locator/) | Manage Licenses (/support/licensing/) | About VMware (/company/) |
| Virtualizing Enterprise Applications (/solutions/business-critical-apps/index.html) | Buy VMware (/vmwarestore/) | Search the Knowledge Base (http://kb.vmware.com) | Jobs at VMware (/company/jobs/about.html) |
| Virtual Security (/technical-resources/virtualization-topics/security/) | Get Volume Discount (/landing_pages/vpp/benefits.html) | | Customer Case Studies (/company/customers/) |
| | | | Events (/company/events/) |

Copyright © 2012 VMware, Inc. All rights reserved.

rss feed (http://feeds.vmware.com/)