# EXHIBIT A.5

Account Type: Basic | Upgrade

Add Connections

Home Profile Contacts Groups Jobs Inbox [ ] Companies News More

People Search... Advanced

**Keywords:**

**First Name:**

**Last Name:**

**Title:**

Current or past

**Company:**

vmware

Current

**School:**

**Location:**

Located in or near:

**Country:**

United States

**Postal Code:**

75702 Lookup

**Within:**

100 mi (160 km)

Search

Less

- [x] **All LinkedIn Members**
- [ ] 1st Connections (0)
- [ ] 2nd Connections (0)
- [ ] Group Members (0)
- [ ] 3rd + Everyone Else (42)

- [x] **All Industries**
- [ ] Computer Software (20)
- [ ] Information Technology... (18)
- [ ] Computer Hardware (1)
- [ ] Computer Networking (1)
- [ ] Marketing and Advertising (1)

Show more...

Enter industry name

- [x] **All Schools**
- [ ] University of North Texas (5)
- [ ] Southern Methodist... (2)
- [ ] Texas A&M University (2)
- [ ] The University of Texas... (2)
- [ ] The University of Texas... (2)

Show more...

Enter school name

**42** results Sort by: Relevance View: Basic Save Search

Company results for **vmware**

**VMware**
Computer Software
San Francisco Bay Area | 10,000+ employees

People results for **vmware**

**Corey K.** 3rd
Director, Vertical Solutions at Acadia (JV of Cisco, EMC, **VMware**, and Intel)
Dallas/Fort Worth Area · Computer Networking
Similar
Send InMail

**LinkedIn Member**
Senior National Partner Manager - Service Providers at **VMware**, Inc.
Dallas/Fort Worth Area · Computer Hardware
Send InMail

**Sheng S.** 3rd
Systems (Sales) Engineer at **VMware**
Dallas/Fort Worth Area · Information Technology and Services
Similar
Send InMail

**LinkedIn Member**
Infrastructure Alliance Manager at **VMware**
Dallas/Fort Worth Area · Computer Software
Send InMail

**Clint L.** 3rd
Presales SE and Technical Account Management
Dallas/Fort Worth Area · Information Technology and Services
Similar
Send InMail

**LinkedIn Member**
Global Alliance Director, System Integrators System Outsourcers at **VMware**
Dallas/Fort Worth Area · Computer Software
Send InMail

**Susan N.** 3rd
Vice-President, Field Operations, Enterprise Management Group at **VMware**
Dallas/Fort Worth Area · Computer Software
Similar
Send InMail

**Brad P.** 3rd
BC/DR Specialist at **VMware**
Dallas/Fort Worth Area · Computer Software
Similar
Send InMail

**James D.** 3rd
Sr Manager, Service Provider Business Development at **VMware**
Dallas/Fort Worth Area · Computer Software
Similar
Send InMail

**LinkedIn Member**
National Partner Manager at **VMware**
Dallas/Fort Worth Area · Computer & Network Security
Send InMail

1 2 3 4 5 next »

Saved Searches »
Reference Search »

**Premium Search**

**Find the right people in half the time**

**Premium Search Tools:**

- Premium filters
- Automatic search alerts
- Full profile access

Upgrade

or Learn more

**Are You an Attorney?**

We need more attorneys in your area. Apply now for membership.

**Special Dallas Invite**

Join Loral Langemeier for a free coaching event in Dallas on May 14th

**The Truth Is Out There**

Tired of bad SEO advice, lawyers need to see this 6:57 video

Ads

