# EXHIBIT A.7



  Home  |  Find Property  |  Contact Us

**NAVIGATION LINKS**

- **DCAD Introduction Video**
- About DCAD
- Search Appraisals
  - By Owner
  - By Account
  - By Address
  - By Business
- Find Property on Map
- Online BPP Rendition
- Online TaxRep Website
- Forms
- Data Products
- GIS Data Products
- Exemptions
- Protest Process
- Protest Process Video
- Paying Taxes
- Local Tax Offices
- Taxing Unit Rates
- F.A.Q.
- Calendar
- Certified Value Summaries
- Certified Comparisons
- Certification Reports
- Preliminary Value Summary
- Average House Values
- Reappraisal Plan
- Water & Electricity Usage
- Administration
- Human Resources
- Links
- Contact Us
- On-line Help
- DCAD Mobile Site

# Find Property By Owner Name

**Search By:   Owner Name   Account Number   Street Address   Business Name   Map**

Enter at least the first two letters of the last name in the format
Last Name [space] First Name.

**Owner Name**

[ EMC CORPORATION ]   [ Search ]

**Account Type**

☑ RESIDENTIAL

☑ COMMERCIAL

☑ BPP

Hints:

- Enter only the first part of the last name.
- Names like McDonald may be spelled with a space such as Mc Donald.
- Use % as a wildcard. For example, %la in the owner name to find all owners with "La" somewhere in the name.

| < PREV  matches 1 - 10 of 27 properties.   NEXT > | | | | | Page 1 of 3 |
|---|---|---|---|---|---|
| # | Property Address | City | Owner Name / Business Name | Total Value | Type |
| 1 | 211 S AKARD ST | DALLAS | EMC CORPORATION DBA: EMC CORPORATION | $10,460 | BPP |
| 2 | 6001 W CAMPUS CIRCLE DR | IRVING | EMC CORPORATION DBA: EMC CORPORATION | $15,470 | BPP |
| 3 | 26969 LEASED EQUIPMENT | NO TOWN | EMC CORPORATION DBA: EMC CORPORATION | $21,159,890 | BPP |
| 4 | 26969 LEASED EQUIPMENT | DALLAS | EMC CORPORATION DBA: EMC CORPORATION | $12,430,720 | BPP |
| 5 | 26969 LEASED EQUIPMENT | NO TOWN | EMC CORPORATION DBA: EMC CORPORATION | $12,580,790 | BPP |
| 6 | 26969 LEASED EQUIPMENT | NO TOWN | EMC CORPORATION DBA: EMC CORPORATION | $2,385,360 | BPP |
| 7 | 1333 N STEMMONS FWY Suite: SOFTL | DALLAS | EMC CORPORATION DBA: EMC CORPORATION | $12,500 | BPP |

| | | | | | |
|---|---|---|---|---|---|
| 8 | 26969 LEASED EQUIPMENT | COPPELL | EMC CORPORATION DBA: EMC CORPORATION | $2,385,360 | BPP |
| 9 | 26969 LEASED EQUIPMENT | NO TOWN | EMC CORPORATION DBA: EMC CORPORATION | $230,010 | BPP |
| 10 | 1000010 LEASED EQP | NO TOWN | EMC CORPORATION DBA: EMC CORPORATION | $230,010 | BPP |
| | < PREV   matches 1 - 10 of 27 properties.   NEXT > | | | | Page 1 of 3 |

© 2012 Dallas Central Appraisal District.
All Rights Reserved.