# EXHIBIT A.8



Home | Find Property | Contact Us

 NAVIGATION LINKS 

- DCAD Introduction Video
- About DCAD
- Search Appraisals
  - By Owner
  - By Account
  - By Address
  - By Business
- Find Property on Map
- Online BPP Rendition
- Online TaxRep Website
- Forms
- Data Products
- GIS Data Products
- Exemptions
- Protest Process
- Protest Process Video
- Paying Taxes
- Local Tax Offices
- Taxing Unit Rates
- F.A.Q.
- Calendar
- Certified Value Summaries
- Certified Comparisons
- Certification Reports
- Preliminary Value Summary
- Average House Values
- Reappraisal Plan
- Water & Electricity Usage
- Administration
- Human Resources
- Links
- Contact Us
- On-line Help
- DCAD Mobile Site

## Find Property By Owner Name

### Search By:  Owner Name    Account Number    Street Address    Business Name    Map

Enter at least the first two letters of the last name in the format Last Name [space] First Name.

**Owner Name**
EMC CORPORATION      [Search]

**Account Type**
☑ RESIDENTIAL
☑ COMMERCIAL
☑ BPP

Hints:

- Enter only the first part of the last name.
- Names like McDonald may be spelled with a space such as Mc Donald.
- Use % as a wildcard. For example, %la in the owner name to find all owners with "La" somewhere in the name.

| < PREV | matches 11 - 20 of 27 properties. | | NEXT > | Page 2 of 3 |
|---|---|---|---|---|
| # | Property Address | City | Owner Name / Business Name | Total Value | Type |
| 11 | 1000010 LEASED EQP | GARLAND | EMC CORPORATION DBA: EMC CORPORATION | $580,310 | BPP |
| 12 | 1000010 LEASED EQP | DESOTO | EMC CORPORATION DBA: EMC CORPORATION | $35,500 | BPP |
| 13 | 2500 MARSH LN | CARROLLTON | EMC CORPORATION DBA: EMC CORPORATION | $10,560 | BPP |
| 14 | 1000010 LEASED EQP | FARMERS BRANCH | EMC CORPORATION DBA: EMC CORPORATION | $1,950,120 | BPP |
| 15 | 11830 WEBB CHAPEL RD | DALLAS | EMC CORPORATION DBA: EMC CORPORATION | $24,810 | BPP |
| 16 | 1333 CRESTSIDE DR | COPPELL | EMC CORPORATION DBA: EMC CORPORATION | $540 | BPP |
| 17 | 1000010 LEASED EQP | CARROLLTON | EMC CORPORATION DBA: EMC | $374,870 | BPP |

|    |                                      |          |                                                          |             |     |
|----|--------------------------------------|----------|----------------------------------------------------------|-------------|-----|
|    |                                      |          | CORPORATION                                              |             |     |
| 18 | 26969 LEASED EQUIPMENT               | IRVING   | EMC CORPORATION DBA: EMC CORPORATION                     | $1,365,990  | BPP |
| 19 | 14755 PRESTON RD Suite: 200          | DALLAS   | EMC CORPORATION DBA: EMC CORPORATION                     | $1,798,570  | BPP |
| 20 | 26969 LEASED EQUIPMENT               | NO TOWN  | EMC CORPORATION DBA: EMC CORPORATION                     | $2,641,150  | BPP |
|    | < PREV   matches 11 - 20 of 27 properties.   NEXT >                                                       ||||| Page 2 of 3 |

© 2012 Dallas Central Appraisal District.
All Rights Reserved.