# EXHIBIT A.9




Home  |  Find Property  |  Contact Us

NAVIGATION LINKS

- **DCAD Introduction Video**
- About DCAD
- Search Appraisals
  - By Owner
  - By Account
  - By Address
  - By Business
- Find Property on Map
- Online BPP Rendition
- Online TaxRep Website
- Forms
- Data Products
- GIS Data Products
- Exemptions
- Protest Process
- Protest Process Video
- Paying Taxes
- Local Tax Offices
- Taxing Unit Rates
- F.A.Q.
- Calendar
- Certified Value Summaries
- Certified Comparisons
- Certification Reports
- Preliminary Value Summary
- Average House Values
- Reappraisal Plan
- Water & Electricity Usage
- Administration
- Human Resources
- Links
- Contact Us
- On-line Help
- DCAD Mobile Site

# Find Property By Owner Name

**Search By:   Owner Name   Account Number   Street Address   Business Name   Map**

Enter at least the first two letters of the last name in the format Last Name [space] First Name.

**Owner Name**

EMC CORPORATION      [ Search ]

**Account Type**

☑ RESIDENTIAL
☑ COMMERCIAL
☑ BPP

Hints:

- Enter only the first part of the last name.
- Names like McDonald may be spelled with a space such as Mc Donald.
- Use % as a wildcard. For example, %la in the owner name to find all owners with "La" somewhere in the name.

| | | | | | |
|---|---|---|---|---|---|
| < PREV   matches 21 - 27 of 27 properties.   NEXT > | | | | | Page 3 of 3 |
| # | Property Address | City | Owner Name / Business Name | Total Value | Type |
| 21 | 1000010 LEASED EQP | NO TOWN | EMC CORPORATION DBA: EMC CORPORATION | $737,450 | BPP |
| 22 | 1000010 LEASED EQP | RICHARDSON | EMC CORPORATION DBA: EMC CORPORATION | $2,037,020 | BPP |
| 23 | 26969 LEASED EQUIPMENT | NO TOWN | EMC CORPORATION DBA: EMC CORPORATION | $2,004,810 | BPP |
| 24 | 1801 N GLENVILLE DR Suite: 102 | RICHARDSON | EMC CORPORATION DBA: EMC CORPORATION | $209,510 | BPP |
| 25 | 14800 QUORUM DR Suite: 530 | ADDISON | EMC CORPORATION DBA: EMC CORPORATION | $431,380 | BPP |
| 26 | 660 FRITZ DR Suite: EMCCO | DALLAS | EMC CORPORATION DBA: EMC CORPORATION | $943,380 | BPP |
| 27 | 1000010 LEASED EQP | NO TOWN | EMC CORPORATION DBA: EMC | $580,310 | BPP |

|   |   | CORPORATION |   |
|---|---|---|---|
| < PREV   matches 21 - 27 of 27 properties.   NEXT > | | | Page 3 of 3 |

© 2012 Dallas Central Appraisal District.
All Rights Reserved.