# EXHIBIT A.10

 Print Friendly Version

# Search Results

## Choose your account number below.



| Acct # | Apd Num | Owner | Location | | Legal |
|--------|---------|-------|----------|--|-------|
| P900020229051 | 2151335 | EMC CORPORATION% TAX DEPT 4400 COMPUTER DR WESTBOROUGH   MA   01580-0001 | 0000601 PKWY | EXPERIAN | BPP/LEASED EQPT TO EXPERIAN AT 601 EXPERIAN PKWY JUR# CAL, GCN, JCN, SAL, CAD |
| P900020474471 | 2549836 | EMC CORPORATION176 SOUTH STREET MS 2/C-44 HOPKINTON  MA  01748-2209 | 0000720 | AVE F | BPP AT VARIOUS LOCATIONS EQUIP CPL SPL JUR# CPL,GCN,JCN,SPL,CAD |
| P900020474481 | 2549837 | EMC CORPORATION176 SOUTH STREET MS 2/C-44 HOPKINTON  MA  01748-2209 | 0005300 | LEGACY DR | BPP AT VARIOUS LOCATIONS EQUIP CPL SPL JUR# CPL,GCN,JCN,SPL,CAD |
| P900020229081 | 2151342 | EMC CORPORATION% TAX DEPT 4400 COMPUTER DR WESTBOROUGH   MA   01580-0001 | 0003000 | REDBUD BLVD | BPP/LEASED EQPT TO VARIOUS LOCATIONS JUR# CMC, ( JCN, SMC, CAD |
| P900029837491 | P2064674 | EMC CORPORATIONATTN: TAX DEPT 171 SOUTH ST HOPKINTON  MA  01748-2208 | 0000000 LOCATIONS | VARIOUS | BPP/LEASED VARIOUS LOCATIONS JUR# CPL,SPL,GCN,JC |
| P900029733901 | P2063510 | EMC CORPORATIONATTN: TAX DEPT 171 SOUTH ST HOPKINTON  MA  01748-0000 | 0000000 VARIOUS | LEASED EQPT | BPP/LEASED EQPT VARIOUS LOCATIONS JUR# CRC,SPL,GCN,JCN |