# EXHIBIT A.11

Account Type: Basic | Upgrade

Add Connections

Home Profile Contacts Groups Jobs Inbox [ ] Companies News More

People Search... Advanced

**Keywords:**

**First Name:**

**Last Name:**

**Title:**

Current or past

**Company:**

vmware

Current

**School:**

**Location:**

Located in or near:

**Country:**

United States

**Postal Code:**

75702 Lookup

**Within:**

100 mi (160 km)

Search

Less

**All LinkedIn Members**

- 1st Connections (0)
- 2nd Connections (0)
- Group Members (0)
- 3rd + Everyone Else (42)

**All Industries**

- Computer Software (20)
- Information Technology... (18)
- Computer Hardware (1)
- Computer Networking (1)
- Marketing and Advertising (1)

Show more...

Enter industry name

**All Schools**

- University of North Texas (5)
- Southern Methodist... (2)
- Texas A&M University (2)
- The University of Texas... (2)
- The University of Texas... (2)

Show more...

Enter school name

**42** results Sort by: Relevance View: Basic Save Search

Company results for **vmware**

VMware
Computer Software
San Francisco Bay Area | 10,000+ employees

People results for **vmware**

Corey K. 3rd
Director, Vertical Solutions at Acadia (JV of Cisco, EMC, **VMware**, and Intel)
Dallas/Fort Worth Area · Computer Networking
Similar
Send InMail

LinkedIn Member
Senior National Partner Manager - Service Providers at **VMware**, Inc.
Dallas/Fort Worth Area · Computer Hardware
Send InMail

Sheng S. 3rd
Systems (Sales) Engineer at **VMware**
Dallas/Fort Worth Area · Information Technology and Services
Similar
Send InMail

LinkedIn Member
Infrastructure Alliance Manager at **VMware**
Dallas/Fort Worth Area · Computer Software
Send InMail

Clint L. 3rd
Presales SE and Technical Account Management
Dallas/Fort Worth Area · Information Technology and Services
Similar
Send InMail

LinkedIn Member
Global Alliance Director, System Integrators System Outsourcers at **VMware**
Dallas/Fort Worth Area · Computer Software
Send InMail

Susan N. 3rd
Vice-President, Field Operations, Enterprise Management Group at **VMware**
Dallas/Fort Worth Area · Computer Software
Similar
Send InMail

Brad P. 3rd
BC/DR Specialist at **VMware**
Dallas/Fort Worth Area · Computer Software
Similar
Send InMail

James D. 3rd
Sr Manager, Service Provider Business Development at **VMware**
Dallas/Fort Worth Area · Computer Software
Similar
Send InMail

LinkedIn Member
National Partner Manager at **VMware**
Dallas/Fort Worth Area · Computer & Network Security
Send InMail

1 2 3 4 5 next »

Saved Searches »
Reference Search »

**Premium Search**

**Find the right people in half the time**

**Premium Search Tools:**

- Premium filters
- Automatic search alerts
- Full profile access

Upgrade

or Learn more

**Are You an Attorney?**

We need more attorneys in your area. Apply now for membership.

**Special Dallas Invite**

Join Loral Langemeier for a free coaching event in Dallas on May 14th

**The Truth Is Out There**

Tired of bad SEO advice, lawyers need to see this 6:57 video

Ads

