# EXHIBIT A.30

# Exhibit 6



# Contact Us

**North American Headquarters**
Level 3 Communications, Inc.
1025 Eldorado Boulevard
Broomfield, Colorado 80021
Voice: 720-888-1000

**Investor Relations**
Mark Stoutenberg
Investor Relations
Voice: 720-888-2518
Secondary Voice: 877-LVLTCOM
Email

**European Headquarters**
100 Leman Street
London E1 8EU
United Kingdom
Voice: +44(0)20 7954 5454
Fax: +44(0)20 7954 2385

**Security**
Voice: 877-877-0648

**Media Relations**
Josh Howell
Senior Vice President Corporate Communications
Voice: 720-888-2750
Email

**Analyst Relations**
Maria Trysla
Vice President, Corporate Marketing
Voice: 720-888-0521
Email

SALES CONTACTS
For general sales inquiries and information about our services, please contact us below.

**North America**
Voice: 1-877-2LEVEL3

View a list of US Sales Offices

Case 6:11-cv-00660-LED   Document 20-37   Filed 04/06/12   Page 4 of 4 PageID #: 2334

**SUPPORT CONTACTS**

A superior service experience with dedicated resources. That's what we're committed to supporting from the first handshake to daily account management. It's also why we provide the portals below, so you can quickly get the information you need anytime, anywhere. Simply create an account and benefit from tools for billing, repairs, orders, booking, products — including interactive demos — and even new promotions.

View a list of European Sales Offices

**North America**
Technical Support Center
Voice: 1-877-4LEVEL3
(1-877-453-8353)

**Europe, Middle East and Africa**
Technical Support Center
Voice: +44 (0)20 7954 5454
Fax: +44 (0)20 7954 2885