# EXHIBIT A.31

# Google

level 3 communications



Get Google Maps on your phone
Text the word "GMAPS" to 466453

**A.** **Level 3 Communications**
500 Chicon Street, Austin, TX
(512) 391-0712

**B.** **Level 3 Communications**
124 South 1st Street, Sanger, TX
(940) 458-4381

**C.** **Level 3 Communications**
1900 Waurika Freeway, Wichita Falls, TX

**D.** **Level 3 Communications**
293 North Main Street, Houston, TX
(713) 224-7700

**E.** **Level 3 Communications**
Houston, TX
(281) 618-3900

**F.** **Level 3 Communications**
161 Wellborn Road, College Station, TX
(979) 846-0800

**G.** **Level 3 Communications**
16108 S Ih 45 W , Streetman, TX 75859
(903) 599-4101

**H.** **Level 3 Communications**
3180 Irving Blvd, Dallas, TX
(214) 752-8670

**I.** **Level 3 Communications**
400 S Akard St, Dallas, TX
(206) 501-3817

**J.** **Level 3 Communications**
1919 Hunter Road, Basile, LA
(337) 432-5331

