# EXHIBIT A.32

ASSIGNMENT BY KINETECH, INC. TO PERSONALWEB TECHNOLOGIES, LLC
OF
PENDING U.S. PATENT APPLICATIONS

WHEREAS, **Kinetech, Inc.** (hereinafter **ASSIGNOR**) having an office at 12711 Ventura Boulevard, Suite 210, Studio City, California 91604, U.S.A. is the owner of an undivided fifty percent (50%) interest in and to the following United States Patent Applications:

| Inventors | Application No. | Filing Date | Title |
|---|---|---|---|
| FARBER et al. | 11/017,650 | 22-Dec-04 | Content delivery network and associated methods and mechanisms |
| FARBER et al. | 11/724,232 | 15-Mar-07 | Accessing data in a data processing system |
| FARBER et al. | 11/980,677 | 31-Oct-07 | Content delivery network |
| FARBER et al. | 13/091,380 | 21-Apr-11 | Accessing Data In A Data Processing System |
| FARBER et al. | 13/102,337 | 6-May-11 | Accessing Data In A Content-Addressable Data Processing System |
| FARBER et al. | 13/109,208 | 17-May-11 | Accessing Data In A Content-Addressable Data Processing System |

ASSIGNOR does, for adequate consideration received from **PersonalWeb Technologies, LLC** (hereinafter **ASSIGNEE**), duly organized and existing under the laws of Texas, U.S.A., and having its principal office at 112 E Line Street, Suite 204, Tyler, Texas 75702, U.S.A., acknowledge receipt of such consideration and hereby sells, assigns, transfers, and sets over unto ASSIGNEE, its lawful successors, assigns, and legal representatives ASSIGNOR's entire right, title and interest in and to the aforesaid Patent Applications, including all continuations, divisions, substitutes, reexaminations and reissues thereof, the inventions claimed therein, and to and all Letters Patent of the United States that may be granted thereon, and all reissues, reexaminations, and extensions thereof; and all rights to claim priority on the basis of such applications, and all applications for Letters Patent that may be filed for the invention in any foreign country and all Letters Patent that may be granted on the invention in any foreign country, and all extensions, renewals, and reissues thereof; and ASSIGNOR hereby authorizes and requests the Commissioner of Patents and Trademarks of the United States and any official of any foreign country whose duty it is to issue patents on applications as described above, to issue all Letters Patent for this invention to ASSIGNEE, its successors and assigns, in accordance with the terms of this Assignment.

AND the undersigned hereby authorizes and requests the United States Commissioner of Patents and Trademarks to issue Letters Patent to the said ASSIGNEE, for its interest as ASSIGNEE, its

Assignment by Kinetech, Inc. To Personalweb Technologies, LLC
of Pending U.S. Patent applications

successors, assigns and legal representatives; the undersigned agrees that the attorneys of record in said applications shall hereinafter act on behalf of said ASSIGNEE.

AND the undersigned hereby agrees to testify and execute any papers for ASSIGNEE, its successors, assigns and legal representatives, deemed essential by ASSIGNEE to ASSIGNEE's full protection and title in and to the invention and applications hereby transferred.

The undersigned hereby authorizes Davidson Berquist Jackson & Gowdey LLP to insert hereon any further identification necessary or desirable for recordation of this document.

In witness whereof, executed by the undersigned on the date(s) opposite the undersigned signature(s).

**KINETECH, INC.**
ASSIGNOR
SIGNATURE: _____
NAME: Anthony Neumann

In the presence of:
Signature: _Allyson Simons_
Name: _Allyson Simons_          DATE: 7/5/11

**Acceptance Declaration**
ASSIGNEE hereby agrees to and accepts the above-mentioned assignment from ASSIGNOR.
**Assignee (PersonalWeb Technologies, LLC):**

Signature: _____ Date: _____
    Name: Michael Weiss
    Title: Manager

Assignment by Kinetech, Inc. To Personalweb Technologies, LLC
of Pending U.S. Patent applications

successors, assigns and legal representatives; the undersigned agrees that the attorneys of record in said applications shall hereinafter act on behalf of said ASSIGNEE.

AND the undersigned hereby agrees to testify and execute any papers for ASSIGNEE, its successors, assigns and legal representatives, deemed essential by ASSIGNEE to ASSIGNEE's full protection and title in and to the invention and applications hereby transferred.

The undersigned hereby authorizes Davidson Berquist Jackson & Gowdey LLP to insert hereon any further identification necessary or desirable for recordation of this document.

    In witness whereof, executed by the undersigned on the date(s) opposite the undersigned signature(s).

**KINETECH, INC.**

ASSIGNOR

SIGNATURE: _____

NAME: Anthony Neumann

In the presence of:

Signature: _____

Name: _____  DATE: _____

**Acceptance Declaration**

ASSIGNEE hereby agrees to and accepts the above-mentioned assignment from ASSIGNOR.

**Assignee (PersonalWeb Technologies, LLC):**

Signature: _[signature]_  Date: 7/5/11

Name: Michael Weiss
Title: Manager

Page 2 of 2