# EXHIBIT A.34



# UNITED STATES PATENT AND TRADEMARK OFFICE

## Facsimile Transmission

| | | |
|---|---|---|
| To: | Name: | BRIAN SIRITZKY |
| | Company: | 4300 WILSON BOULEVARD |
| | Fax Number: | 17038946430 |
| | Voice Phone: | |
| From: | Name: | ASSIGNMENT RECORDATION SERVICES |
| | Voice Phone: | 571-272-3350 |

**37 C.F.R. 1.6 sets forth the types of correspondence that can be communicated to the Patent and Trademark Office via facsimile transmissions. Applicants are advised to use the certificate of facsimile transmission procedures when submitting a reply to a non-final or final Office action by facsimile (37 CFR 1.8(a)).**

## Fax Notes:

| Pg# | Description |
|---|---|
| 1 | Cover Page |
| 2 | Notice |
| 4 | Batch 2598010 Document 1 |

USPTO ASSIGNMENT SYSTEM PROCESSING

Date and time of transmission: Friday, September 02, 2011 8:10:42 AM
Number of pages including this cover sheet: 05



## UNITED STATES PATENT AND TRADEMARK OFFICE

SEPTEMBER 02, 2011

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

PTAS

BRIAN SIRITZKY
4300 WILSON BOULEVARD
7TH FLOOR
ARLINGTON, VA 22203



*501645538*

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 09/01/2011        REEL/FRAME: 026843/0325
                                    NUMBER OF PAGES: 5

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).
DOCKET NUMBER: 4007-0001

ASSIGNOR:
  KINETECH, INC.                              DOC DATE: 07/05/2011

ASSIGNEE:
  PERSONALWEB TECHNOLOGIES, LLC
  112 E LINE STREET
  SUITE 204
    TYLER, TEXAS 75702

026843/0325 PAGE 2

APPLICATION NUMBER: 11017650          FILING DATE: 12/22/2004
PATENT NUMBER:                         ISSUE DATE:
TITLE: ACCESSING DATA IN A DATA PROCESSING SYSTEM

APPLICATION NUMBER: 11724232          FILING DATE: 03/15/2007
PATENT NUMBER:                         ISSUE DATE:
TITLE: METHOD FOR ACCESSING DATA IN A PEER-TO-PEER NETWORK

APPLICATION NUMBER: 11980677          FILING DATE: 10/31/2007
PATENT NUMBER: 8001096                 ISSUE DATE: 08/16/2011
TITLE: COMPUTER FILE SYSTEM USING CONTENT-DEPENDENT FILE
       IDENTIFIERS

APPLICATION NUMBER: 13091380          FILING DATE: 04/21/2011
PATENT NUMBER:                         ISSUE DATE:
TITLE: ACCESSING DATA IN A DATA PROCESSING SYSTEM

APPLICATION NUMBER: 13102337          FILING DATE: 05/06/2011
PATENT NUMBER:                         ISSUE DATE:
TITLE: ACCESSING DATA IN A CONTENT-ADDRESSABLE DATA PROCESSING
       SYSTEM

APPLICATION NUMBER: 13109208          FILING DATE: 05/17/2011
PATENT NUMBER:                         ISSUE DATE:
TITLE: ACCESSING DATA IN A CONTENT-ADDRESSABLE DATA PROCESSING
       SYSTEM


ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

| PATENT ASSIGNMENT |
|---|

Electronic Version v1.1
Stylesheet Version v1.1

09/01/2011
501645538

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Kinetech, Inc. | 07/05/2011 |

RECEIVING PARTY DATA

| Name: | PersonalWeb Technologies, LLC |
|---|---|
| Street Address: | 112 E Line Street |
| Internal Address: | Suite 204 |
| City: | Tyler |
| State/Country: | TEXAS |
| Postal Code: | 75702 |

PROPERTY NUMBERS Total: 6

| Property Type | Number |
|---|---|
| Application Number: | 11017650 |
| Application Number: | 11724232 |
| Application Number: | 11980677 |
| Application Number: | 13091380 |
| Application Number: | 13102337 |
| Application Number: | 13109208 |

CORRESPONDENCE DATA

Fax Number: (703)894-6430
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 7038946400
Email: Brian.Siritzky@davidsonberquist.com
Correspondent Name: Brian Siritzky
Address Line 1: 4300 Wilson Boulevard
Address Line 2: 7th Floor
Address Line 4: Arlington, VIRGINIA 22203

| ATTORNEY DOCKET NUMBER: | 4007-0001 |
|---|---|
| NAME OF SUBMITTER: | Brian Siritzky |

Total Attachments: 3
source=PA_4007_US_Applns_TrueNames_Assignment_09_01_2011#page1.tif
source=PA_4007_US_Applns_TrueNames_Assignment_09_01_2011#page2.tif
source=PA_4007_US_Applns_TrueNames_Assignment_09_01_2011#page3.tif