# EXHIBIT A.35



# UNITED STATES PATENT AND TRADEMARK OFFICE

## Facsimile Transmission

To:   **Name:**          BRIAN SIRITZKY
      **Company:**       4300 WILSON BOULEVARD
      **Fax Number:**    17038946430
      **Voice Phone:**

From:  **Name:**          ASSIGNMENT RECORDATION SERVICES
       **Voice Phone:**   571-272-3350

**37 C.F.R. 1.6 sets forth the types of correspondence that can be communicated to the Patent and Trademark Office via facsimile transmissions. Applicants are advised to use the certificate of facsimile transmission procedures when submitting a reply to a non-final or final Office action by facsimile (37 CFR 1.8(a)).**

## Fax Notes:

| Pg# | Description |
|-----|-------------|
| 1 | Cover Page |
| 2 | Notice |
| 4 | Batch 2598016 Document 1 |

USPTO ASSIGNMENT SYSTEM PROCESSING

---

Date and time of transmission: Friday, September 02, 2011 8:11:52 AM
Number of pages including this cover sheet: 05

---



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

SEPTEMBER 02, 2011

PTAS

BRIAN SIRITZKY
4300 WILSON BOULEVARD
7TH FLOOR
ARLINGTON, VA 22203



**\*501645542\***

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 09/01/2011      REEL/FRAME: 026843/0407
                                  NUMBER OF PAGES: 5

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).
DOCKET NUMBER: 4007-0001

ASSIGNOR:
    KINETECH, INC.                DOC DATE: 07/05/2011

ASSIGNEE:
    PERSONALWEB TECHNOLOGIES, LLC
    112 E LINE STREET
    SUITE 204
      TYLER, TEXAS 75702

026843/0407 PAGE 2

APPLICATION NUMBER: 08960079            FILING DATE: 10/24/1997
PATENT NUMBER: 5978791                  ISSUE DATE: 11/02/1999
TITLE: DATA PROCESSING SYSTEM USING SUBSTANTIALLY UNIQUE
       IDENTIFIERS TO IDENTIFY DATA

APPLICATION NUMBER: 09283160            FILING DATE: 04/01/1999
PATENT NUMBER: 6415280                  ISSUE DATE: 07/02/2002
TITLE: IDENTIFYING DATA REQUESTING DATA IN NETWORK USING
       IDENTIFIERS WHICH ARE BASED ON CONTENTS OF DATA

APPLICATION NUMBER: 09987723            FILING DATE: 11/15/2001
PATENT NUMBER: 6928442                  ISSUE DATE: 08/09/2005
TITLE: ENFORCEMENT AND POLICING OF LICENSED CONTENT USING CONTENT-
       BASED IDENTIFIERS

APPLICATION NUMBER: 11980687            FILING DATE: 10/31/2007
PATENT NUMBER: 7802310                  ISSUE DATE: 09/21/2010
TITLE: CONTROLLING ACCESS TO DATA IN A DATA PROCESSING SYSTEM

APPLICATION NUMBER: 11980679            FILING DATE: 10/31/2007
PATENT NUMBER: 7945539                  ISSUE DATE: 05/17/2011
TITLE: DISTRIBUTING AND ACCESSING DATA IN A DATA PROCESSING SYSTEM

APPLICATION NUMBER: 11980688            FILING DATE: 10/31/2007
PATENT NUMBER: 7945544                  ISSUE DATE: 05/17/2011
TITLE: SIMILARITY-BASED ACCESS CONTROL OF DATA IN A DATA PROCESSING
       SYSTEM

APPLICATION NUMBER: 10742972            FILING DATE: 12/23/2003
PATENT NUMBER: 7949662                  ISSUE DATE: 05/24/2011
TITLE: DE-DUPLICATION OF DATA IN A DATA PROCESSING SYSTEM


ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

## 09/01/2011
## 501645542

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Kinetech, Inc. | 07/05/2011 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | PersonalWeb Technologies, LLC |
| Street Address: | 112 E Line Street |
| Internal Address: | Suite 204 |
| City: | Tyler |
| State/Country: | TEXAS |
| Postal Code: | 75702 |

### PROPERTY NUMBERS Total: 7

| Property Type | Number |
|---|---|
| Patent Number: | 5978791 |
| Patent Number: | 6415280 |
| Patent Number: | 6928442 |
| Patent Number: | 7802310 |
| Patent Number: | 7945539 |
| Patent Number: | 7945544 |
| Patent Number: | 7949662 |

### CORRESPONDENCE DATA

Fax Number: (703)894-6430
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 7038946400
Email: Brian.Siritzky@davidsonberquist.com
Correspondent Name: Brian Siritzky
Address Line 1: 4300 Wilson Boulevard
Address Line 2: 7th Floor

| Address Line 4: | Arlington, VIRGINIA 22203 |
|---|---|
| ATTORNEY DOCKET NUMBER: | 4007-0001 |
| NAME OF SUBMITTER: | Brian Siritzky |

Total Attachments: 3
source=PA_4007_US_Patents_TrueNames_Assignment_09_01_2011#page1.tif
source=PA_4007_US_Patents_TrueNames_Assignment_09_01_2011#page2.tif
source=PA_4007_US_Patents_TrueNames_Assignment_09_01_2011#page3.tif