IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **PERSONALWEB TECHNOLOGIES, LLC,** § § § | |
| **Plaintiff,** § § | |
| vs. § | Civil Action No. 6:11-cv-660 (LED) |
| § § | |
| **EMC Corporation and VMware, Inc.,** § | **JURY TRIAL DEMANDED** |
| § § | |
| **Defendants.** § § § | |

**PROPOSED ORDER**
**PLAINTIFF PERSONALWEB TECHNOLOGIES, LLC'S RESPONSE IN**
**OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**

Before the Court is Defendants' Motion to Transfer Venue (the "Motion"). After careful consideration, the Court is of the opinion that the Motion should be **DENIED.**

It is therefore ORDERED that the Motion is **DENIED.**

McKool 440552v1