**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| PersonalWeb Technologies LLC and Level 3 Communications, LLC, | ) ) ) | Civil Action No. 6:11-cv-660 (LED) |
| Plaintiffs, | ) ) | |
| v. | ) ) | JURY TRIAL REQUESTED |
| EMC Corporation and VMware, Inc., | ) ) | <u>ORAL ARGUMENT REQUESTED</u> |
| Defendants. | ) ) | |

**DEFENDANTS' UNOPPOSED MOTION
<u>FOR LEAVE TO FILE UNDER SEAL</u>**

Pursuant to Local Rule CV-5(a)(7), Defendants EMC Corporation and VMware, Inc. (collectively "Defendants") respectfully move the Court for leave to file under seal their Reply Brief in Support of Defendants' Motion to Transfer Venue to the Northern District of California or, in the Alternative, to the Central District of California ("Defendants' Reply Brief"), which is being filed concurrently.

Defendants' Reply Brief incorporates confidential information from the final transcript of the April 26, 2012 deposition of Mr. Weiss (Exhibit 31), as well as confidential information from documents entered as exhibits or discussed during Mr. Weiss' deposition (Exhibits 32-36, 39, and 41), which were obtained from counsel for Plaintiffs. Plaintiffs designated Mr. Weiss' transcript as "highly confidential under the local rule provision that allows for the designation of confidentiality prior to the entrance of a protective order." As a protective order has not yet been entered, Defendants respectfully move for leave to file their Reply Brief under seal.

Plaintiffs are unopposed to the relief requested in this Motion.

Defendants hereby respectfully request that the Court enter the attached order allowing them to file their Reply Brief in Support of Defendants' Motion to Transfer Venue to the Northern District of California or, in the Alternative, to the Central District of California (and any attachments thereto) under seal.

Dated:  May 7, 2012                                              Respectfully submitted,

OF COUNSEL:

|  |  |
|---|---|
| William F. Lee<br>Cynthia D. Vreeland<br>Anna E. Lumelsky<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000<br><br>Robert Galvin<br>Cortney C. Hoecherl<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 858-6000 | /s/  Michael E. Jones<br>Michael E. Jones<br>SBN: 10929400<br>POTTER MINTON P.C.<br>110 North College, Suite 500<br>Tyler, TX 75702<br>903-597-8311<br>mikejones@potterminton.com<br><br>*Attorney for Defendants and Counterclaim-Plaintiffs EMC Corporation and VMware, Inc* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 7, 2012.

                                                                             */s/ Michael E. Jones*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on May 7, 2012 counsel for Defendants complied with the meet and confer requirement in Local Rule CV-7(h).  This motion is unopposed.

                                                                             */s/ Michael E. Jones*