# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| PersonalWeb Technologies LLC and Level 3 Communications, LLC, | Civil Action No. 6:11-cv-660 (LED) |
| Plaintiffs, | |
| v. | JURY TRIAL REQUESTED |
| EMC Corporation and VMware, Inc., | <u>ORAL ARGUMENT REQUESTED</u> |
| Defendants. | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION**
<u>**FOR LEAVE TO FILE UNDER SEAL**</u>

Defendants' filed their Unopposed Motion for Leave to File their Reply Brief in Support of Defendants' Motion to Transfer Venue to the Northern District of California or, in the Alternative, to the Central District of California under seal. Having considered same, such motion is **GRANTED**. It is therefore

**ORDERED** that Defendants' Reply Brief in Support of Defendants' Motion to Transfer Venue to the Northern District of California or, in the Alternative, to the Central District of California (and the attachments thereto) is authorized to be filed under seal.