**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| PersonalWeb Technologies LLC, Level 3 Communications, LLC | ) ) | Civil Action No. 6:11-cv-660 (LED) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | JURY TRIAL REQUESTED |
| EMC Corporation and VMware, Inc., | ) ) ) | |
| Defendants. | ) ) | |

## **DEFENDANTS' NOTICE OF COMPLIANCE REGARDING P.R. 4-1 DISCLOSURES**

Pursuant to Patent Rule 4-1 and the Court's Docket Control Order (Dkt. #84), Defendants EMC Corporation and VMware, Inc. (collectively, "Defendants") hereby notify the Court that they served their List of Proposed Claim Terms and Claim Elements for Construction on all counsel of record via electronic mail on March 15, 2013.

Dated: March 15, 2013                Respectfully submitted,

                                    */s/ Michael E. Jones*
                                    Michael E. Jones (State Bar No. 10929400)
                                    **POTTER MINTON P.C.**
                                    110 N. College Avenue, Suite 500
                                    Tyler, TX 75702
                                    Phone: (903)-597-8311
                                    Fax: (903)-593-0846
                                    mikejones@potterminton.com

                                    William F. Lee
                                    Cynthia D. Vreeland
                                    Anna E. Lumelsky
                                    WILMER CUTLER PICKERING HALE
                                    AND DORR LLP

60 State Street
Boston, MA 02109
(617) 526-6000

Robert Galvin
Cortney C. Hoecherl
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 15, 2013.

*/s/ Michael E. Jones*