# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| PersonalWeb Technologies LLC, and<br>Level 3 Communications, LLC, | §<br>§<br>§ | Civil Action No. 6:11-cv-660 (LED) |
| Plaintiffs, | §<br>§ | **JURY TRIAL DEMANDED** |
| v. | §<br>§ | |
| EMC Corporation and VMware, Inc., | §<br>§ | |
| Defendants. | §<br>§<br>§ | |

## DEFENDANTS' NOTICE OF COMPLIANCE REGARDING P.R. 4-2 DISCLOSURES

Pursuant to the Court's Docket Control Order of August 27, 2012 [Dkt. 84], Defendants EMC Corporation and VMware, Inc. hereby notify the Court that they served their Preliminary Claim Constructions and Extrinsic Evidence on all counsel of record via electronic mail on April 12, 2013.

Dated:  April 12, 2013                                       Respectfully submitted,

OF COUNSEL:

William F. Lee
Cynthia D. Vreeland
Anna E. Lumelsky
WILMER CUTLER PICKERING
HALE
AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Robert Galvin
Cortney C. Hoecherl
WILMER CUTLER PICKERING

 /s/  Michael E. Jones
Michael E. Jones
SBN: 10929400
Potter Minton P.C.
110 North College, Suite 500
Tyler, TX 75702
903-525-2239
mikejones@potterminton.com

*Attorney for Defendants and Counterclaim-Plaintiffs*
*EMC Corporation and VMware, Inc.*

HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 12, 2013.

                                                                       */s/ Michael E. Jones*