## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NEC CORPORATION OF AMERICA, INC., <br><br> Defendant. | Civil Action No. 6:11-cv-00655 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NETAPP, INC., <br><br> Defendant. | Civil Action No. 6:11-cv-00657 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EMC CORPORATION AND VMWARE, INC., <br><br> Defendants. | Civil Action No. 6:11-cv-00660 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AUTONOMY, INC., HEWLETT-PACKARD COMPANY, AND HP ENTERPRISE SERVICES, LLC, <br><br> Defendants. | Civil Action No. 6:11-cv-00683 (LED) |

880610

PERSONALWEB TECHNOLOGIES, LLC AND
LEVEL 3 COMMUNICATIONS, LLC,

               Plaintiffs,

     v.

AMAZON.COM, INC.; AMAZON WEB
SERVICES LLC; AND DROPBOX, INC.,

               Defendants.

Civil Action No. 6:11-cv-00658 (LED)

## PERSONALWEB TECHNOLOGIES LLC'S NOTICE OF COMPLIANCE REGARDING P.R. 4-2 DISCLOSURES

Pursuant to the Docket Control Order entered in each of the above-referenced cases,

Plaintiff PersonalWeb Technologies LLC hereby notifies the Court that it served its Preliminary

Claim Constructions and Extrinsic Evidence on all counsel of record via electronic mail on April

12, 2013.

DATED:  April 17, 2013

Respectfully submitted,
**McKOOL SMITH, P.C.**

   /s/ *Samuel E. Baxter*
Samuel E. Baxter
(sbaxter@mckoolsmith.com)
Texas Bar No. 01938000
104 East Houston Street, Suite 300
P. O. Box. 0
Marshall, Texas  75670
Telephone:  (903) 923-9000
Facsimile:  (903) 923-9095

Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
David Sochia
Texas State Bar No. 00797470
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000

880610

Telecopier: (214) 978-4044

Steve Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
McKool Smith, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Roderick G. Dorman (CA SBN 96908)
rdorman@mckoolsmithhennigan.com
Lawrence M. Hadley (CA SBN 157728)
lhadley@mckoolsmithhennigan.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:  (213) 694-1200
Facsimile:  (213) 694-1234

*Attorneys for Plaintiff*
*PersonalWeb Technologies LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A) on _____April 17, 2013_____.

/s/ Samuel F. Baxter_____
Samuel F. Baxter

880610