**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| PERSONAL WEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, | § § § § | |
| Plaintiff, | § § | **CASE NO. 6:11-CV-655 PATENT CASE** |
| vs. | § § | **JURY TRIAL DEMANDED** |
| NEC CORPORATION OF AMERICA, INC. | § § § | |
| Defendant. | § § | |
| PERSONAL WEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, | § § § § | |
| Plaintiff, | § § | **CASE NO. 6:11-CV-656 PATENT CASE** |
| vs. | § § | **JURY TRIAL DEMANDED** |
| GOOGLE INC. AND YOUTUBE, LLC, | § § § | |
| Defendants | § § | |
| PERSONAL WEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, | § § § § | |
| Plaintiff, | § § | **CASE NO. 6:11-CV-657 PATENT CASE** |
| vs. | § § | **JURY TRIAL DEMANDED** |
| NETAPP, INC. | § § § | |
| Defendant. | § § | |
| PERSONAL WEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, | § § | |

| | |
|---|---|
| LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC. and AMAZON WEB SERVICES LLC. <br><br> Defendants | **CASE NO. 6:11-CV-658** <br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |
| PERSONAL WEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> EMC CORPORATION, and VMWARE, INC., <br><br> Defendants | **CASE NO. 6:11-CV-660** <br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |
| PERSONAL WEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AUTONOMY, INC., HEWLETT-PACKARD COMPANY; HP ENTERPRISES SERVICES, LLC <br><br> Defendants | **CASE NO. 6:11-CV-683** <br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |
| PERSONAL WEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiff, | **CASE NO. 6:12-CV-660** <br> **PATENT CASE** |

|  |  |  |
|---|---|---|
| vs. | § § § § | **JURY TRIAL DEMANDED** |
| APPLE INC. | § § | |
| Defendant. | § § § | |
| —————————————— | § | |
| PERSONAL WEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, | § § § § | |
| | § | **CASE NO. 6:12-CV-663** |
| Plaintiff, | § § | **PATENT CASE** |
| vs. | § § § | **JURY TRIAL DEMANDED** |
| MICROSOFT CORPORATION, | § § § | |
| Defendant. | § § § | |
| —————————————— | § | |
| PERSONAL WEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, | § § § | |
| | § § | **CASE NO. 6:12-CV-658** |
| Plaintiff, | § § | **PATENT CASE** |
| vs. | § § | **JURY TRIAL DEMANDED** |
| YAHOO!, INC., | § § § | |
| Defendant. | § § § | |
| —————————————— | § | |
| PERSONAL WEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, | § § § | |
| | § § | **CASE NO. 6:12-CV-662** |
| Plaintiff, | § § | **PATENT CASE** |
| | § | **JURY TRIAL DEMANDED** |
| vs. | § § § | |
| FACEBOOK, INC. | § § | |
| Defendant. | § § § | |

## ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PARTIES TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Came on for consideration Plaintiffs PersonalWeb Technologies, LLC ("PersonalWeb") and Level 3 Communications, LLC ("Level 3") (collectively, "Plaintiffs") and Defendant, APPLE INC. and jointly moved the Court to extend time for the Parties to file the Joint Claim Construction and Prehearing Statement in this case to Friday, May 3, 2013. After consideration of the documents filed herein, the Court is of the opinion that the Joint Motion to Extend should be GRANTED. It is therefore,

ORDERED that the deadline for the Parties to file the Joint Claim Construction and Prehearing Statement in this case is Friday, May 3, 2013.

**So ORDERED and SIGNED this 25th day of April, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**