# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| PersonalWeb Technologies, LLC and Level 3 Communications, LLC, <br><br>      Plaintiffs, <br><br>v. <br><br>EMC Corporation, and VMware, Inc., <br><br>      Defendants. | Civil Action No. 6:11-cv-00660 (LED) <br><br>**JURY TRIAL REQUESTED** |

## JURY DEMAND OF DEFENDANTS EMC CORPORATION AND VMWARE, INC.

Pursuant to General Order 13-5, and the amendments to Local Rule CV-38(a) therein, Defendants EMC Corporation and VMware, Inc. respectfully demand a jury trial on all issues so triable with regard to their First Amended Answer, Defenses, and Counterclaims.

DATED: May 1, 2013

Respectfully submitted,

/s/ *Michael E. Jones*
Michael E. Jones
Texas State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
Texas State Bar No. 24043679
allengardner@potterminton.com
Patrick C. Clutter
Texas State Bar No. 24036374
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

{A07/09061/0001/W1026031.1 }

OF COUNSEL:

William F. Lee
Cynthia D. Vreeland
Anna E. Lumelsky
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Robert Galvin
Cortney C. Hoecherl
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

**ATTORNEY FOR DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS EMC CORPORATION AND VMWARE, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 1, 2013.

/s/ Michael E. Jones