**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NEC CORPORATION OF AMERICA, INC., <br><br> Defendant. | Civil Action No. 6:11-cv-00655 (LED) <br><br> JURY TRIAL DEMANDED |
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC. AND YOUTUBE, LLC. <br><br> Defendants. | Civil Action No. 6:11-cv-00656 (LED) <br><br> JURY TRIAL DEMANDED |
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NETAPP, INC. <br><br> Defendant. | Civil Action No. 6:11-cv-00657 (LED) <br><br> JURY TRIAL DEMANDED |

884912

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; AND DROPBOX, INC.,<br><br>　　　　　Defendants. | § § § § § § § § § § § § | Civil Action No. 6:11-cv-00658 (LED)<br><br>JURY TRIAL DEMANDED |
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>EMC CORPORATION AND VMWARE, INC.,<br><br>　　　　　Defendants. | § § § § § § § § § § § § | Civil Action No. 6:11-cv-00660 (LED)<br><br>JURY TRIAL DEMANDED |
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>AUTONOMY, INC., HEWLETT-PACKARD COMPANY, AND HP ENTERPRISE SERVICES, LLC,<br><br>　　　　　Defendants. | § § § § § § § § § § § § § | Civil Action No. 6:11-cv-00661 (LED)<br><br>JURY TRIAL DEMANDED |

884912

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>        Plaintiffs,<br><br>   vs.<br><br>YAHOO! INC.<br><br>        Defendant. | § § § § § § § § § § § | Civil Action No. 6:12-CV-00658-LED<br><br>JURY TRIAL DEMANDED |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>        Plaintiffs,<br><br>   vs.<br><br>APPLE INC.<br><br>        Defendant. | § § § § § § § § § § § | Civil Action No. 6:12-CV-00660-LED<br><br>JURY TRIAL DEMANDED |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>        Plaintiffs,<br><br>   vs.<br><br>FACEBOOK INC.<br><br>        Defendant. | § § § § § § § § § § § | Civil Action No. 6:12-CV-00662-LED<br><br>JURY TRIAL DEMANDED |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>        Plaintiffs,<br><br>   vs.<br><br>MICROSOFT CORPORATION<br><br>        Defendant. | § § § § § § § § § § § | Civil Action No. 6:12-CV-00663-LED<br><br>JURY TRIAL DEMANDED |

884912

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

In accordance with Patent Rule 4-3, the parties hereby submit their Joint Claim Construction and Prehearing Statement for the constructions of terms, phrases, and clauses for U.S. Patent Nos. 5,978,791, 6,415,280, 6,928,442, 7,802,310, 7,945,539, 7,945,544, 7,949,662, 8,001,096, and 8,099,420 ("Patents at Issue").[1]  In accordance with Patent Rule 4-2(c), the parties met and conferred for the purposes of narrowing the issues and finalizing preparation of a Joint Claim Construction and Prehearing Statement.

    **A.**    **Agreed-Upon Constructions**

Exhibit A provides the construction of those claim terms, phrases, or clauses on which some of the parties agree.

    **B.**    **Disputed Claim Constructions**

Exhibit B, attached hereto, identifies the disputed claim terms and provides PersonalWeb's and Defendants' respective proposed constructions and an identification of intrinsic and extrinsic evidence supporting their proposed constructions, as required by P.R. 4-3(b).

    **C.**    **Anticipated Length of Time for the Claim Construction Hearing**

PersonalWeb's Statement:  The Parties anticipate that the Claim Construction Hearing will take no longer than one court day, three hours per side.

Defendants' Statement:  Defendants will endeavor to coordinate wherever possible for oral argument, but anticipate that some issues may exist where Defendants have different

---

[1] PersonalWeb has asserted different patents and different claims against each of the Defendants in the serially-filed cases.  Defendants' proposals are with regard to the patents asserted by PersonalWeb against each Defendant, and for which PersonalWeb has provided infringement contentions.  To the extent a particular claim term has not been identified for construction in the case against a particular Defendant, that Defendant takes no position as to those claim terms.

positions – due in part, for example, to the fact that PersonalWeb has asserted different claims against different defendants with respect to different products.  PersonalWeb's suggestion that it should be allotted three hours of argument time, while 16 separate Defendant entities should collectively be allotted only three hours of time, is unreasonable.  Defendants propose that PersonalWeb be allotted two hours of argument time and that Defendants collectively be allotted four hours, to be divided among them as necessary.

### D. Identification of Witnesses

PersonalWeb may offer the oral or written testimony of Kevin C. Almeroth and/or Robert Dewar, Ph. D. on the level of ordinary skill in the art and how such a person would interpret the patents in suit, and to support its proposed constructions.

Defendants Autonomy, Inc., Hewlett-Packard Company, and HP Enterprise Services, LLC may offer the oral or written testimony of Ethan L. Miller, Ph. D. on the level of ordinary skill in the art and how such a person would interpret the patents in suit, and to support their proposed constructions.

### E. Other Issues

PersonalWeb's Statement:  PersonalWeb believes that prior to the claim construction hearing, the Court should require Defendants to select the 10 most important terms for the Court's construction.  At the outset of this case, PersonalWeb proposed a schedule to the original Defendants (the Defendants in Case Nos. 6:11-cv-00655 (LED); 6:11-cv-00656 (LED); 6:11-cv-00657 (LED); 6:11-cv-00658 (LED); 6:11-cv-00660 (LED); and 6:11-cv-00661 (LED)) by which PersonalWeb would have limited the number of asserted claims to 30 prior to the Markman hearing, provided that Defendants would agree to similar limitations on the number of prior art references asserted.  Defendants rejected PersonalWeb's proposal.  Despite the fact that PersonalWeb has limited the number of claims at issue to less than 90 across all Defendants

(of the more than 600 claims in the asserted patents), Defendants collectively assert hundreds of prior art references and a massive number of potential obviousness combinations.  PersonalWeb remains willing to engage in a process to reduce the number of asserted claims provided Defendants limit the number of asserted prior art references and obviousness combinations, and to select 10 claims for construction.

      Defendants' Statement:  Despite having access to many of the Defendants' technical documents and source code for at least several months (in some cases, more than eight months), PersonalWeb continues to assert 9 patents and approximately 90 claims against Defendants collectively.  But, each case differs significantly in the patents asserted (between 1 and 9 patents-in-suit in any particular case) and the number of claims asserted (between 5 and 45 claims, depending on the case).  In fact, several Defendants have asserted against them claims that are asserted against no other defendant.  PersonalWeb's suggestion that the Court should require Defendants to select the 10 "most important terms" for the Court's construction is unreasonable.  Defendants should not be required to limit the number of terms for construction unless and until PersonalWeb reduces the number of claims it is asserting against the Defendants.  Notwithstanding these objections, however, if the Court is inclined to limit the number of terms to be construed to 10, Defendants will jointly select ten terms for purposes of the upcoming briefing and July hearing, but reserve the right to seek the Court's assistance with additional claim construction issues later in their respective cases, should the need arise.

DATED: March 18, 2013

**McKOOL SMITH, P.C.**

 /s/ *Sam Baxter*
Sam Baxter (Lead Counsel)
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
David Sochia
Texas State Bar No. 00797470
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Steve Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
McKool Smith, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Roderick G. Dorman
rdorman@mckoolsmithhennigan.com
Lawrence M. Hadley
lhadley@mckoolsmithhennigan.com
McKool Smith, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone (213) 694-1200
Telecopier: (213) 694-1234

**Attorneys For Plaintiff
Personalweb Technologies, LLC**

| | |
|---|---|
| Case No. 11-cv-00655 | By: */s/ Matthew J. Hertko* |

    Eric H. Findlay
FINDLAY CRAFT
6760 Old Jacksonville Highway, Ste. 101
Tyler, TX  75703
Phone:  903-534-1100
Fax:  903-534-1137
EFindlay@FindlayCraft.com

William E. Devitt, P.C.
Matthew J. Hertko
KIRKLAND & ELLIS LLP
300 N. LaSalle St.
Chicago, IL  60654
Phone:  312-862-2000
Fax:  312-862-2200
william.devitt@kirkland.com
matthew.hertko@kirkland.com

*Attorneys for Defendant*
*NEC Corporation of America, Inc.*

| | |
|---|---|
| Case No. 11-cv-00656 | By: */s/ Sara P. Zogg* |

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
**POTTER MINTON P.C.**
110 N. College Avenue, Suite 500
Tyler, TX 75702
Phone: (903)-597-8311
Fax: (903)-593-0846
mikejones@potterminton.com
allengardner@potterminton.com

Michael A. Berta (admitted *pro hac vice*)
**ARNOLD &PORTER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Phone: (415) 471-3100
Fax: (415) 471-3400
michael.berta@aporter.com

8

        Nicholas H. Lee (admitted *pro hac vice*)
        **ARNOLD &PORTER LLP**
        777 S. Figueroa Street, 44th Floor
        Los Angeles, CA 90017
        Phone: (213) 243-4000
        Fax: (213) 243-4199
        nicholas.lee@aporter.com

        Sara P. Zogg (admitted *pro hac vice*)
        **ARNOLD &PORTER LLP**
        555 Twelfth Street, NW
        Washington, DC 20004
        Phone: (202) 942-5000
        Fax: (202) 942-5999
        sara.zogg@aporter.com

        ATTORNEYS FOR DEFENDANTS
        GOOGLE INC. and YOUTUBE, LLC

| Case No. 11-cv-00657 | By: */s/ Jarrad M. Gunther* |
|---|---|
| | Jarrad M. Gunther |
| | DUANE MORRIS LLP |
| | L. Norwood Jameson (admitted) |
| | GA Bar No. 003970 |
| | wjameson@duanemorris.com |
| | Matthew C. Gaudet (admitted) |
| | GA Bar No. 287789 |
| | mcgaudet@duanemorris.com |
| | Jennifer H. Forte (admitted) |
| | GA Bar No. 940650 |
| | jhforte@duanemorris.com |
| | 1075 Peachtree Street |
| | Suite 2000 |
| | Atlanta, GA 30309-3929 |
| | 404.253.6900 |
| | 404.253.6901 (facsimile) |
| | |
| | Joseph A. Powers |
| | japowers@duanemorris.com |
| | Jarrad M. Gunther (admitted *pro hac vice*) |
| | jmgunther@duanemorris.com |
| | 40 South 17th Street |
| | Philadelphia, PA 19103 |
| | 215.979.1000 |
| | 215.979.1020 (facsimile) |

9

|  |  |
|---|---|
|  | Robert Christopher Bunt<br>PARKER, BUNT & AINSWORTH, PC<br>State Bar No. 00787165<br>rcbunt@pbatyler.com<br>100 East Ferguson<br>Ste. 1114<br>Tyler, TX 75702<br>(903) 531-3535<br>(903) 533-9687 (facsimile)<br><br>*Attorneys for Defendant NetApp, Inc.* |
| Case No. 11-cv-00658 | By: */s/ J. David Hadden*<br>J. David Hadden (CA Bar No. 176148)<br>(Admitted E.D. Texas)<br>Darren E. Donnelly (CA Bar No. 194335)<br>(Admitted E.D. Texas)<br>David Schumann (CA Bar No. 223936)<br>(Admitted E.D. Texas)<br>Ryan Tyz (CA Bar No. 234895)<br>(Admitted E.D. Texas)<br>Phillip J. Haack (CA Bar No. 262060)<br>(Admitted E.D. Texas)<br>**FENWICK & WEST LLP**<br>801 California Street<br>Mountain View, CA 94041<br><br>Jennifer Haltom Doan<br>Texas Bar No. 08809050<br>Darby Vincent Doan<br>Texas Bar No. 00793622<br>**HALTOM & DOAN**<br>6500 Summerhill Road, Ste. 100<br>Texarkana, TX  75503<br>Telephone: (903) 255-1000<br>Facsimile: (903) 255-0800<br>Email: jdoan @haltomdoan.com<br>Email: ddoan@haltomdoan.com<br><br>*Attorneys for Defendants*<br>*Amazon.com, Inc. and Amazon Web Services, LLC* |

Case No. 11-cv-00660 By: */s/ Michael E. Jones*
Michael E. Jones
Potter Minton P.C.
110 North College, Suite 500
Tyler, TX 75702
903-525-2239
mikejones@potterminton.com

OF COUNSEL:

William F. Lee
Cynthia D. Vreeland
Anna E. Lumelsky
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Robert Galvin
Cortney C. Hoecherl
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

*Attorneys for Defendants and Counterclaim-Plaintiffs EMC Corporation and VMware, Inc*

Case No. 11-cv-00683 By: */s/ Bijal v. Vakil*
J. Thad Heartfield
Texas Bar No. 09346800
**THE HEARTFIELD LAW FIRM**
2195 Dowlen Road
Beaumont, Texas 77706
Phone: (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com

Bijal V. Vakil
CA State Bar No.: 192878
(Admitted to practice in the Eastern District of Texas)

11

884912

          **WHITE &CASE, LLP**
          3000 El Camino Real
          Five Palo Alto Square 9th Floor
          Palo Alto, CA 94306
          Phone: (650) 213-0300
          Fax: (650) 213-8158
          bvakil@whitecase.com

          Attorneys for Defendant
          AUTONOMY, INC.

Case No. 11-cv-00683    By: */s/ Paul Alexander, with permission by Michael E. Jones*
          Michael E. Jones
          State Bar No. 10929400
          Allen F. Gardner
          State Bar No. 24043679
          **POTTER MINTON P.C.**
          110 N. College Avenue, Suite 500
          Tyler, TX 75702
          Phone: (903)-597-8311
          Fax: (903)-593-0846
          mikejones@potterminton.com
          allengardner@potterminton.com

          Paul Alexander (admitted *pro hac vice*)
          **ARNOLD & PORTER LLP**
          1801 Page Mill Road, Suite 110
          Palo Alto, CA 94304
          Phone: (650) 798-2921
          Fax: (650) 798-2999
          paul.alexander@aporter.com

          Attorneys for Defendants
          HEWLETT-PACKARD COMPANY and
          HP ENTERPRISE SERVICES, LLC

Case No. 12-cv-00658    By: */s/ Kevin S. Kudlac*
          Jared Bobrow
          California State Bar No. 133712
          Andrew L. Perito
          California State Bar No. 269995
          WEIL GOTSHAL & MANGES LLP
          201 Redwood Shores Parkway

884912

        Redwood Shores, CA 94065
        Telephone: (650) 802-3034
        Facsimile: (650) 802-3100
        jared.bobrow@weil.com
        andrew.perito@weil.com

        Kevin S. Kudlac
        State Bar No. 00790089
        Amber H. Rovner
        State Bar No. 09223750
        Joshua P. Davis
        State Bar No. 24059656
        Rene A. Trevino
        State Bar No. 24051447
        Rodney R. Miller
        State Bar No. 24070280
        WEIL GOTSHAL & MANGES LLP
        700 Louisiana St., Suite 1600
        Houston, Texas 77002
        Telephone: (713) 546-5000
        Facsimile: (713) 224-9511
        kevin.kudlac@weil.com
        amber.rovner@weil.com
        joshua.davis@weil.com
        rene.trevino@weil.com
        rodney.miller@weil.com

        Jennifer H. Doan
        Stephen W. Creekmore
        HALTOM &DOAN
        6500 Summerhill Road, Suite 100
        Texarkana, TX 75503
        Telephone: (903) 255-1000
        Facsimile: (903) 255-0800
        jdoan@haltomdoan.com
        screekmore@haltomdoan.com

        **COUNSEL FOR DEFENDANT**
        **YAHOO! INC.**

Case No. 12-cv-00660        By: */s/* Michael D. Jay
        Melissa R. Smith
        State Bar No. 24001351
        GILLAM & SMITH, LLP
        303 S. Washington Ave.

        Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

David Boies (*pro hac vice* pending)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street, Armonk, NY 10504
Telephone:  (914) 749-8200
Facsimile:  (914) 749-8300
dboies@bsfllp.com

Michael D. Jay (admitted *pro hac vice*)
Bill Ward (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
225 Santa Monica Blvd., 11th Floor
Santa Monica, CA 90401
Telephone:  (310) 393-9119
Facsimile:  (310) 395-5877
mjay@bsfllp.com
bward@bsfllp.com

*Attorneys for Apple Inc.*

Case No. 12-cv-00662      By: */s/ Heidi L. Keefe*
Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com

Heidi L. Keefe (CA Bar 178960)
Mark R. Weinstein  (CA Bar 193043)
Brian P. Wikner (CA Bar 244292)
Lam K. Nguyen (CA Bar 265285)
**COOLEY LLP**
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone: (650) 843-5000
Facsimile:  (650) 857-0663
Email: hkeefe@cooley.com

         Email: mweinstein@cooley.com
         Email: bwikner@cooley.com
         Email: lnguyen@cooley.com

         **ATTORNEYS FOR**
         **DEFENDANT FACEBOOK, INC.**

Case No. 12-cv-00663      By:   */s/ Kevin S. Kudlac*
         Jared Bobrow
         California State Bar No. 133712
         Andrew L. Perito
         California State Bar No. 269995
         WEIL GOTSHAL & MANGES LLP
         201 Redwood Shores Parkway
         Redwood Shores, CA 94065
         Telephone: (650) 802-3034
         Facsimile: (650) 802-3100
         jared.bobrow@weil.com
         andrew.perito@weil.com

         Kevin S. Kudlac
         State Bar No. 00790089
         Amber H. Rovner
         State Bar No. 09223750
         Joshua P. Davis
         State Bar No. 24059656
         Rene A. Trevino
         State Bar No. 24051447
         Rodney R. Miller
         State Bar No. 24070280
         WEIL GOTSHAL & MANGES LLP
         700 Louisiana St., Suite 1600
         Houston, Texas 77002
         Telephone: (713) 546-5000
         Facsimile: (713) 224-9511
         kevin.kudlac@weil.com
         amber.rovner@weil.com
         joshua.davis@weil.com
         rene.trevino@weil.com
         rodney.miller@weil.com

         Jennifer H. Doan
         Stephen W. Creekmore
         HALTOM &DOAN
         6500 Summerhill Road, Suite 100

Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
jdoan@haltomdoan.com
screekmore@haltomdoan.com

**COUNSEL FOR DEFENDANT
MICROSOFT CORPORATION**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on May 3, 2013.

                                                                                                             _/s/ *Sam Baxter*_____

884912