# Exhibit A

# Agreed Constructions

| Claim Term Asserted for Construction | Agreed Construction | Parties Agreeing to Construction |
|---|---|---|
| location(s)<br><br>'791 Claims 2, 3, 33, 40 , 41<br>'280 Claim 54<br>'539 Claims 1, 21<br>'662 Claims 1, 4, 33<br>'096 Claims 1, 81, 83, 125 | A particular processor in the system, a memory of a particular processor, a storage device, a removable storage medium, or any other physical location in the system. | PersonalWeb, Amazon, Apple, NECAM and NETAPP |