**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC, | § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 6:11-cv-00655 (LED) |
| NEC CORPORATION OF AMERICA, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC, | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 6:11-cv-00656 (LED) |
| GOOGLE INC. AND YOUTUBE, LLC. | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC, | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 6:11-cv-00657 (LED) |
| NETAPP, INC. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

884912

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:11-cv-00658 (LED) |
| AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; AND DROPBOX, INC., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:11-cv-00660 (LED) |
| EMC CORPORATION AND VMWARE, INC., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:11-cv-00661 (LED) |
| AUTONOMY, INC., HEWLETT-PACKARD COMPANY, AND HP ENTERPRISE SERVICES, LLC, | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

2

PERSONALWEB TECHNOLOGIES, LLC §
AND LEVEL 3 COMMUNICATIONS, LLC, §
                                 §
          Plaintiffs,            §
                                 §
     vs.                         §   Civil Action No. 6:12-CV-00658-LED
                                 §
YAHOO! INC.                      §   JURY TRIAL DEMANDED
                                 §
          Defendant.             §
                                 §

PERSONALWEB TECHNOLOGIES, LLC §
AND LEVEL 3 COMMUNICATIONS, LLC, §
                                 §
          Plaintiffs,            §
                                 §
     vs.                         §   Civil Action No. 6:12-CV-00660-LED
                                 §
APPLE INC.                       §   JURY TRIAL DEMANDED
                                 §
          Defendant.             §
                                 §

PERSONALWEB TECHNOLOGIES, LLC §
AND LEVEL 3 COMMUNICATIONS, LLC, §
                                 §
          Plaintiffs,            §
                                 §
     vs.                         §   Civil Action No. 6:12-CV-00662-LED
                                 §
FACEBOOK INC.                    §   JURY TRIAL DEMANDED
                                 §
          Defendant.             §
                                 §

PERSONALWEB TECHNOLOGIES, LLC §
AND LEVEL 3 COMMUNICATIONS, LLC, §
                                 §
          Plaintiffs,            §
                                 §
     vs.                         §   Civil Action No. 6:12-CV-00663-LED
                                 §
MICROSOFT CORPORATION            §   JURY TRIAL DEMANDED
                                 §
          Defendant.             §
                                 §

884912

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

In accordance with Patent Rule 4-3, the parties hereby submit their Joint Claim Construction and Prehearing Statement for the constructions of terms, phrases, and clauses for U.S. Patent Nos. 5,978,791, 6,415,280, 6,928,442, 7,802,310, 7,945,539, 7,945,544, 7,949,662, 8,001,096, and 8,099,420 ("Patents at Issue").[1]   In accordance with Patent Rule 4-2(c), the parties met and conferred for the purposes of narrowing the issues and finalizing preparation of a Joint Claim Construction and Prehearing Statement.

### A.      Agreed-Upon Constructions

Exhibit A provides the construction of those claim terms, phrases, or clauses on which some of the parties agree.

### B.      Disputed Claim Constructions

Exhibit B, attached hereto, identifies the disputed claim terms and provides PersonalWeb's and Defendants' respective proposed constructions and an identification of intrinsic and extrinsic evidence supporting their proposed constructions, as required by P.R. 4-3(b).

### C.      Anticipated Length of Time for the Claim Construction Hearing

PersonalWeb's Statement:  The Parties anticipate that the Claim Construction Hearing will take no longer than one court day, three hours per side.

Defendants' Statement:  Defendants will endeavor to coordinate wherever possible for oral argument, but anticipate that some issues may exist where Defendants have different

---

[1] PersonalWeb has asserted different patents and different claims against each of the Defendants in the serially-filed cases.  Defendants' proposals are with regard to the patents asserted by PersonalWeb against each Defendant, and for which PersonalWeb has provided infringement contentions.  To the extent a particular claim term has not been identified for construction in the case against a particular Defendant, that Defendant takes no position as to those claim terms.

4

positions – due in part, for example, to the fact that PersonalWeb has asserted different claims against different defendants with respect to different products.  PersonalWeb's suggestion that it should be allotted three hours of argument time, while 16 separate Defendant entities should collectively be allotted only three hours of time, is unreasonable.  Defendants propose that PersonalWeb be allotted two hours of argument time and that Defendants collectively be allotted four hours, to be divided among them as necessary.

### D.  Identification of Witnesses

PersonalWeb may offer the oral or written testimony of Kevin C. Almeroth and/or Robert Dewar, Ph. D. on the level of ordinary skill in the art and how such a person would interpret the patents in suit, and to support its proposed constructions.

Defendants Autonomy, Inc., Hewlett-Packard Company, and HP Enterprise Services, LLC may offer the oral or written testimony of Ethan L. Miller, Ph. D. on the level of ordinary skill in the art and how such a person would interpret the patents in suit, and to support their proposed constructions.

### E.  Other Issues

PersonalWeb's Statement:  PersonalWeb believes that prior to the claim construction hearing, the Court should require Defendants to select the 10 most important terms for the Court's construction.  At the outset of this case, PersonalWeb proposed a schedule to the original Defendants (the Defendants in Case Nos. 6:11-cv-00655 (LED); 6:11-cv-00656 (LED); 6:11-cv-00657 (LED); 6:11-cv-00658 (LED); 6:11-cv-00660 (LED); and 6:11-cv-00661 (LED)) by which PersonalWeb would have limited the number of asserted claims to 30 prior to the Markman hearing, provided that Defendants would agree to similar limitations on the number of prior art references asserted.  Defendants rejected PersonalWeb's proposal.  Despite the fact that PersonalWeb has limited the number of claims at issue to less than 90 across all Defendants

5

(of the more than 600 claims in the asserted patents), Defendants collectively assert hundreds of prior art references and a massive number of potential obviousness combinations.  PersonalWeb remains willing to engage in a process to reduce the number of asserted claims provided Defendants limit the number of asserted prior art references and obviousness combinations, and to select 10 claims for construction.

Defendants' Statement:  Despite having access to many of the Defendants' technical documents and source code for at least several months (in some cases, more than eight months), PersonalWeb continues to assert 9 patents and approximately 90 claims against Defendants collectively.  But, each case differs significantly in the patents asserted (between 1 and 9 patents-in-suit in any particular case) and the number of claims asserted (between 5 and 45 claims, depending on the case).  In fact, several Defendants have asserted against them claims that are asserted against no other defendant.  PersonalWeb's suggestion that the Court should require Defendants to select the 10 "most important terms" for the Court's construction is unreasonable. Defendants should not be required to limit the number of terms for construction unless and until PersonalWeb reduces the number of claims it is asserting against the Defendants. Notwithstanding these objections, however, if the Court is inclined to limit the number of terms to be construed to 10, Defendants will jointly select ten terms for purposes of the upcoming briefing and July hearing, but reserve the right to seek the Court's assistance with additional claim construction issues later in their respective cases, should the need arise.

884912

DATED:  March 18, 2013

**McKOOL SMITH, P.C.**

_/s/ Sam Baxter_____
Sam Baxter (Lead Counsel)
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 East Houston Street, Suite 300
Marshall, Texas  75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
David Sochia
Texas State Bar No. 00797470
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Steve Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
McKool Smith, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Roderick G. Dorman
rdorman@mckoolsmithhennigan.com
Lawrence M. Hadley
lhadley@mckoolsmithhennigan.com
McKool Smith, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone (213) 694-1200
Telecopier: (213) 694-1234

**Attorneys For Plaintiff**
**Personalweb Technologies, LLC**

884912

Case No. 11-cv-00655

By: /s/ Matthew J. Hertko

 Eric H. Findlay
FINDLAY CRAFT
6760 Old Jacksonville Highway, Ste. 101
Tyler, TX  75703
Phone:  903-534-1100
Fax:  903-534-1137
EFindlay@FindlayCraft.com

William E. Devitt, P.C.
Matthew J. Hertko
KIRKLAND & ELLIS LLP
300 N. LaSalle St.
Chicago, IL  60654
Phone:  312-862-2000
Fax:  312-862-2200
william.devitt@kirkland.com
matthew.hertko@kirkland.com

*Attorneys for Defendant*
*NEC Corporation of America, Inc.*

Case No. 11-cv-00656

By: /s/ Sara P. Zogg

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON P.C.
110 N. College Avenue, Suite 500
Tyler, TX 75702
Phone: (903)-597-8311
Fax: (903)-593-0846
mikejones@potterminton.com
allengardner@potterminton.com

Michael A. Berta (admitted *pro hac vice*)
ARNOLD &PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Phone: (415) 471-3100
Fax: (415) 471-3400
michael.berta@aporter.com

8

Nicholas H. Lee (admitted *pro hac vice*)
**ARNOLD &PORTER LLP**
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Phone: (213) 243-4000
Fax: (213) 243-4199
nicholas.lee@aporter.com

Sara P. Zogg (admitted *pro hac vice*)
**ARNOLD &PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004
Phone: (202) 942-5000
Fax: (202) 942-5999
sara.zogg@aporter.com

ATTORNEYS FOR DEFENDANTS
GOOGLE INC. and YOUTUBE, LLC


Case No. 11-cv-00657                    By: */s/ Jarrad M. Gunther*
                                        Jarrad M. Gunther
                                        DUANE MORRIS LLP
                                        L. Norwood Jameson (admitted)
                                        GA Bar No. 003970
                                        wjameson@duanemorris.com
                                        Matthew C. Gaudet (admitted)
                                        GA Bar No. 287789
                                        mcgaudet@duanemorris.com
                                        Jennifer H. Forte (admitted)
                                        GA Bar No. 940650
                                        jhforte@duanemorris.com
                                        1075 Peachtree Street
                                        Suite 2000
                                        Atlanta, GA 30309-3929
                                        404.253.6900
                                        404.253.6901 (facsimile)

                                        Joseph A. Powers
                                        japowers@duanemorris.com
                                        Jarrad M. Gunther (admitted *pro hac vice*)
                                        jmgunther@duanemorris.com
                                        40 South 17th Street
                                        Philadelphia, PA 19103
                                        215.979.1000
                                        215.979.1020 (facsimile)

9

884912

Robert Christopher Bunt
PARKER, BUNT & AINSWORTH, PC
State Bar No.  00787165
rcbunt@pbatyler.com
100 East Ferguson
Ste. 1114
Tyler, TX 75702
(903) 531-3535
(903) 533-9687 (facsimile)

*Attorneys for Defendant NetApp, Inc.*


Case No. 11-cv-00658          By: */s/ J. David Hadden*
                                   J. David Hadden (CA Bar No. 176148)
                                   (Admitted E.D. Texas)
                                   Darren E. Donnelly (CA Bar No. 194335)
                                   (Admitted E.D. Texas)
                                   David Schumann (CA Bar No. 223936)
                                   (Admitted E.D. Texas)
                                   Ryan Tyz (CA Bar No. 234895)
                                   (Admitted E.D. Texas)
                                   Phillip J. Haack (CA Bar No. 262060)
                                   (Admitted E.D. Texas)
                                   **FENWICK & WEST LLP**
                                   801 California Street
                                   Mountain View, CA 94041

                                   Jennifer Haltom Doan
                                   Texas Bar No. 08809050
                                   Darby Vincent Doan
                                   Texas Bar No. 00793622
                                   **HALTOM & DOAN**
                                   6500 Summerhill Road, Ste. 100
                                   Texarkana, TX  75503
                                   Telephone: (903) 255-1000
                                   Facsimile: (903) 255-0800
                                   Email: jdoan @haltomdoan.com
                                   Email: ddoan@haltomdoan.com

                                   *Attorneys for Defendants*
                                   *Amazon.com, Inc. and Amazon Web Services, LLC*

884912

Case No. 11-cv-00660       By:       */s/ Michael E. Jones*
                                     Michael E. Jones
                                     Potter Minton P.C.
                                     110 North College, Suite 500
                                     Tyler, TX 75702
                                     903-525-2239
                                     mikejones@potterminton.com

                                     OF COUNSEL:

                                     William F. Lee
                                     Cynthia D. Vreeland
                                     Anna E. Lumelsky
                                     WILMER CUTLER PICKERING HALE
                                     AND DORR LLP
                                     60 State Street
                                     Boston, MA 02109
                                     (617) 526-6000

                                     Robert Galvin
                                     Cortney C. Hoecherl
                                     WILMER CUTLER PICKERING HALE
                                     AND DORR LLP
                                     950 Page Mill Road
                                     Palo Alto, CA 94304
                                     (650) 858-6000

                                     *Attorneys for Defendants and Counterclaim-
                                     Plaintiffs EMC Corporation and VMware, Inc*


Case No. 11-cv-00683       By: */s/ Bijal v. Vakil*
                                     J. Thad Heartfield
                                     Texas Bar No. 09346800
                                     **THE HEARTFIELD LAW FIRM**
                                     2195 Dowlen Road
                                     Beaumont, Texas 77706
                                     Phone: (409) 866-3318
                                     Fax: (409) 866-5789
                                     thad@jth-law.com

                                     Bijal V. Vakil
                                     CA State Bar No.: 192878
                                     (Admitted to practice in the Eastern District of
                                     Texas)

11

884912

**WHITE &CASE, LLP**
3000 El Camino Real
Five Palo Alto Square 9th Floor
Palo Alto, CA 94306
Phone: (650) 213-0300
Fax: (650) 213-8158
bvakil@whitecase.com

Attorneys for Defendant
AUTONOMY, INC.

Case No. 11-cv-00683       By:   */s/ Paul Alexander, with permission by Michael E. Jones*
                                 Michael E. Jones
                                 State Bar No. 10929400
                                 Allen F. Gardner
                                 State Bar No. 24043679
                                 **POTTER MINTON P.C.**
                                 110 N. College Avenue, Suite 500
                                 Tyler, TX 75702
                                 Phone: (903)-597-8311
                                 Fax: (903)-593-0846
                                 mikejones@potterminton.com
                                 allengardner@potterminton.com

                                 Paul Alexander (admitted *pro hac vice*)
                                 **ARNOLD & PORTER LLP**
                                 1801 Page Mill Road, Suite 110
                                 Palo Alto, CA 94304
                                 Phone: (650) 798-2921
                                 Fax: (650) 798-2999
                                 paul.alexander@aporter.com

                                 Attorneys for Defendants
                                 HEWLETT-PACKARD COMPANY and
                                 HP ENTERPRISE SERVICES, LLC

Case No. 12-cv-00658       By:   */s/  Kevin S. Kudlac*
                                 Jared Bobrow
                                 California State Bar No. 133712
                                 Andrew L. Perito
                                 California State Bar No. 269995
                                 WEIL GOTSHAL & MANGES LLP
                                 201 Redwood Shores Parkway

12

884912

Redwood Shores, CA 94065
Telephone: (650) 802-3034
Facsimile: (650) 802-3100
jared.bobrow@weil.com
andrew.perito@weil.com

Kevin S. Kudlac
State Bar No. 00790089
Amber H. Rovner
State Bar No. 09223750
Joshua P. Davis
State Bar No. 24059656
Rene A. Trevino
State Bar No. 24051447
Rodney R. Miller
State Bar No. 24070280
WEIL GOTSHAL & MANGES LLP
700 Louisiana St., Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
kevin.kudlac@weil.com
amber.rovner@weil.com
joshua.davis@weil.com
rene.trevino@weil.com
rodney.miller@weil.com

Jennifer H. Doan
Stephen W. Creekmore
HALTOM &DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
jdoan@haltomdoan.com
screekmore@haltomdoan.com

**COUNSEL FOR DEFENDANT
YAHOO! INC.**

Case No. 12-cv-00660                    By: _/s/_  Michael D. Jay_____
                                             Melissa R. Smith
                                             State Bar No. 24001351
                                             GILLAM & SMITH, LLP
                                             303 S. Washington Ave.

13

Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

David Boies (*pro hac vice* pending)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street, Armonk, NY 10504
Telephone:  (914) 749-8200
Facsimile:  (914) 749-8300
dboies@bsfllp.com

Michael D. Jay (admitted *pro hac vice*)
Bill Ward (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
225 Santa Monica Blvd., 11th Floor
Santa Monica, CA 90401
Telephone:  (310) 393-9119
Facsimile:  (310) 395-5877
mjay@bsfllp.com
bward@bsfllp.com

*Attorneys for Apple Inc.*

Case No. 12-cv-00662                 By:  */s/ Heidi L. Keefe*
                                          Deron R. Dacus
                                          Texas Bar No. 00790553
                                          **THE DACUS FIRM, P.C.**
                                          821 ESE Loop 323, Suite 430
                                          Tyler, TX 75701
                                          Phone: (903) 705-1117
                                          Fax: (903) 705-1117
                                          ddacus@dacusfirm.com

                                          Heidi L. Keefe (CA Bar 178960)
                                          Mark R. Weinstein  (CA Bar 193043)
                                          Brian P. Wikner (CA Bar 244292)
                                          Lam K. Nguyen (CA Bar 265285)
                                          **COOLEY LLP**
                                          Five Palo Alto Square
                                          3000 El Camino Real
                                          Palo Alto, CA  94306-2155
                                          Telephone: (650) 843-5000
                                          Facsimile:  (650) 857-0663
                                          Email: hkeefe@cooley.com

14

884912

Email: mweinstein@cooley.com
Email: bwikner@cooley.com
Email: lnguyen@cooley.com

**ATTORNEYS FOR
DEFENDANT FACEBOOK, INC.**

Case No. 12-cv-00663                By:  _____*/s/  Kevin S. Kudlac*_____
Jared Bobrow
California State Bar No. 133712
Andrew L. Perito
California State Bar No. 269995
WEIL GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3034
Facsimile: (650) 802-3100
jared.bobrow@weil.com
andrew.perito@weil.com

Kevin S. Kudlac
State Bar No. 00790089
Amber H. Rovner
State Bar No. 09223750
Joshua P. Davis
State Bar No. 24059656
Rene A. Trevino
State Bar No. 24051447
Rodney R. Miller
State Bar No. 24070280
WEIL GOTSHAL & MANGES LLP
700 Louisiana St., Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
kevin.kudlac@weil.com
amber.rovner@weil.com
joshua.davis@weil.com
rene.trevino@weil.com
rodney.miller@weil.com

Jennifer H. Doan
Stephen W. Creekmore
HALTOM &DOAN
6500 Summerhill Road, Suite 100

15

884912

Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
jdoan@haltomdoan.com
screekmore@haltomdoan.com

**COUNSEL FOR DEFENDANT
MICROSOFT CORPORATION**

16

884912

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail, on May 3, 2013.

_/s/ *Sam Baxter*_____

884912