**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **PERSONALWEB TECHNOLGIES, LLC**<br><br>       **Plaintiff,**<br><br>vs.<br><br>**NEC CORPORATION OF AMERICA, INC.**<br><br>       **Defendant.** | § § § § § § § § § § | **CASE NO. 6:11-CV-655<br>PATENT CASE** |
| **PERSONALWEB TECHNOLGIES, LLC**<br><br>       **Plaintiff,**<br><br>vs.<br><br>**GOOGLE INC. AND YOUTUBE, LLC**<br><br>       **Defendants.** | § § § § § § § § § § § | **CASE NO. 6:11-CV-656<br>PATENT CASE** |
| **PERSONALWEB TECHNOLGIES, LLC**<br><br>       **Plaintiff,**<br><br>vs.<br><br>**NETAPP, INC.**<br><br>       **Defendant.** | § § § § § § § § § § § | **CASE NO. 6:11-CV-657<br>PATENT CASE** |

| | | |
|---|---|---|
| **PERSONALWEB TECHNOLGIES, LLC**<br><br>　　　Plaintiff,<br><br>vs.<br><br>**AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; AND DROPBOX, INC.**<br><br>　　　Defendants. | § § § § § § § § § § § | **CASE NO. 6:11-CV-658**<br>**PATENT CASE** |
| **PERSONALWEB TECHNOLGIES, LLC**<br><br>　　　Plaintiff,<br><br>vs.<br><br>**EMC CORPORATION, AND VMWARE, INC.**<br><br>　　　Defendants. | § § § § § § § § § § § | **CASE NO. 6:11-CV-660**<br>**PATENT CASE** |
| **PERSONALWEB TECHNOLGIES, LLC**<br><br>　　　Plaintiff,<br><br>vs.<br><br>**AUTONOMY, INC.**<br><br>　　　Defendant. | § § § § § § § § § § § | **CASE NO. 6:11-CV-683**<br>**PATENT CASE** |

| | | |
|---|---|---|
| **PERSONALWEB TECHNOLGIES, LLC**<br><br>　　　**Plaintiff,**<br><br>vs.<br><br>**YAHOO! INC.**<br><br>　　　**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:12-CV-658**<br>**PATENT CASE** |
| **PERSONALWEB TECHNOLGIES, LLC**<br><br>　　　**Plaintiff,**<br><br>vs.<br><br>**APPLE INC.**<br><br>　　　**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:12-CV-660**<br>**PATENT CASE** |
| **PERSONALWEB TECHNOLGIES, LLC**<br><br>　　　**Plaintiff,**<br><br>vs.<br><br>**FACEBOOK, INC.**<br><br>　　　**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:12-CV-662**<br>**PATENT CASE** |
| **PERSONALWEB TECHNOLGIES, LLC**<br><br>　　　**Plaintiff,**<br><br>vs.<br><br>**MICROSOFT CORP.**<br><br>　　　**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:12-CV-663**<br>**PATENT CASE** |

**ORDER**

The Court has reviewed the parties' P.R. 4-3 Joint Claim Construction and Prehearing Statement (Docket No. 81). There are 45 terms in dispute. Forty five terms would be unmanageable for both the Court and the parties. Given the Court's page restrictions, this would equate to two thirds of a page for each term. The Court **ORDERS** the parties to meet and confer to reduce the number of disputed terms to a reasonable number. The Court further **ORDERS** the parties to file an amended P.R. 4-3 Statement within seven days. The Court also reminds the parties that the page limits governing dispositive motions pursuant to Local Rule CV-7(a) apply to claim construction briefing and will not be extended absent a showing of good cause.

**So ORDERED and SIGNED this 7th day of May, 2013.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**